# Exhibit A

Dockets.Justia.com

Received Jul 15 04:12PM (01:05) on Frost & Ja Line [7] for 'SUPERVISOR'     WORKSRV1 printed SUP35ACD52C0035 on Jul 15 04:13PM * Pg 3/3
606 253 9144     STITES HARBISON LEX     07/15/98 16:18 P.003/003

## SCHEDULE 6.1.15

### PATENTS, TRADEMARKS, COPYRIGHTS, LICENSES, ETC.

| Trademark | Status |
|---|---|
| Check 'n Go | Registration 5/27/97 No. 2065791 |
| Check-N-Go | Registration 9/21/95 No. 11551 (certification) |
| "Fastest Way to Payday" | Applicaton for trademark pending |
| Great American Check Advance | Application in process |

Received Jul 15 04:12PM (01:05) on Frost & Ja Line [7] for 'SUPERVISOR'    WORKSRV1 printed SUP35AC052C0035 on Jul 15 04:13PM * Pg 3/3
606 253 9144   STITES HARBISON LEX   07/15/98 16:18 P.003/003

## SCHEDULE 6.1.15

### PATENTS, TRADEMARKS, COPYRIGHTS, LICENSES, ETC.

| Trademark | Status |
|---|---|
| Check 'n Go | Registration 5/27/97 No. 2065791 |
| Check-N-Go | Registration 9/21/95 No. 11551 (certification) |
| "Fastest Way to Payday" | Applicaton for trademark pending |
| Great American Check Advance | Application in process |

IN THE NAME AND BY THE AUTHORITY OF THE



Office of the Secretary of State

## CERTIFICATE OF TRADEMARK REGISTRATION

Certification No. 11551

WHEREAS, the provisions of 1994 KY. Acts Ch. 468 having been complied with, the Secretary of State does hereby certify that the following, whose business address is:

CHECK-N-GO, INC.
424 SCOTT STREET
COVINGTON, KENTUCKY 41011

is the legal registrant in Kentucky of the following trademark of which he claims ownership:

"CHECK-N-GO"

and briefly described as follows:                                    Class 36

THE WORDS ABOVE

The goods with which the mark is used are CHECK CASHING AND DEFERRED DEPOSIT SERVICE

Registrant states that the trademark was first used on the 21ST day of SEPTEMBER, 1995, and first used in the Commonwealth of Kentucky on the 21ST day of SEPTEMBER, 1995.

If registrant is a corporation the state of incorporation is KENTUCKY.

If registrant is a partnership, the state where the partnership is organized is _____.
and the names of the general partners are _____

This trademark has been registered in this office this 12TH day of DECEMBER, 19 96, and shall be effective for a term of 5 years from the date of registration unless renewed within six months prior to the expiration of such term.

In Testimony Whereof, I have hereunto set my hand and caused the seal of the Commonwealth of Kentucky to be affixed at Frankfort, Kentucky, this 12TH day of DECEMBER, 19 96.

_____
Secretary of State

.t. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,065,791
Registered May 27, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## CHECK 'N GO

CHECK MART, INC. (KENTUCKY CORPORATION)
401 SCOTT STREET
COVINGTON, KY 41011

FOR: CHECK CASHING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-21-1995; IN COMMERCE 9-21-1995.

SN 74-725,580, FILED 9-6-1995.

JOHN MICHOS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 26, 1999

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,065,791* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 27, 1997*
SAID RECORDS SHOW TITLE TO BE IN:

*CHECK-N-GO, INC.*
*A KENTUCKY CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**    Reg. No. 2,065,791
Registered May 27, 1997

## SERVICE MARK
PRINCIPAL REGISTER

### CHECK 'N GO

CHECK MART, INC. (KENTUCKY CORPORATION)
401 SCOTT STREET
COVINGTON, KY 41011

FOR: CHECK CASHING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-21-1995; IN COMMERCE 9-21-1995.

SN 74-725,580, FILED 9-6-1995.

JOHN MICHOS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 15, 1998

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,065,791* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 27, 1997*
SAID RECORDS SHOW TITLE TO BE IN:

*CHECK-N-GO, INC.*
*A KENTUCKY CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,065,791
Registered May 27, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## CHECK 'N GO

CHECK MART, INC. (KENTUCKY CORPORATION)
401 SCOTT STREET
COVINGTON, KY 41011

FOR: CHECK CASHING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-21-1995; IN COMMERCE 9-21-1995.

SN 74-725,580, FILED 9-6-1995.

JOHN MICHOS, EXAMINING ATTORNEY



TR 262623

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 14, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,065,791 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 27, 1997*

SAID RECORDS SHOW TITLE TO BE IN:
*CNG FINANCIAL CORPORATION*
*AN OHIO CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer