Tue Jan 24 15:15:08 2006

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 429407
Cashier       scot

Check Number: 277527

DO Code    Div No
4661       1

Sub Acct Type Tender     Amount
1:510000  N    2         190.00
2:086900  N    2          60.00

Total Amount        $    250.00

FROST, BROWN, TODD

FILING FEE ON 1:06CV40


Tue Jan 24 15:15:08 2006

Check No.  277527
Amount$    250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661

Dockets.Justia.com