IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JAN 24 PM 3:30

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | Case No.: 1:06CV040 |
| Plaintiff, | : | Judge |
| v. | : | BECKWITH |
| GOOGLE, INC. | : | |
| Defendant. | : | |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

Pursuant to S.D. Ohio Civ. R. 3.4, CNG Financial Corporation makes the following disclosure:

1. Said party is not a subsidiary or affiliate of a publicly owned corporation.

2. There is no publicly owned corporation, not a party to the case, that has a financial interest in the outcome.

Respectfully submitted,

Ann G. Robinson (0064234)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6128
(513) 651-6981  (fax)
arobinson@fbtlaw.com

1