UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF REFERENCES TO THE
UNITED STATES MAGISTRATE JUDGES

**GENERAL ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636(b) and Western Division Rule 1, all civil cases filed at the Cincinnati location of the Court and assigned to Chief Judge Sandra S. Beckwith (except bankruptcy appeals) are hereby **ORDERED** referred to either Magistrate Judge Timothy S. Hogan or Magistrate Judge Timothy S. Black, depending upon the case assignment made by the Clerk in the first instance, who are authorized in such cases (1) to rule on all nondispositive pretrial motions, in no event, however, will the Magistrate Judge grant any deadline extension that will impact final pretrial or trial settings, (2) to hear and report to the Court his recommended disposition on all post-trial motions, including applications for attorney's fees, (3) to serve as a special master for the non-jury trial of all cases in which the parties consent, in which an exceptional condition exists permitting special master trial, or in which special master trial is permitted by statute, and (4) to perform any and all functions authorized for full-time Magistrate Judges by Western Division Rule No. 1. All dispositive motions will be decided by Judge Beckwith without the benefit of a Magistrate Judge's report and recommendation.

Pursuant to 28 U.S.C. § 636(c), in any of the above-referenced cases, upon unanimous consent of the parties, Magistrate Judges Hogan or Black may preside at trial and order the final entry of final judgment without further order of reference from the Court. In any case in which the parties so consent, appeal shall be to the United States Court of Appeals for the Sixth Circuit, absent express consent that the appeal be to the District Court.

      In each case referred by this Order, this Order shall act as a reference and no further order of reference shall be required. The Clerk shall advise the parties in each such case of this General Order of Reference and of their right to consent to full magistrate judge trial authority under 28 U.S.C. § 636(c).

Date: <u>March 17, 2005</u>         <u>s/Sandra S. Beckwith</u>
                                                         Sandra S. Beckwith, Chief Judge
                                                         United States District Court