✎ AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  SOUTHERN DISTRICT OF OHIO  on the following  ☐ Patents or   X Trademarks:

| DOCKET NO. C-1-06-040 | DATE FILED 1/24/06 | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, CINTI |
|---|---|---|
| PLAINTIFF CNG FINANCIAL CORPORATION | | DEFENDANT GOOGLE INC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | SEE ATTACHED COPY | OF THE COMPLAINT | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | SEE ATTACHED COPY | OF THE COMPLAINT | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK JAMES BONINI | (BY) DEPUTY CLERK | DATE 1/25/2006 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Commissioner    **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner    **Copy 4**—Case file copy