# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION | Case No.: 1:06cv040 |
| Plaintiff, | Judge Sandra S. Beckwith |
| v. | **MOTION FOR PRO HAC VICE** |
| GOOGLE, INC. | **OF BARRY D. HUNTER** |
| Defendant. | |

Pursuant to S.D. Ohio Civ. R. 83.5(d), the undersigned trial attorney for Plaintiff CNG Financial Corporation, hereby moves the Court for the admission pro hac vice of Barry D. Hunter, Frost Brown Todd LLC, 250 West Main Street, Suite 2700, Lexington, KY 40507, for the purpose of allowing Mr. Hunter to participate on behalf of Plaintiff CNG Financial Corporation in all proceedings in the above-captioned action. Current certificates of good standing for Mr. Hunter from the Supreme Court of the Commonwealth of Kentucky and the Kentucky Bar Association are attached hereto as Exhibit A.

Respectfully submitted,

_____
Ann G. Robinson   (0064234)
Trial Attorney for Plaintiff
    CNG Financial Corporation
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6128
(513) 651-6981 (fax)
arobinson@fbtlaw.com

OF COUNSEL:

FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 369-4809 (phone)
(513) 651-6981 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ordinary U.S. Mail, postage prepaid, on this 2nd day of February, 2006, upon:

> Google, Inc.
> 1600 Amphitheatre Parkway
> Mountain View, CA 94043

_____
Ann G. Robinson