

**SUSAN STOKLEY CLARY**
Clerk

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
**ROOM 209, STATE CAPITOL**
**700 CAPITAL AVE.**
**FRANKFORT, KENTUCKY 40601-3488**

Telephone:
**(502) 564-4720**
**FAX:**
**(502) 564-5491**

## CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Barry Douglas Hunter _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __ October 18, 1996 __, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that __ Barry Douglas Hunter __ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __ 25th __ day of __ January __, __ 2006 __.

SUSAN STOKLEY CLARY
CLERK

By: _____
              Deputy Clerk