```
Thu Feb  2 15:31:20 2006

    UNITED STATES DISTRICT COURT
         CINCINNATI, OH

Receipt No.    100 429507
Cashier          tt1

Tender Type   CHECK

Check Number: 277528

Transaction Type   C

Case No./Def No. 1:06-LB-ATTY  /   1

DO Code    Div No      Acct
 4661        1        6855XX

Amount              $    100.00

FROST BROWN

1:06-CV-040 PRO HAC VICE PYMT
```

```
Thu Feb  2 15:31:20 2006

Check No. 277528
Amount$   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```