UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | Case No.: 1:06cv040 |
| | : | |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| | : | |
| v. | : | **MOTION FOR PRO HAC VICE** |
| | : | **OF MEDRITH LEE NORMAN** |
| GOOGLE, INC. | : | |
| | : | |
| Defendant. | : | |

Pursuant to S.D. Ohio Civ. R. 83.5(d), the undersigned trial attorney for Plaintiff CNG Financial Corporation, hereby moves the Court for the admission pro hac vice of Medrith Lee Norman, Frost Brown Todd LLC, 250 West Main Street, Suite 2700, Lexington, KY 40507, for the purpose of allowing Ms. Norman to participate on behalf of Plaintiff CNG Financial Corporation in all proceedings in the above-captioned action. Current certificates of good standing for Ms. Norman from the Supreme Court of the Commonwealth of Kentucky and the Kentucky Bar Association are attached hereto as Exhibit A.

Respectfully submitted,

_/s/ Ann G. Robinson_
Ann G. Robinson (0064234)
Trial Attorney for Plaintiff
 CNG Financial Corporation
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6128
(513) 651-6981 (fax)
arobinson@fbtlaw.com

OF COUNSEL:

FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 369-4809 (phone)
(513) 651-6981 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ordinary U.S. Mail, postage prepaid, on this 2nd day of February, 2006, upon:

> Google, Inc.
> 1600 Amphitheatre Parkway
> Mountain View, CA 94043

_____
Ann G. Robinson