

| SUSAN STOKLEY CLARY | OFFICE OF THE CLERK | Telephone: |
| --- | --- | --- |
| Clerk | **SUPREME COURT OF KENTUCKY** | **(502) 564-4720** |
| | ROOM 209, STATE CAPITOL | FAX: |
| | 700 CAPITAL AVE. | **(502) 564-5491** |
| | FRANKFORT, KENTUCKY 40601-3488 | |

# C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ **Medrith Lee Norman** _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __ **October 13, 1995** __, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that ____ **Medrith Lee Norman** ____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __30th__ day of __January__, __2006__.

                                                SUSAN STOKLEY CLARY
                                                CLERK

By: _/s/ Michael Adams_____
                                                   Deputy Clerk