UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CNG Financial Corporation,
    Plaintiff

v.                          Case No. 1:06-cv-40

Google, Inc.,
    Defendant

## ORDER

This matter is before the Court on Plaintiff's Motions for Admission of attorneys Barry D. Hunter and Medrith Lee Norman (Docs. 7 & 8).

**IT IS ORDERED** that the Motions are **GRANTED** and attorneys Barry D. Hunter and Medrith Lee Norman are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**

Date: February 8, 2006            s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court