UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO.   1:06cv040 |
| Plaintiff | : | Judge Sandra S. Beckwith |
| -vs- | : | |
| **GOOGLE, INC.** | : | **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO** |
| Defendant | : | **ANSWER OR OTHERWISE MOVE** |

Defendant Google Inc. moves the Court pursuant to Loc. R. 6.1(b) for an additional 30 days extension of time until March 24, 2006 to answer or otherwise move in response to Plaintiff's complaint.  Counsel for Plaintiff is agreeable to the extension as requested.  No prior extension has been granted.

/s/  Kenneth F. Seibel
**KENNETH F. SEIBEL (0025168)**
Attorney for Defendant Google, Inc.
JACOBS, KLEINMAN, SEIBEL & McNALLY
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio  45202
Phone:  (513)  381-6600
Fax:     (513)  381-4150
E-mail:  kseibel@jksmlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ann G. Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
email:  arobinson@fbtlaw.com

Medrith Lee Norman
Frost Brown Todd
250 West Main Street
Suite 2700
Lexington, KY  40507
email:  mnorman@fbtlaw.com

Barry D. Hunter
Frost Brown Todd LLC
2700 Lexington Financial Center
250 West Main Street
Lexington, KY  40507
email:  bhunter@fbtlaw.com

      /s/Kenneth F. Seibel
      **KENNETH F. SEIBEL (0025168)**