# United States District Court
## Southern District of Ohio
### Western Division

CNG FINANCIAL CORPORATION,
    Plaintiff,

Civil Action No. 1:06cv040

vs.

Beckwith, J.
Black, M.J.

GOOGLE, INC.,
    Defendant.

**ORDER**

On 2/17/06, Defendant filed a Motion for Extension of Time to Answer or Otherwise Move. (Doc. 10) and indicated in that motion that counsel for plaintiff was agreeable to the extension as requested. The motion is GRANTED, and Defendant shall respond by 3/24/06.

Date: 2/21/06

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge