

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 8, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KLAUS HEMINGWAY HAMM, #224905 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

Tue Feb 21 15:46:56 2006

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 429692
Cashier       scot

Tender Type   CHECK

Check Number: 18077

Transaction Type   C

Case No./Def No. 1:06-LB-ATTY  /   1

DD Code    Div No    Acct
4661         1       6855XX

Amount          $    100.00

JACOBS, KLEINMAN, SEIBEL, & MCNALLY

PRO HAC ON 1:06CV40


Tue Feb 21 15:46:56 2006

Check No. 18077
Amount $   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661