UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 FEB 21 PM 3:59

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO.  **1:06cv040** |
| Plaintiff | : | Judge **Beckwith** |
| -vs- | : | |
| **GOOGLE, INC.** | : | **MOTION FOR PRO HAC VICE OF MICHAEL H. PAGE** |
| Defendant | : | |

Pursuant to S.D. Ohio Civ.R. 83.4(c), Kenneth F. Seibel, trial attorney for Google, Inc. in the above-captioned action, hereby moves the court to admit Michael H. Page pro hac vice to appear and participate as trial counsel in this case for Google, Inc.

Movant represents that Michael H. Page is a member in good standing of the highest court of California as attested by the accompanying certificate from that court and that Michael H. Page is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $50.00 fee.

Michael H. Page understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Michael H. Page's relevant identifying information is as follows: Business telephone: (415) 391-5400; Business fax: (415) 397-7188; Business Address: Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111; Business e-mail address: mpage@kvn.com.

*Kenneth F. Seibel*
**KENNETH F. SEIBEL (0025168)**
Attorney for Defendant
JACOBS, KLEINMAN, SEIBEL & McNALLY
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio  45202
Phone: (513) 381-6600
Fax:    (513) 381-4150
E-mail: kseibel@jksmlaw.com


Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by regular U.S. mail, postage prepaid to on this 21 day of February, 2006, upon:

Ann G. Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

Medrith Lee Norman
Frsot Brown Todd
250 West Main Street
Suite 2700
Lexington, KY 40507

Barry D. Hunter
Frost Brown Todd LLC
2700 Lexington Financial Center
250 West Main Street
Lexington, KY 40507

_____
KENNETH F. SEIBEL (0025168)