UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CNG Financial Corporation,
    Plaintiff

v.                      Case No. 1:06-cv-40

Google, Inc.,
    Defendant

# ORDER

This matter is before the Court on Defendant's Motions for Admission of attorneys Klaus Hamm and Michael H. Page (Docs. 12 & 13).

**IT IS ORDERED** that the Motions are **GRANTED** and attorneys Klaus Hamm and Michael H. Page are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant.

All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.

Date: February 23, 2006                s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Chief Judge
                                              United States District Court