

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

FILED
JAMES BONINI
CLERK

06 MAR -3 AM 11: 59

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                      ) SS
NEW CASTLE COUNTY)

Re:    CNG FINANCIAL CORPORATION VS. GOOGLE INC
        Civil Action No. 106-CV-040OSW

      Bernell Bevenour, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **SCOTT LASCALA, SERVICE OF PROCESS OF THE CORPORATION TRUST COMPANY, REGISTERED AGENT FOR GOOGLE, INC. AT:** 1209 ORANGE STREET, WILMINGTON, DELAWARE 19801 on 2/2/2006 at 10:40AM a copy of Out of State Summons and Complaint.

      The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                                             DEPUTY SHERIFF
                                                             NEW CASTLE COUNTY

STATE OF DELAWARE)
                      ) SS
NEW CASTLE COUNTY)

      **BE IT REMEMBERED** that on February 7, 2006 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Bernell Bevenour, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
      **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                              Notary Public
                                                             PATRICIA C. CULLEN
                                                            Notary Public - Delaware
                                                            My Comm. Expires April 23, 2008