UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

CNG FINANCIAL CORPORATION )
)  Case No.  1:06cv040
) Judge: Beckwith
v. ) Corporate Disclosure Statement
)
GOOGLE, INC. )
)

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    Google, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____ Yes     __X___ No

CNG Financial Corporation v. Google Inc                                                       Doc. 18

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes     __X___ No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

    s/Kenneth F. Seibel                 March 28, 2006
    **(Signature of Counsel)**                 **(Date)**

"Certificate of Service"

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Barry D. Hunter, Medrith Lee Norman, and Ann Gallagher Robinson, Attorneys for Plaintiff/Counterclaim-Defendant.

                                        s/Kenneth F. Seibel
                                        Kenneth F. Seibel (0025168)