# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CNG FINANCIAL CORPORATION,
    Plaintiff,   **Civil Action No: 1:06cv040**

vs.

**CALENDAR ORDER**
Beckwith, J.
GOOGLE INC.,   Black, M.J.
    Defendant.


This case shall proceed as follows:

1. Deadline to move to amend pleadings and/or add parties:   7/3/06

2. Fact Discovery deadline:   11/30/06

   Deadline for counsel for the parties to identify experts
   on their case in chief and provide reports:   11/30/06

   Deadline to identify rebuttal experts and provide reports:   1/31/07

3. Dispositive motion deadline:   2/28/07

4. The parties will be prepared for a Final Pretrial Conference
   before Judge Beckwith:   7/07

5. The parties will be prepared for a trial before Judge Beckwith:   8/07


Date: 5/10/06   s/<u>Timothy S. Black</u>

                              Timothy S. Black
                              United States Magistrate Judge