UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION : | |
| : | Case No. 1:06-cv-040 |
| Plaintiff/Counterclaim- : | |
| Defendant, : | Chief Judge Sandra S. Beckwith |
| : | Magistrate Timothy S. Black |
| vs.   : | |
| : | **CNG'S MOTION FOR LEAVE TO** |
| GOOGLE INC.   : | **FILE ADDITIONAL AUTHORITY** |
| : | **IN SUPPORT OF ITS RESPONSE** |
| Defendant/Counterclaim-: | **TO GOOGLE'S MOTION FOR** |
| Plaintiff.   : | **JUDGMENT ON THE** |
| | **PLEADINGS** |

Plaintiff/Counter Defendant, CNG Financial Corporation ("CNG"), moves the Court for leave to file additional authority in support of its Response to Google's Motion for Judgment on the Pleadings. The case in question, *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 2006 U.S. Dist. LEXIS 48279 (D.N.J., July 17, 2006), is attached. This case, which holds that conduct by a search engine which is materially indistinguishable from that at issue in this case constitutes a trademark use, *see id.* at *17-*27, was not available until after CNG had filed its Response to Google's Motion.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

2

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

Attorneys for CNG FINANCIAL
CORPORATION

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 10th day of August, 2006:

>Kenneth F. Seibel, Esq.
>Jacobs, Kleinman, Seibel & McNally
>2300 Kroger Building
>1014 Vine Street
>Cincinnati, OH 45202
>
>Michael H. Page, Esq.
>Klaus H. Hamm, Esq.
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA 94107

>/s/ Barry D. Hunter
>Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475 308214v.1