UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br>**GOOGLE INC.'S STATEMENT OF NON OPPOSITION TO CNG'S MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY IN SUPPORT OF ITS RESPONSE TO GOOGLE's MOTION FOR JUDGMENT ON THE PLEADINGS** |

Google Inc. does not oppose CNG Financial Corp.'s motion for leave to file additional authority. CNG's motion relates to *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 2006 U.S. Dist. LEXIS 48279 (D.N.J. July 17, 2006), which issued the day CNG filed its Response to Google's Rule 12(c) Motion for Judgment On Its Counterclaim. Google, however, disagrees that the search engine in *800-JR Cigar* "is materially indistinguishable from that at issue in this case[.]" In *800-JR Cigar*, the search engine was "pay-for-priority"; ads were listed "in the search results" before "unpaid or 'natural' search listings." *800-JR Cigar*, at *3. Google, on other hand, places ads in a separate location from natural search results. Complaint ¶ 23.

Dated: August 11, 2006

*Of Counsel:*

Michael H. Page (*pro hac vice*)
Klaus H. Hamm (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107
(415) 391-5400

/s/ Kenneth F. Seibel
Kenneth F. Seibel (0025168)
Jacobs, Kleinman, Seibel and McNally
1014 Vine Street, Suite 2300
Cincinatti, OH 45202
(513) 381-6600

                Attorneys for Defendant and Counterclaim-Plaintiff Google Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Barry D. Hunter, Medrith Lee Norman, and Ann Gallagher Robinson, Attorneys for Plaintiff/Counterclaim-Defendant.

                /s/ Kenneth F. Seibel
                Kenneth F. Seibel (0025168)

378701.01