UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION | : |
| : | Case No. 1:06-cv-040 |
| Plaintiff/Counterclaim- : | |
| Defendant, : | Chief Judge Sandra S. Beckwith |
| : | Magistrate Timothy S. Black |
| vs. : | |
| : | **CNG'S RESPONSE TO** |
| GOOGLE INC. : | **GOOGLE'S MOTION FOR** |
| : | **LEAVE TO FILE ADDITIONAL** |
| Defendant/Counterclaim-: | **AUTHORITY IN SUPPORT OF** |
| Plaintiff. : | **ITS MOTION FOR JUDGMENT** |
| | **ON THE PLEADINGS** |

Plaintiff/CounterDefendant, CNG Financial Corporation, does not oppose Google's citation of additional authority. CNG would merely point out, however, that: (1) it is unclear from Google's filing whether the Complaint in *Rescuecom* alleged, as do the pleadings in this case, that Google's use of CNG's trademark constituted a trademark use indicating CNG as the source or origin of the sponsored links at issue; (2) if it did, the *Rescuecom* opinion runs contrary to the overwhelming weight of authority on this question; and (3) the *Rescuecom* opinion does not address the theories, including contributory infringement, pled by CNG.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

2

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

Attorneys for CNG FINANCIAL
CORPORATION

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 5th day of October, 2006:

> Kenneth F. Seibel, Esq.
> Jacobs, Kleinman, Seibel & McNally
> 2300 Kroger Building
> 1014 Vine Street
> Cincinnati, OH  45202
>
> Michael H. Page, Esq.
> Klaus H. Hamm, Esq.
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, CA  94107

                                                  /s/ Barry D. Hunter
                                                  Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475  313456v.1