UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO.    1:06cv040 |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | | Magistrate Judge Timothy S. Black |
| -vs- | : | |
| **GOOGLE, INC.** | : | **JOINT MOTION OF PLAINTIFF** |
| | | **AND DEFENDANT TO EXTEND** |
| Defendant | : | **FACT DISCOVERY** |


Due to circumstances beyond the parties control, Plaintiff and Defendant jointly move the

Court for an order extending the fact discovery deadline for November 30, 2006 until February 28,

2007.  The parties state that no other dates in the scheduling order would be changed should the

Court extend the discovery cut-off date as requested.



/s/  Kenneth F. Seibel
**KENNETH F. SEIBEL (0025168)**
Attorney for Defendant Google, Inc.
JACOBS, KLEINMAN, SEIBEL & McNALLY
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio  45202
Phone: (513)  381-6600
Fax:    (513)  381-4150
E-mail:  kseibel@jksmlaw.com



/s/ Ann G. Robinson
Ann G. Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
email:  arobinson@fbtlaw.com

Case 1:06-cv-00040-SSB-TSB   Document 31   Filed 10/27/2006   Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ann G. Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
email: arobinson@fbtlaw.com

Medrith Lee Norman
Frost Brown Todd
250 West Main Street
Suite 2700
Lexington, KY 40507
email: mnorman@fbtlaw.com

Barry D. Hunter
Frost Brown Todd LLC
2700 Lexington Financial Center
250 West Main Street
Lexington, KY 40507
email: bhunter@fbtlaw.com

/s/Kenneth F. Seibel
**KENNETH F. SEIBEL (0025168)**