# United States District Court
## Southern District of Ohio
### Western Division

CNG FINANCIAL CORPORATION,
    Plaintiff,

Civil Action No. 1:06cv040

vs.

Beckwith, J.
Black, MJ

GOOGLE, INC.,
    Defendant.

**ORDER**

On 10/27/06, the parties filed a Joint Motion for Extension of the Fact Discovery Deadline. (Doc. 31). For good cause shown, that motion is GRANTED and the Fact Discovery Deadline is extended to 2/28/07.

Date: 10/30/06

s/Timothy S. Black

Timothy S. Black
United States Magistrate Judge