UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO. 1:06-cv-040 |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Black |
| v. | : | |
| **GOOGLE, INC.** | : | **JOINT MOTION OF PLAINTIFF AND DEFENDANT TO EXTEND** |
| Defendant | : | **EXPERT DISCLOSURES** |

Due to circumstances beyond the parties' control, Plaintiff and Defendant jointly move the Court for an order extending the case in chief expert disclosures and reporting deadline for fifteen (15) days, from November 30, 2006 until December 15, 2006, and the rebuttal expert disclosure and reporting deadline for fifteen (15) days, from January 31, 2007 until February 15, 2007.  The parties state that no other dates in the scheduling order would be changed should the Court extend the discovery cut-off date as requested.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.:  (859) 231-0000
Fax:  (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Klaus H. Hamm (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tel.:  (513) 381-6600
Fax:  (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 15th day of November, 2006:

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202

Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

/s/ Barry D. Hunter
Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475  317400v.1