UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO. 1:06-cv-040 |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | | Magistrate Judge Timothy S. Black |
| v. | : | |
| **GOOGLE, INC.** | : | **ORDER** |
| Defendant | : | |

The parties being in agreement,

IT IS HEREBY ORDERED that the case in chief expert disclosures and reporting deadline is extended for fifteen (15) days, from November 30, 2006 until December 15, 2006;

IT IS FURTHER ORDERED that the rebuttal expert disclosure and reporting deadline is extended for fifteen (15) days, from January 31, 2007 until February 15, 2007. The parties state that no other dates in the scheduling order would be changed should the Court extend the discovery cut-off date as requested.

This ___ day of November, 2006.

_____
Timothy S. Black

Agreed to:

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.: (859) 231-0000
Fax: (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Klaus H. Hamm (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tel.: (513) 381-6600
Fax: (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

LEXLibrary 0102393.0533475 317866v.1