UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CNG FINANCIAL
CORPORATION,                                       Case No. 1:06-cv-40

       Plaintiff,                                     Beckwith, J.
                                                       Black, M.J.
vs.

GOOGLE INC.,

       Defendant.

### ORDER

In light of the Court's ruling on defendant's motion for judgment on the pleadings (*See* doc. 35), plaintiff's motions for leave to file additional authority (docs. 27, 29, 33) are hereby **DISMISSED as MOOT**.

**IT IS SO ORDERED**.

Date: 11/21/06

Timothy S. Black
United States Magistrate Judge