UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION, | Case No. 1:06cv040 |
| Plaintiff/Counterclaim-Defendant, | Chief Judge Sandra S. Beckwith |
| v. | Magistrate Timothy S. Black |
| GOOGLE INC., | |
| Defendant/Counterclaim-Plaintiff. | |

**DEFENDANT/COUNTERCLAIM-PLAINTIFF'S
MEMORANDUM IN SUPPORT OF GOOGLE'S MOTION TO
COMPEL THE PRODUCTION OF DOCUMENTS**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**