CNG Financial Corporation v. Google Inc                                                                         Doc. 41 Att. 1
Check 'n Go - Cash Advance - Payday Loan - Fast Cash                                                            Page 1 of 1
        Case 1:06-cv-00040-SSB-TSB     Document 41-2     Filed 01/08/2007     Page 1 of 1



Online or at a store near you
How you get a cash advance is <u>your</u> choice
Providing superior service is <u>our</u> choice

Check 'n Go is a leading provider of cash advances nationwide.
Get the money you need and the professional service you deserve,
with only a few minimum requirements.

Choose the method most convenient for you.

**STORE LOCATOR**

Visit a store near you and walk out with money in hand. 1,400 locations nationwide.

Zip

or, for better results
Address

City

State
Select

Locate




**ONLINE APPLICATION**

Apply online and have money deposited directly into your checking account.

First Name

Last Name

State of Residence
Select

Email Address

**RETURNING ONLINE CUSTOMERS:**

Email Address    Password

Forgot Password?

Home | About Us | Careers | Company Overview | Contact Us | Industry Guidelines | Disclosures

©2007 Check 'n Go. All rights reserved.  Cash advances are also commonly referred to as Payday Loans, Payday Advances, Payday Advance Loans and Fast Cash Loans. Installment loans are underwritten by the First Bank of Delaware, equal opportunity lender, Member FDIC. Sitemap. Privacy Policy.

EXHIBIT

A