Check n go - Google Search

# Google

Sign in

Web   Images   Video   News   Maps   more »

[ Check n go ]   [ Search ]   Advanced Search / Preferences

---

**Web**   Results 1 - 10 of about **109,000,000** for **Check n go**. (0.39 seconds)

**Loans** Sponsored Links

www.MyCashNow.com   Only $9.31 per $100 loaned. Faxless for most loans! No credit **check**.

**Payday Check to Go**
247-Payday-Loan.com   No Credit checks. No faxing. Apply Now. Get cash overnight !

**Check in Go**
Check-in-Go.Payday-Today.us   Cash Advance & Cash Loans Online No Credit **Check**. Apply Online Today

**Check 'n Go - Cash Advance - Payday Loan - Fast Cash**
Payday Loan - Cash Advance - Fast Cash Loan - find out how from Check'n Go
www.checkngo.com/ - 25k - Cached - Similar pages
  Industry Guidelines - www.checkngo.com/storeGuidelines.aspx
  Contact Us - www.checkngo.com/storeContact.aspx
  About Us - www.checkngo.com/storeAbout.aspx
  Company Overview - www.checkngo.com/storeOverview.aspx
  More results from www.checkngo.com »

**Check 'n Go Jobs on CareerBuilder**
Read the Check 'n Go employment profile on CareerBuilder. Search Check 'n Go jobs and apply online
www.careerbuilder.com/JobSeeker/Companies/CompanyDetails.aspx?HHName=Check+n+go
Nov 19, 2006 - Cached - Similar pages

  **Job Search Results on CareerBuilder.com**
  As a consistent leader in the Financial Services industry, Check 'n Go is... Check 'n Go Check 'n Go has been a leader in the ...
  www.careerbuilder.com/JobSeeker/Jobs/JobResults.aspx?IPath=OCCG&ncc=%5E%22Check+n+Go%22%24 - 175k - Nov 19, 2006 - Cached - Similar pages
  [ More results from www.careerbuilder.com ]

**Check 'n Go Sues Google Over Keyword Trademarks**
Check 'n Go Sues Google Over Keyword Trademarks. We have another lawsuit against Google for trademarks of company names being searched on. ...
blog.searchenginewatch.com/blog/060214-094457 - 54k - Cached - Similar pages

Sponsored Links

**Payday Loans up to $1,000**
No fax on most loans. Low Fee!
Direct deposit not needed. Try us.
www.PayDayMax.com
Kentucky

**Loans**
Quality Service & Fast Approval.
No fax required on most loans!
www.DiscountAdvances.com
Kentucky

**Check Go Online**
Get Cash in one hour online.
No credit checks. No faxing.
www.Payday-Loans-Easy.com

**Check Go**
Looking for an Online Payday Loan?
Apply for a Payday Loan Today!
Check-Go.Online-Cash-Advance.us

**Need Cash Fast? Try us.**
Overnight deposit $500 guaranteed.
Unbelievable low fees. $200 fee free
paydayloantoday.com
Kentucky

**Fast Loans- $100 to $15k**
Credit or Non-Credit **Check**
Results in 24hrs. Direct Deposited
www.credit.com

**Get Fast Cash Now**
Get up to $1500 in 1 Hour! Fast &
Easy Application. No Credit Checks
Payday-Loan-In-Minutes.Com

**Get $1500 Cash Tomorrow**
Apply Online, and get up to $1500

---

http://www.google.com/search?hl=en&lr=&q=Check-n-go&btnG=Search (1 of 3)11/20/2006 3:47:38 PM

EXHIBIT
tabbies B

### MSN Careers - Job Search Results on CareerBuilder.com
Get More In A Career At **Check 'n Go**! **Check 'n Go** has been a leader in the financial services ...
**Check 'n Go** is more than a financial services company. ...
msn.careerbuilder.com/JobSeeker/Jobs/JobResults.aspx?lPath=JRG&ncc=%5E%22Check+'n+Go%22%24 - 170k - Cached - Similar pages

deposited into your bank account.
www.get-fast-cash.com/
More Sponsored Links »

### Google sued for selling Check 'n Go keyword | The Register
The company behind US cash-advance firm **Check 'n Go** has sued Google for selling its ... The Cincinnati Enquirer reports that **Check 'n Go's** suit is based on ...
www.theregister.co.uk/2006/02/09/google_checkngo/ - 35k - Cached - Similar pages

### Google Challenged Again On Keyword Buys
The payday loans provider **Check N' Go** has objected to Google's practice of selling its trademark to competitors and filed suit against the search adve.
www.webpronews.com/topnews/topnews/wpn-60-20060207GoogleChallengedAgainOnKeywordBuys.html - 37k - Cached - Similar pages

### Google's ad sales tested in court | CNET News.com
The parent company of a payday loan provider called **Check 'n Go** has sued Google in federal court in Ohio, saying that the search engine permits other payday ...
news.com.com/2100-1024_3-6038955.html - 43k - Nov 18, 2006 - Cached - Similar pages

### Ryanair.com - CHEAP FLIGHTS - Fly Cheaper, Car hire, Hotels ...
Online **Check-in** (**Check N'Go**). How Much Does it Cost to use the Online **Check-In**/Priority Boarding Service? What are the benefits of online-**check-in**? ...
www.ryanair.com/site/EN/faqs.php?sect=web - 34k - Cached - Similar pages

### check 'n go store openin Salaries in Great Falls, MT - Free Salary ...
Research and compare average **check 'n go** store openin Salaries in Great Falls, MT for free.
www.indeed.com/salary?q1=check+'n+go+store+openin&l1=Great+Falls%2C+MT - 16k - Cached - Similar pages

Go○○○○○gle ▶

Result Page:    1 2 3 4 5 6 7 8 9 10    Next

Try Google Desktop: search your computer as easily as you search the web.

Check n go - Google Search

---

| Check n go | Search |

**Search within results** | **Language Tools** | **Search Tips** | **Dissatisfied? Help us improve**

---

**Google Home** - **Advertising Programs** - **Business Solutions** - **About Google**

©2006 Google