



247-payday-loan.com   247-payday-loan is a financial matching service ...Online from ChecknGo, UnitedCashLoans, ZipCash, WorldWideCash & more!





Are you a day late and a dollar short on rent, utilities, car payments, or any other type of monthly expense? If so, get a **cash advance** at 247-payday-loan.com! We can send you fast money ($100-$500) in 24 hours through our express payday loans service.

247-payday-loan can help you make ends meet and avoid the tragedy of late fees. The application is free and there's no obligation. Just fill out the **online application**. It only takes a minute. Once you are approved 247-payday-loan.com will wire your payday advance loan directly to your account within 24 hours.

**APPLY NOW (30 Second Application)** !

247-payday-loan.com is a financial matching service - matching prospective borrowers with prospective lenders. Your information may be placed with one of several independent loan companies. Not all independent loan companies will approve you for a loan or can provide you with up to $1,500 on your first loan.

247-payday-loan cannot guarantee final approval of unsecured cash loans. Qualifying for final approval of a cash loan depends on various factors including income and the state in which you reside. 247-payday-loan is not a financial institution or a lender. The independent loan companies may verify your supplied information with any number of independent verification companies including but not limited to: CLVerify, Teletrack, or Accurint.





247-payday-loan.com  247-payday-loan is a financial matching service...Online from ChecknGo, UnitedCashLoans, ZipCash, WorldWideCash & more!

Cash For USA  cash1online  cashadvancenetworknow  cashnet500  cashnet500online  cashnetusa  checkngonow  christianetonline  christianfaithfinancial  emergencyhelpnow  fastcashathomenow  instantcashloantillpayday  littleloanshoppehome  loanbyphonenow  moneymarthome  mypaydayloanhome  mypaydayloanonline  nationwidecashonline  newcashcentral  nofaxpaydaylender  payday2gonow  paydayonenow  paydayselect  ten-dollar-payday-loan  themoneystorehome  U-I-X-Payday  unitedcashloans  wegivecashonline  youngmoneyhome  AddURL  Submit URL  Resources



## Check 'N' Go



Get a Payday Loan!

**Select Your State**
Select

**Desired Loan Amount**
Select

Payday Loan Types
Payday Loan Basics
Resources
Payday Loan Alternatives
Payday Lenders
 PayDay OK
 MoneyTree
 EZ Pawn
 Sonic Payday / Sonic Cash
 Payday Select
 View ALL Payday Lenders
Payday Information by State

Check 'N' Go was started with one simple idea - offer finanical options that traditional banks wouldn't. This was mainly targeted at people who need a cash advance. Check 'N' Go has now established itself as a leader in payday loans. Check 'N' Go credits this mostly to their high customer serice and ethical standards.

**Number of Check 'N' Go locations**

Check 'n Go currently has 1,300 payday/cash advance locations nationwide, and is always growing.

**Loans offered by Check 'N' Go**

Check 'N' Go offers online and in person payday loans. These loans are typically given for **14 days**, and are paid back when you receive your next pay check.

**Check 'N' Go's Finance Fees**

Check 'N' Go charges a finance charge of $25 for each $100, which comes out to be an APR of 651.78% in a 14 day loan. For example, if you borrow $100 and your next payday is 14 days away, then the finance charge is $25, the total payment is $125, and the Annual Percentage Rate is 651.78%. Of course, the actual Annual Percentage Rate (APR) of your loan may be more or less, depending on when you get paid next.



Check 'N' Go

**States served by Check 'N' Go**

| | | |
|---|---|---|
| Alabama | Idaho | Mississippi | North Dakota | Tennessee |
| Arizona | Illinois | Missouri | Ohio | Texas |
| California | Indiana | Montana | Oklahoma | Utah |
| Colorado | Iowa | Nebraska | Oregon | Virginia |
| Delaware | Kansas | Nevada | Rhode Island | Washington |
| District of Columbia | Kentucky | New Hampshire | South Carolina | Wisconsin |
| Florida | Michigan | New mexico | South Dakota | |

Get instant approval At a low cost payday loan!

\* Payday Today is not necessarily affiliated with the lender featured on this page. We cannot guarantee that your request for a payday loan will be matched with any particular lender. The content featured on this site is for informational purposes only.

For more information on how our process works, please refer to our How It Works page.

\* Payday Today is not a payday lender or broker. We provide research and information about payday lenders and products, and are not necessarily affiliated with the companies featured on this site. Availability of products and services varies by state.

© Copyright 2005 Payday Today



# Earn $100!

Use the PayDayMax Referral Program to tell friends and family about us'

**PayDayMax.com**®

Take your payday to the max with a cash advance from PayDayMax®.

