

# Frost Brown Todd LLC
## ATTORNEYS

KENTUCKY · OHIO · INDIANA · TENNESSEE

**Barry D. Hunter**
(859) 244-3214
BHUNTER@FBTLAW.COM

December 1, 2006

***VIA E-MAIL AND U.S. MAIL***
Eugene M. Paige, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107

Re:  CNG Financial Corp. v. Google, Inc.

Dear Eugene:

This is to acknowledge my receipt, today, of the November 27, 2006 letter that you faxed to my office here in Kentucky on that date. As you undoubtedly know from your discussions with your colleagues, Michael Page and Klaus Hamm, I was not in my office on Monday, November 27, or on November 28, 29 or 30 - - having been spending those days taking depositions with Michael and Klaus in Mountain View, California.

I note that your letter requests that I respond by December 1, *i.e.*, today. While I will endeavor to address the issues you raised in your letter as soon as practical next week, I will not be able to meet your deadline. In the future, if you require my attention on an immediate basis at a time when I am in depositions with Michael and Klaus, have Michael or Klaus hand me the letter.

I look forward to responding to your concerns next week.

Very truly yours,

Barry D. Hunter

BDH:prl

LEXLibrary 0102393.0533475 319299v.1

250 West Main Street, Suite 2700    Lexington, Kentucky 40507-1749    (859) 231-0000 • (859) 231-0011 fax    www.frostbrowntodd.com

Dockets.Justia.com