UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | |
| | : | Case No. 1:06-cv-040 |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | Chief Judge Sandra S. Beckwith |
| | : | Magistrate Timothy S. Black |
| vs. | : | |
| | : | **JOINT MOTION OF PLAINTIFF** |
| GOOGLE INC. | : | **AND DEFENDANT TO EXTEND** |
| | : | **DISCOVERY CUT-OFF DATE** |
| Defendant/Counterclaim-Plaintiff. | : | **FOR AN ADDITIONAL TWO (2)** |
| | : | **DAYS** |

Due to circumstances beyond the parties' control, Plaintiff and Defendant jointly move the Court for an Order extending the discovery deadline, currently February 28, 2007, through to and including March 2, 2007. The parties state that no other dates in the Scheduling Order would be changed should the Court extend the discovery cut-off date as requested.

        Respectfully submitted,

        /s/ Barry D. Hunter
        Ann Gallagher Robinson
        Frost Brown Todd, LLC
        2200 PNC Center
        201 East Fifth Street
        Cincinnati, OH 45202-4182
        Tel.: (513) 651-6800
        Fax: (513) 651-6981

        Barry D. Hunter
        Medrith Lee Norman
        Frost Brown Todd LLC
        250 West Main Street, Suite 2700
        Lexington, Kentucky 40507
        (859) 231-0000
        (859) 231-0011-fax

        ATTORNEYS FOR CNG FINANCIAL
        CORPORATION

<u>/s/ Michael H. Page (with permission)</u>
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107


Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202


ATTORNEYS FOR GOOGLE, INC.

LEXLibrary 0102393.0533475  323882v.1