UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CNG FINANCIAL CORPORATION** : CASE NO. 1:06-cv-040

      Plaintiff : Judge Sandra S. Beckwith
                                        Magistrate Judge Timothy S. Black

v. :

**GOOGLE, INC.** : __ORDER__

      Defendant :

The parties being in agreement,

IT IS HEREBY ORDERED that the discovery deadline, currently set for February 28, 2007, is extended through to and including March 2, 2007.

This _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

Agreed to:

/s/ Barry D. Hunter_____
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.:   (859) 231-0000
Fax:   (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tel.:   (513) 381-6600
Fax:   (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

LEXLibrary 0102393.0533475 323990v.1