UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION** | : | CASE NO. 1:06-cv-040 |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | | Magistrate Judge Timothy S. Black |
| v. | : | |
| **GOOGLE, INC.** | : | **ORDER** |
| Defendant | : | |

The parties being in agreement,

IT IS HEREBY ORDERED that the discovery deadline, currently set for February 28,

2007, is extended through to and including March 2, 2007.

This ___25TH___ day of ___January___, 2007.

_Timothy S. Black_
Timothy S. Black
United States Magistrate Judge

Agreed to:

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.:    (859) 231-0000
Fax:    (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tel.:    (513) 381-6600
Fax:    (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

LEXLibrary 0102393.0533475 323990v.1