UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | |
| | : | Case No. 1:06-cv-040 |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | Chief Judge Sandra S. Beckwith |
| | : | Magistrate Timothy S. Black |
| vs. | : | |
| | : | **STIPULATION, MOTION AND** |
| GOOGLE INC. | : | **AGREED ORDER TO EXTEND** |
| | : | **SUMMARY JUDGMENT** |
| Defendant/Counterclaim-Plaintiff. | : | **DEADLINE** |
| | : | |

Plaintiff, CNG Financial Corporation and Defendant Google Inc., through counsel, hereby stipulate and move the Court for a thirty (30) day extension on the deadline, currently February 28, 2007, for filing dispositive motions. In support of this Motion, the parties would show the Court that the sole reason for this requested extension is that they are currently engaged in settlement negotiations, and they believe that their time over the next week will be better spent in attempting to finalize their settlement rather than in finalizing their summary judgment papers. Indeed, while the complexity of certain issues involved in the settlement talks prevents the parties from immediately concluding those talks, the parties are optimistic that they will be able to successfully conclude their settlement talks over the next two to three weeks.

Finally, the Court should note that the parties have not previously asked for any modification of the Court's schedule for dispositive motions, and the parties respectfully submit that because the pretrial conference is not scheduled until August 24, 2007, and trial is not scheduled until September 10, 2007, the brief extension of the dispositive motions deadline should not require the Court to alter the pretrial or trial settings.

WHEREFORE, for the foregoing reasons and to further the parties' settlement efforts, the parties respectfully move that the Court extend the deadline for filing dispositive motions through to and including March 30, 2007.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

ATTORNEYS FOR CNG FINANCIAL CORPORATION


/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107


Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202


ATTORNEYS FOR GOOGLE, INC.