UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CNG FINANCIAL CORPORATION**    :    CASE NO. 1:06-cv-040

    Plaintiff    :    Judge Sandra S. Beckwith
                      Magistrate Judge Timothy S. Black

v.    :

**GOOGLE, INC.**    :    <u>ORDER</u>

    Defendant    :

Based upon the agreement of the parties and for good cause shown, the deadline for filing dispositive motions in this case is extended through to and including March 30, 2007. The pretrial and trial setting shall not be altered.

    This _____ day of _____, 2007.

                                           _____
                                           JUDGE, UNITED STATES DISTRICT COURT

Agreed to:

/s/ Barry D. Hunter_____
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.:   (859) 231-0000
Fax:   (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tel.:   (513) 381-6600
Fax:   (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

LEXLibrary 0102393.0533475  327303v.1