UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br><br>**UNOPPOSED MOTION TO WITHDRAW GOOGLE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** |

Defendant/Counterclaim-Plaintiff Google Inc. ("Google") and Plaintiff/Counterclaim-Defendant CNG Financial Corporation ("CNG") have successfully reached an extrajudicial resolution of the matters contained in Google's December 15, 2006 Motion to Compel the Production of Documents.  Accordingly, Google respectfully submits this unopposed motion to withdraw its December 15, 2006 Motion to Compel the Production of Documents.

Dated:  February 2_, 2007

*Of Counsel:*

Michael H. Page (*pro hac vice*)
Klaus H. Hamm (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107
Telephone:  (415) 391-5400
mpage@kvn.com
khamm@kvn.com

/s/Kenneth F. Seibel
Kenneth F. Seibel (0025168)
Jacobs, Kleinman, Seibel and McNally
1014 Vine Street, Suite 2300
Cincinatti, OH 45202
Telephone:  (513) 281-6600
kseibel@jksmlaw.com

Attorneys for Defendant and Counterclaim-Plaintiff Google Inc.

1

## CERTIFICATE OF SERVICE

       I hereby certify that on February 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ann G. Robinson  
Frost Brown Todd LLC  
2200 PNC Center  
201 East Fifth Street  
Cincinnati, Ohio  45202  
email:  arobinson@fbtlaw.com

Medrith Lee Norman  
Frost Brown Todd  
250 West Main Street  
Suite 2700  
Lexington, KY  40507  
email:  mnorman@fbtlaw.com

Barry D. Hunter  
Frost Brown Todd LLC  
2700 Lexington Financial Center  
250 West Main Street  
Lexington, KY  40507  
email:  bhunter@fbtlaw.com

                                  /s/Kenneth F. Seibel  
                                **Kenneth F. Seibel (0025168)**

390582.01