# United States District Court
## Southern District of Ohio
### Western Division

CNG FINANCIAL CORPORATION,
    Plaintiff                                     Case No. 1:06-cv-040

vs.

GOOGLE, INC.,                                    Beckwith, J.
    Defendant.                                 Black, M.J.

The Unopposed Motion to Withdraw Google's Motion to Compel (Doc. 47) is GRANTED and the December 15, 2006 Motion to Compel (Doc. 38) is WITHDRAWN.

Date:  2/26/07                     **/s/Timothy S. Black**

                                      Timothy S. Black
                                      United States Magistrate Judge

Dockets.Justia.com