UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>      Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br>**[PROPOSED] ORDER** |

Upon consideration of Google Inc.'s motion for leave to file a memorandum in support of motion for summary judgment exceeding 20 pages, it is hereby ORDERED that:

1.    Google's motion is GRANTED.

2.    Google has leave to file a memorandum in support of its motion for summary judgment that does not exceed 35 pages.

Dated: _____

                                                              Sandra S. Beckwith
                                                              United States Judge