SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION, | Case No. 1:06cv040 |
| Plaintiff/Counterclaim-Defendant, | Chief Judge Sandra S. Beckwith |
| v. | Magistrate Timothy S. Black |
| GOOGLE INC., | |
| Defendant/Counterclaim-Plaintiff. | |

**GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF WITH DECLARATION OF KLAUS H. HAMM ATTACHED HEREIN AS EXHIBIT 1 AND INCORPORATED BY REFERENCE**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**