# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION | |
| Plaintiff/Counterclaim-Defendant, | Case No. 1:06-cv-040 |
| | Chief Judge Sandra S. Beckwith |
| vs. | Magistrate Timothy S. Black |
| GOOGLE INC. | **AGREED MOTION TO EXTEND PAGE LIMITS AND RESPONSE DEADLINE** |
| Defendant/Counterclaim-Plaintiff. | |

Plaintiff, CNG Financial Corporation, with the agreement of Defendant, Google, Inc., moves the Court to extend the page limit for CNG's Memorandum in Opposition to Google's Rule 56 Motion to 35 pages, equal to that granted to Google, and it moves the Court to extend its deadline for filing that Memorandum (which was served by hand-delivery on March 30, 2007) over the weekend to April 23, 2007.

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.:    (859) 231-0000
Fax:    (859) 231-0011

*ATTORNEYS FOR CNG FINANCIAL CORPORATION*


/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tel.:    (513) 381-6600
Fax:    (513) 381-4150

*ATTORNEYS FOR GOOGLE, INC.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 12th day of April, 2007:

>Kenneth F. Seibel, Esq.
>Jacobs, Kleinman, Seibel & McNally
>2300 Kroger Building
>1014 Vine Street
>Cincinnati, OH  45202
>
>Michael H. Page, Esq.
>Klaus H. Hamm, Esq.
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA  94107

>>/s/ Barry D. Hunter
>>Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475 332111v1