CNG Financial Corporation v. Google Inc — Doc. 55
Case 1:06-cv-00040-SSB-TSB   Document 55    Filed 04/17/2007   Page 1 of 3
Case 1:06-cv-00040-SSB-TSB   Document 54-2  Filed 04/12/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

07 APR 17 AM 11:29

CNG FINANCIAL CORPORATION

    Plaintiff/Counterclaim-Defendant,

vs.

GOOGLE INC.

    Defendant/Counterclaim-Plaintiff.

Case No. 1:06-cv-040

Chief Judge Sandra S. Beckwith
Magistrate Timothy S. Black

**AGREED ORDER**

Based upon the agreement of the parties, CNG's deadline for filing its Memorandum in Opposition to Google's Rule 56 Motion, which was served by hand delivery on March 30, 2007, shall be extended to April 23, 2007, and the page limit for CNG's Memorandum shall be extended to 35 pages.

DONE AND ORDERED this 17th day of April, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

Agreed to:
/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
Tel.: (859) 231-0000
Fax: (859) 231-0011

ATTORNEYS FOR CNG FINANCIAL CORPORATION



/s/ Michael H. Page (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tel.: (513) 381-6600
Fax: (513) 381-4150

ATTORNEYS FOR GOOGLE, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 12th day of April, 2007:

>Kenneth F. Seibel, Esq.
>Jacobs, Kleinman, Seibel & McNally
>2300 Kroger Building
>1014 Vine Street
>Cincinnati, OH 45202
>
>Michael H. Page, Esq.
>Klaus H. Hamm, Esq.
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA 94107

/s/ Barry D. Hunter
Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475 332097v1