## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | Case No. 1:06-cv-040 |
| | : | |
| Plaintiff/Counterclaim-Defendant, | : | Chief Judge Sandra S. Beckwith |
| | : | Magistrate Timothy S. Black |
| vs. | : | **NOTICE OF MANUAL FILING** |
| | : | |
| GOOGLE INC. | : | |
| | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

Please take notice that Plaintiff CNG Financial Corporation has manually filed the following document Under Seal Pursuant to Protective Order:

**CNG FINANCIAL CORPORATION'S MEMORANDUM IN OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT AND DECLARATIONS IN SUPPORT THEREOF**

    Respectfully submitted,

    s/Ann G. Schoen
    Ann G. Schoen (0064234)
    Frost Brown Todd, LLC
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, OH 45202-4182
    Tel.: (513) 651-6800
    Fax: (513) 651-6981

    Barry D. Hunter
    Medrith Lee Norman
    Frost Brown Todd LLC
    250 West Main Street, Suite 2700
    Lexington, Kentucky 40507
    (859) 231-0000(859) 231-0011-fax

    Attorneys for
    CNG FINANCIAL CORPORATION

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the following, this 23rd day of April, 2007:

>Kenneth F. Seibel, Esq.
>Jacobs, Kleinman, Seibel & McNally
>2300 Kroger Building
>1014 Vine Street
>Cincinnati, OH  45202
>
>Michael H. Page, Esq.
>Klaus H. Hamm, Esq.
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA  94107

>s/Ann G. Schoen
>Attorney for Plaintiff/Counter Defendant