UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CNG FINANCIAL CORPORATION       :
                                :   Case No. 1:06-cv-040
       Plaintiff/Counterclaim-  :
       Defendant,                :   Chief Judge Sandra S. Beckwith
                                :   Magistrate Timothy S. Black
vs.                             :
                                :   **CNG'S RESPONSE TO**
GOOGLE INC.                     :   **GOOGLE'S MOTION FOR**
                                :   **LEAVE TO FILE ADDITIONAL**
       Defendant/Counterclaim-  :   **AUTHORITY**
       Plaintiff.                :

In response to Google's Motion Plaintiff, CNG Financial Corporation, states that there is no need for this Court to consider the unpublished case of *FragranceNet.com, Inc. v. FragranceX.com, Inc.* as additional authority in support of Google's Motion for Summary Judgment. *FragranceNet.com* is an opinion from a New York district court. Google has already cited two decisions from New York in support of its position in this case. Moreover, as the *FragranceNet.com* court itself acknowledged (at p.11), the question of whether triggering a sponsored link with a trademarked keyword or a trademarked metatag constitutes a trademark use has been resolved differently by the New York courts than by every other court to address the issue throughout the country, including by the Court from the Eastern Division of this District in *TData Inc. v. Aircraft Technical Publishers*, 411 F.Supp.2d 901, 911 (S.D.Ohio 2006). Accordingly, the case supplies no new analysis which would be helpful to the Court.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981


Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

Attorneys for CNG FINANCIAL
CORPORATION

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF, system which will send notification of such filing to the following, this 3rd day of July, 2007:

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202

Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

/s/ Barry D. Hunter
Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475  338766v.1