UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING JURY DEMANDS** |

## **STIPULATION**

    WHEREAS, CNG Financial Corporation's ("CNG") complaint against Google in this action contains a jury demand;

    WHEREAS, Google Inc.'s counterclaim against CNG in this action contains a jury demand;

    WHEREAS, CNG agrees to withdraw its demand for a jury;

    WHEREAS, Google agrees to withdraw its demand for a jury;

    NOW THEREFORE, the parties stipulate to and request that the Court enter the following order:

    The parties' jury demands are withdrawn and trial in this action will proceed without a jury.

    IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: July 6, 2007 | s/ Klaus H. Hamm<br>Kenneth F. Seibel (0025168)<br>Jacobs, Kleinman, Seibel and McNally<br>1014 Vine Street, Suite 2300<br>Cincinatti, OH 45202<br>Telephone: (513) 281-6600<br>kseibel@jksmlaw.com<br><br>Michael H. Page (*pro hac vice*)<br>Klaus H. Hamm (*pro hac vice*)<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94107<br>Telephone: (415) 391-5400<br>mpage@kvn.com<br>khamm@kvn.com |

Attorneys for Defendant and Counterclaim-Plaintiff Google, Inc.

| | |
|---|---|
| Dated: July 6, 2007 | s/ Barry Hunter by s/ Klaus Hamm per email authorization<br>Ann Gallagher Robinson<br>Frost Brown Todd LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202-4182<br>arobinson@fbtlaw.com<br><br>Barry D. Hunter<br>Medrith Lee Norman<br>Frost Brown Todd LLC<br>250 West Main Street, Suite 2700<br>Lexington, KY 40507<br>bhunter@fbtlaw.com<br>mnorman@fbtlaw.com |

Attorneys for Plaintiff and Counterclaim-Defendant CNG Financial Corporation

## **ORDER**

It is hereby ordered that parties' jury demands are withdrawn and trial in this action will proceed without a jury.

SO ORDERED this __ day of _____, 2007.

By: _____
United States District Court Judge

2

398579.01

398579.01