CNG Financial Corporation v. Google Inc — Doc. 66
Case 1:06-cv-00040-SSB-TSB   Document 66   Filed 07/10/2007   Page 1 of 2
Case 1:06-cv-00040-SSB-TSB   Document 65   Filed 07/06/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| CNG FINANCIAL CORPORATION, | Case No. 1:06cv040 |
| Plaintiff/Counterclaim-Defendant, | Chief Judge Sandra S. Beckwith |
| v. | Magistrate Timothy S. Black |
| GOOGLE INC., | STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JURY DEMANDS |
| Defendant/Counterclaim-Plaintiff. | |

## STIPULATION

WHEREAS, CNG Financial Corporation's ("CNG") complaint against Google in this action contains a jury demand;

WHEREAS, Google Inc.'s counterclaim against CNG in this action contains a jury demand;

WHEREAS, CNG agrees to withdraw its demand for a jury;

WHEREAS, Google agrees to withdraw its demand for a jury;

NOW THEREFORE, the parties stipulate to and request that the Court enter the following order:

The parties' jury demands are withdrawn and trial in this action will proceed without a jury.

IT IS SO STIPULATED.

1

398579.01

Dockets.Justia.com

Dated: July 6, 2007

s/ Klaus H. Hamm
Kenneth F. Seibel (0025168)
Jacobs, Kleinman, Seibel and McNally
1014 Vine Street, Suite 2300
Cincinatti, OH 45202
Telephone: (513) 281-6600
kseibel@jksmlaw.com

Michael H. Page (*pro hac vice*)
Klaus H. Hamm (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107
Telephone: (415) 391-5400
mpage@kvn.com
khamm@kvn.com

Attorneys for Defendant and Counterclaim-Plaintiff Google, Inc.

Dated: July 6, 2007

s/ Barry Hunter by s/ Klaus Hamm per email authorization
Ann Gallagher Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
arobinson@fbtlaw.com

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, KY 40507
bhunter@fbtlaw.com
mnorman@fbtlaw.com

Attorneys for Plaintiff and Counterclaim-Defendant CNG Financial Corporation

## ORDER

It is hereby ordered that parties' jury demands are withdrawn and trial in this action will proceed without a jury.

SO ORDERED this 10th day of July, 2007.

By: _____
United States District Court Judge

2

398579.01