# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CNG FINANCIAL                    )
CORPORATION,                     )
                                 )
    Plaintiff,               )
                                 )
vs.                              )          Case No. 1:06-cv-040
                                 )
GOOGLE, INC.,                    )
                                 )
    Defendant.               )
                                 )
                                 )

<u>ORDER</u>

This matter is before the Court on the Motion for Leave to File Additional

Authority in Support of Its Motion for Summary Judgment filed by Defendant Google,

Inc. ("Google").  Doc. no. 63.  Google seeks to add to the record a recently-issued

decision out of the Eastern District of New York.  Plaintiff CNG Financial Corporation

("CNG") opposes the motion.  Doc. no. 64.  Because the decision is relevant to the issues

before the Court, Google's motion is **GRANTED**.

    **IT IS SO ORDERED.**


Date: <u>July 10, 2007</u>                    <u>s/Sandra S. Beckwith      </u>
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court