UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT MICHAEL MAZIS** |

I, KLAUS H. HAMM, declare and state as follows:

1.  I am an attorney duly licensed to practice by the State of California, and am associated with Keker & Van Nest, LLP, counsel to Defendant/Counterclaim-Plaintiff Google Inc. ("Google"). I have personal knowledge of the facts set forth below, and if called to testify as a witness thereto could do so competently under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Michael B. Mazis, Ph.D., taken on February 1, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Michael B. Mazis, Ph.D., dated December 5, 2006.

4.  Attached hereto as Exhibit C is a true and correct copy of the Rebuttal Expert Report of Dr. Itamar Simonson, dated February 14, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 13th day of July, 2007, at San Francisco, California.

/s/ Klaus H. Hamm
KLAUS H. HAMM

1