Privacy Policy    Testimonials

Payday Loans, Personal Loans, Cash Advance -DiscountAdvances.com- Apply for Payday Loans, Cash Advance Loans

# We've changed our name and lowered our rates!
## DiscountAdvances.com an IgotIt.com company

Home Login Fees Referral Information Disclosures Help About Us Contact Us

### Get Started Now!
Apply Online Or By Phone



- No faxing required for qualified applicants
- Fast Approval
- Cash deposited *directly* to your account
- *Confidential & Secure*
- No Credit Check
- Loans deposited *overnight*
- Apply online or by phone

**New Customers**

**Customer Login**

DiscountAdvances.com is a lifesaver. They were wonderful and it was as easy as 1-2-3. I would definitely use them again and recommend them completely!

Read More...



Payday Loans up to $1000 NOW >>

Saturday    Apply By Phone: 1-866-804-4266    Customer Service: 800-



Available Now...Get Your Cash Advance From Any MoneyGram Location!

Bookmark this site now

DiscountAdvances.com (an IGotIt.com company) © 2006 - All Rights Reserved

Privacy Policy

http://www.discountadvances.com/index.php?ref=dcagoog...1c5_359422282:2gNorkNTYXsAAGX1YloAAAAE:20061120204918 11/20/2006 3:49:41 PM

Pay Day Loans Easy - Get cash fast or with no fax!



Payday Loans Easy.com is affiliated with ExtraPayday Loans and helps Payday loan seekers with access to payday loan vendors in many states. This Cash Advance service as the name states is open only for American specifically US residents. Our online cash advance application is simple, secure and takes less than 1 minute. Our service usually provides you with an opportunity to get a payday loan at very competitive rates.

You can get access to up to $1500 in Payday Loans cash advance. Some of our lenders have an option of no faxing of documents. Good credit or bad credit, we don't care. If you are approved for a cash advance you will be receiving your money from us in as little as 24 hours!

Apply NowHomeHow It worksFAQ'sTestimonialsPrivacy PolicyReport SpamSitemapContact Us

http://www.payday-loans-easy.com/?gclid=CKKu9d-9logCFSV9SAodSngkPQ 1/20/2006 3:50:08 PM

Check 'n Go

    

CAR REPAIR    BILLS    EMERGENCIES    HOLIDAYS

HOW IT WORKS    OPTIONS    LENDERS    LOCATIONS    ARTICLES    CALCULATORS    GET A CASH ADVANCE

- 123 ONLINE CASH
- AAA PAYDAY CASH
- ACE CASH EXPRESS
- ADVANCE AMERICA
- AEROADVANCE
- AMERICASH ADVANCE
- AMERILOAN
- CASH ADVANCE NETWORK
- CASH CALL
- CHECK INTO CASH
- CHECK N GO
- CHOICE PERSONAL LOANS
- CREDIT.COM
- EZ PAWN
- FASTBUCKS
- FIRST AMERICAN HOLDING
- FIRST CASH FINANCIAL
- FLEX CHECK HOLDINGS

## Check 'n Go

If you are short on cash, you can get the money you need with a payday cash advance from Check 'n Go.

Ohio-based Check 'n Go was a pioneer in the payday advance loan service. Today, the business has stores around the country and a strong, service-oriented online presence. Check 'n Go offers cash advances for the customer who occasionally needs a little extra help and who expects confidential, professional service.

Check 'n Go Loan Requirements

Information required in the cash advance or payday advance online process includes the following:

- Have an active checking account in your name
- Have a minimum monthly gross pay of $800 (before taxes)
- Are at least eighteen years old
- Have a regular, verifiable source of income
- Are not currently a debtor in bankruptcy; do not intend to voluntarily file for bankruptcy
- Have not had more than 90 days of outstanding payday loans in a calendar year

You may need to fax copies of certain documents that are requested. Once all necessary documents are received, you will be sent an email to let you know your loan has been approved. When the process is complete, the cash will be deposited electronically directly into your checking account.

Check 'n Go Loan Repayment

When you receive your next paycheck (usually in two weeks), Check 'n Go will directly withdraw your payment from your account. It is your responsibility to make sure there is enough in your account to cover the withdrawal—or to arrange for an extension of the loan, if necessary and permitted by the state in which you reside

Apply for a Quick Cash Advance NOW! >>

### CASH ADVANCE

- Learn How it Works

* Online-Cash-Advance.us is not necessarily affiliated with the lender featured on this page. We

Check 'n Go

- LITTLE LOAN SHOPPE
- LOAN TILL PAYDAY
- LOANS.COM
- MAGNUM CASH ADVANCE
- MONEYTREE
- MONEY MART
- MR. CASH
- MY PAYDAY LOAN
- NATIONAL PAYDAY
- PAYCHECK TODAY
- PAYDAY2GO
- PAYDAYMAX
- PAYDAY LOAN COMPANY
- PAYDAY OK
- ~~PAYDAY ONE~~
- PAYDAY PROS
- PAYDAY SELECT
- PERSONAL CASH ADVANCE
- PIGGY BANK CASH LOANS
- PLATINUM CASH ADVANCE
- POWER PAYDAY LOANS
- PRIORITY PAYDAY LOANS
- SONIC PAYDAY CASH

cannot guarantee that your request for a cash advance will be matched with any particular lender. The content featured on this site is for informational purposes only. If you wish to reach this lender directly, we encourage you to visit this lender's website.

For more information about how our process works, visit our How It Works page.



Check 'n Go

TENDOLLARPAYDAY-
LOAN.COM

THE FAST CASH WIZARD

URGENT CASH ADVANCE

WORLDWIDECASHNOW

VIEW ALL LENDERS

HOME | ABOUT US | DISCLAIMER | PRIVACY POLICY | SITEMAP | CONTACT US        Copyright 2006 - Online-Cash-Advance.us

Cash Advance at PayDayLoanToday.com: Payday Loan, Payday Advance

# WARNING! You Must Read This Message Before You Request Another Cash Advance.



**Compare the Three Major Differences!**

1. Let **PaydayLoanToday.com** help you meet your short term financial needs from $150 to $500. If you haven't applied with us before, we would like to earn your business. Offing you a **limited time special, NO FEE LOAN up to $200.00 for 30 days**. Just type in the offer code "no fee 200" in the comments field!!! A few short easy prompts and your done!
2. Our competitors want you to keep paying rollover fees every month until the full amount of the principle loan is paid off. **Our Rollover Fee Policy is Completely Different** and there is no one in the industry like us. After a couple of months we drop those pesky rollover fees which could be add up over $100 a month to assist in helping you pay off the principal of your loan. We challenge you to find anyone else like us. We want your long-term business and will educate you through the entire process along with helping you pay off your loan as quickly as possible.
3. Some of our competitors say they are faxless. That may be true for 1% of their customers. **Don't be deceived.** We provide **Three-Easy-Ways** for you to contact us with your bank statement. **a)** fax **b)** fax from Kinkos etc, then, we'll reimburse you if you fax along your receipt. **c)** scan statement and email.

If you have a job and a checking account, you pre-qualify to borrow up to $500. Payday Loan Today is an online cash advance service for today's customer. After you qualify for an instant cash advance, there are no more qualifying hassles. Come back as often as you need an instant cash advance today, tomorrow or anytime. The payday advance will be in your bank account by next morning. You can also do a payday advance loan extension online in about 60 seconds.

## PAYDAYLOANTODAY

Why The Banks Despise Us:
True Tales of Customer Service Incompetence
**FREE DOWNLOAD ▶**

**Banking Secrets**

- HOME
- HOW IT WORKS
- QUALIFICATIONS
- PRIVACY / SECURITY
- HELP
- ABOUT US
- CONTACT US

**EXISTING CUSTOMERS**

Username:

Password:

**LOGIN ▶**

Please enter your user name and password that you chose during registration with us. If you have forgotten your password **CLICK HERE**.



**APPLYING IS QUICK, SAFE AND EASY!**

**START APPLYING NOW! ▶**

| A LITTLE SHORT ON CASH? ▼ | QUESTIONS OR CONCERNS? ▼ |
|---|---|
| PayDayLoanToday can give you a payday loan online with 24 hours. There are no credit checks, long loan applications to fill out, or unnecessary paperwork. It's fast, safe, and convenient. To get your loan **CLICK HERE** to fill out our online application and put your stress at ease. | CALL US TOLL FREE: **1-877-210-CASH**  SECURED BY GeoTrust See bottom of page |

Cash Advance at PayDayLoanToday.com: Payday Loan, Payday Advance

## For Fast Payday Loans & Loan Extensions Requests- Submit Your Request to Customer Service

We have live personal customer service Monday through Friday 8:30 am to 6:00 pm Pacific time for your assistance. On Saturday we are available from 10:00 am to 4:00 pm Pacific time. Fast payday loans and loan extensions requests entered by 3:00 pm Pacific will be processed the same day-and posted to your account the following business day.

This web page is an ad and is an invitation for you to send us a payday loan application, and not an offer to make you a payday loan. We are based in Nevada and subject to the laws of that state. If you submit a payday loan application to us and it is approved, funds will be credited to you from our Nevada bank account. Nevada Payday Loan laws governing deferred deposit loans may differ from those of your state. If you choose not to enter an agreement based on Nevada law, please continue to look for a payday loan cash advance service provider in your area.

Apply Now   How It Works   Qualifications   Help | Privacy | About Us   Contact Us | Other Links   States & Regions
Customer Service: (877) 210-2274 | Fax: (800) 349-0561
© 1999-2006 CheckExpress.com dba paydayloantoday.com, All Rights Reserved  28059975


SECURED BY GeoTrust
click to verify
20-Nov-06 20:42 GMT

Payday Loan - Emergency Cash Advance Loans - No Credit Check - Credit.com

# credit.com
wherever you stand, we stand by you

contact us    log in

findit

| Credit Reports | Personal Loans | Credit Cards | Debt Help | Home Loans | Auto Loans | ID Theft & Security | More Products | Life Stages | Learning Center |

Home > Personal Loans > Emergency Payday Loan



**Minimum Requirements**
- US resident over 18 years old
- No outstanding payday loans
- Active checking account
- $1,000 minimum monthly income
- This service is not available in Illinois, or Massachusetts. Nor is it available in Georgia or any state where prohibited by law.

Get the funds deposited directly into your checking account to immediately access cash to balance your budget, handle emergencies, consolidate bills, or put money in your wallet! You'll receive a no obligation loan quote that details the rates and terms after you apply.

**Did you know?** Short term loans require only a source of income and a checking account? Your past credit history does not impact the loan approval process.

**All about emergency payday loans**
Emergency loans are not right for everyone. Before you apply, learn more about how these loans work. Read tips from our credit experts and information about using emergency payday loans responsibly.
**Click here to read more about payday loans.**

## Emergency Payday Loan

Borrow up to $1,000 to help you deal with a financial emergency. No credit check is required. These loans are designed to be repaid in one to two pay periods.

START HERE! It's quick, easy and secure

### Confirm Program Eligibility

Do you have a checking account?    ○ Yes  ○ No
Are you paid by direct deposit?     ○ Yes  ○ No
Do you have a steady income?        ○ Yes  ○ No

Net Monthly Income: [          ]

Number of outstanding payday loans? [    ]

Desired Loan Amount: [          ]

### Personal Information

First name: [          ]    Last name: [          ]

Email: [          ]

Credit.com does not share your email address with third parties unrelated to this transaction. You may receive email from Credit.com for identity verification, our newsletter and customer support. You can opt out at any time.

Address: [          ]    City: [          ]

State: [          ]    Zip code: [     ]

Time at residence:          Type of residence:
[1 Yrs] [1 M]               [          ]

By submitting this form, you accept Credit.com's Terms of Use

WE DON'T SPAM    Get Approved ▶

Insight and Guidance for Smart Choices™

Payday Loan - Emergency Cash Advance Loans - No Credit Check - Credit.com

About Us | Press | Affiliates | Privacy Policy | Terms of Use | Site Map



Online Credit Report | Loan | Auto Loan | Payday Loan | Debt Consolidation | Consolidate Student Loans
Mortgage | Mortgage Refinancing | Credit Card Offer | Identity Theft Protection | Learning Center

© 2006 Credit.com, Inc. All rights reserved

Fast, Easy Payday Loans

## *payday-loan-in-minutes.com*    payday loans    more info...    contact us

**Get an Instant Paycheck Advance of up to $1500!** Money Will Be Wired to You **in 1 Hour!** Nothing to Fax!



Payday loans are the hassle-free way to get cash when unexpected bills or emergencies arise. Get the cash you need **deposited directly into your bank account in 1 hour!** Low fees! No faxing required!

➡ **CLICK FOR CASH!**



©2006 Payday-Loan-in-Minutes.Com

Cash Advances at 123 Online Cash



| | |
|---|---|
| How to Get a Loan | **Cash Advance Loans–** |
| Why Choose 123 Online Cash? | **for your immediate needs!** |
| Customer Testimonials | Get cash sent directly to your checking account within 24 hours. Whether you need the money for bills, unexpected expenses, or even recreational spending, we can provide a cash advance that is right for you. |
| Getting Out of Debt | |

123 Online Cash feels each customer is unique, which is why each application is reviewed and matched with multiple cash advance offers. Your time is valuable, which is why our entire application process is quick and your funds are delivered within a day. Apply now and you can have up to $1,500 delivered to you by tomorrow!

GET UP TO $1500 DEPOSITED INTO YOUR ACCOUNT TOMORROW

**Why should I use 123 Online Cash to receive a Cash Advance?**



- **The online application process is completely confidential and secure**
- **Larger Loan amounts; get a small amount of cash, or as much as $1,500**
- **Individualized cash advances; each application is promptly matched with the best loan offer**
- **Don't wait for your money; Apply today and have your cash by tomorrow**

Home | How to Get a Loan | FAQs
What is a Payday Loan | Site Map

© 2005 123 Online Cash - All Rights Reserved