IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION, | ) | Case No. 1:06cv040 |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | **CERTIFIED COPY** |
| vs. | ) | |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |

VIDEOTAPED DEPOSITION OF
MICHAEL B. MAZIS, Ph.D.
Washington, D.C.
Thursday, February 1, 2007

Job No.: 22-95215
Pages 1 through 110
Reported by: John L. Harmonson, RPR



LEGALINK
A MERRILL COMMUNICATIONS COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

Dockets.Justia.com

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 09:48:09 | 1 | A. Yes. |
| 09:48:13 | 2 | Q. What hypothesis were you testing in |
| 09:48:15 | 3 | your study? |
| 09:48:29 | 4 | A. Whether when consumers enter a |
| 09:48:34 | 5 | search -- enter "Check 'n Go" in the Google search |
| 09:48:44 | 6 | box, whether they're confused about the |
| 09:48:49 | 7 | competitive sponsored links that appear on the |
| 09:48:54 | 8 | results page. |
| 09:48:56 | 9 | Q. Were you testing specifically the |
| 09:48:58 | 10 | effect of "Check 'n Go" being the search term? |
| 09:49:03 | 11 | A. Yes. |
| 09:49:03 | 12 | Q. Were you testing the effect of terms |
| 09:49:06 | 13 | like "check" or "go" in the text of |
| 09:49:11 | 14 | advertisements? |
| 09:49:13 | 15 | A. When you refer to the text, do you mean |
| 09:49:16 | 16 | the organic links, or do you mean the -- Are you |
| 09:49:21 | 17 | referring to the search page here, the results |
| 09:49:24 | 18 | page? |
| 09:49:24 | 19 | Q. I'm referring to the results page. And |
| 09:49:27 | 20 | actually it's a general question. |
| 09:49:28 | 21 | Were you testing the effect of the |
| 09:49:32 | 22 | appearance of words like "check" or "go" in the |
| 09:49:35 | 23 | text on the results page? |
| 09:49:36 | 24 | MR. HUNTER: Do you mean on the organic |
| 09:49:36 | 25 | listings or the sponsored listings? |

7

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:02:04 | 1 | that. |
| 10:02:06 | 2 | How do you go about determining the |
| 10:02:08 | 3 | degree to which each of those two elements causes |
| 10:02:12 | 4 | the confusion? |
| 10:02:13 | 5 | A.    Well, entering the name "Check 'n Go" |
| 10:02:16 | 6 | in the search window, that doesn't -- that in |
| 10:02:17 | 7 | itself doesn't cause confusion. I mean, the |
| 10:02:21 | 8 | confusion -- at least the potential confusion is |
| 10:02:24 | 9 | only generated by the competitive sponsored links |
| 10:02:27 | 10 | that appear on the search results page. |
| 10:02:30 | 11 | Q.    Okay. And if -- if -- Did you do |
| 10:02:34 | 12 | anything to determine whether the confusion would |
| 10:02:36 | 13 | be the same if the search term were "payday |
| 10:02:40 | 14 | loans"? |
| 10:02:43 | 15 | A.    No. That would be a different study. |
| 10:02:45 | 16 | I mean, this study -- that -- If people had |
| 10:02:49 | 17 | entered "payday loans," that's not a -- that's not |
| 10:02:53 | 18 | a trademarked term. You know, in this case I was |
| 10:02:59 | 19 | interested in a trademark term, "Check 'n Go." |
| 10:03:03 | 20 | Q.    And suppose you did -- suppose you did |
| 10:03:06 | 21 | a second study that was in every detail exactly |
| 10:03:08 | 22 | the same as this one except that the search term |
| 10:03:12 | 23 | was "payday loans" and your measured confusion was |
| 10:03:17 | 24 | the same? What would your conclusion be as to |
| 10:03:21 | 25 | whether the search term "Check 'n Go" caused any |

18

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:03:23 | 1 | confusion? |
| 10:03:25 | 2 | MR. HUNTER: Object to the form. |
| 10:03:28 | 3 | THE WITNESS: Well, it's obviously not |
| 10:03:30 | 4 | something I did or something I thought about. I |
| 10:03:39 | 5 | don't know what that would prove. I wouldn't |
| 10:03:42 | 6 | really draw anything from that. |
| 10:03:43 | 7 | BY MR. PAGE: |
| 10:03:44 | 8 | Q. Okay. What's the purpose of a control? |
| 10:03:46 | 9 | A. A control is to ferret out or remove |
| 10:03:50 | 10 | what's called noise, which refers to external |
| 10:03:53 | 11 | factors such as guessing or question wording or in |
| 10:03:57 | 12 | some cases prior beliefs so that the researcher |
| 10:04:02 | 13 | can know with greater certainty that the variable |
| 10:04:08 | 14 | that's being isolated actually caused a certain |
| 10:04:12 | 15 | result. |
| 10:04:12 | 16 | Q. Okay. And the variable that you were |
| 10:04:16 | 17 | purporting to measure in this study is the use of |
| 10:04:19 | 18 | "Check 'n Go" as a search term, correct? |
| 10:04:22 | 19 | A. No. |
| 10:04:23 | 20 | Q. Okay. What variable are you trying to |
| 10:04:26 | 21 | measure? |
| 10:04:26 | 22 | A. It's the -- It's the variable of the |
| 10:04:30 | 23 | competitive sponsored link. |
| 10:04:36 | 24 | Q. Okay. So -- |
| 10:04:36 | 25 | A. That's what was manipulated in the |

19

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:07:18 | 1 | organic lists -- results? |
| 10:07:19 | 2 | A. Yes. And that's what you want to do. |
| 10:07:21 | 3 | That's what you want to do in a controlled |
| 10:07:23 | 4 | experiment, is to keep everything constant with |
| 10:07:25 | 5 | the exception of the variable that you're |
| 10:07:28 | 6 | interested in, that you're trying to manipulate. |
| 10:07:30 | 7 | Q. Right. And the variable you were |
| 10:07:31 | 8 | interested in and you were trying to manipulate |
| 10:07:34 | 9 | was the sponsored links, which you changed? |
| 10:07:36 | 10 | A. Correct. |
| 10:07:37 | 11 | Q. And the result of that was that you had |
| 10:07:37 | 12 | a marked decrease in the degree of confusion, |
| 10:07:40 | 13 | correct? |
| 10:07:42 | 14 | A. Between the test group and the control |
| 10:07:44 | 15 | group? |
| 10:07:44 | 16 | Q. Right. |
| 10:07:44 | 17 | A. Yes. |
| 10:07:44 | 18 | Q. So the -- you've eliminated the effect |
| 10:07:48 | 19 | of the sponsored links on the control group? |
| 10:07:52 | 20 | MR. HUNTER: Object to the form. |
| 10:07:52 | 21 | BY MR. PAGE: |
| 10:07:53 | 22 | Q. Is that correct? |
| 10:07:54 | 23 | A. Not totally. Because, I mean -- |
| 10:07:56 | 24 | MR. HUNTER: The competitive sponsored |
| 10:07:59 | 25 | links. |

22

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:54:29 | 1 | A. Well, it was certainly helpful |
| 10:54:33 | 2 | background. But my study was somewhat different |
| 10:54:37 | 3 | than the GEICO study. You know, the GEICO study |
| 10:54:44 | 4 | was focused on both the issues of when GEICO -- |
| 10:54:49 | 5 | the name GEICO appeared in the sponsored links and |
| 10:54:52 | 6 | when just other competitive insurance links |
| 10:54:58 | 7 | appeared. So, you know, some of the issues, some |
| 10:55:03 | 8 | of the criticisms that were leveled at the GEICO |
| 10:55:07 | 9 | study really didn't apply to my case. |
| 10:55:12 | 10 | Q. How about the criticism on page 16 |
| 10:55:15 | 11 | where the court held, "As a threshold matter, the |
| 10:55:19 | 12 | control retained the use of GEICO as a keyword |
| 10:55:24 | 13 | which itself was alleged to be a source of |
| 10:55:27 | 14 | confusion." |
| 10:55:29 | 15 | Did you consider that to be relevant to |
| 10:55:31 | 16 | your study? |
| 10:55:32 | 17 | A. I think I read that over about ten |
| 10:55:34 | 18 | times and tried to understand it in the context of |
| 10:55:38 | 19 | the rest of the opinion. Now, the judge in this |
| 10:55:44 | 20 | case doesn't really explain that. And I don't |
| 10:55:53 | 21 | know what the judge meant here because it's |
| 10:55:55 | 22 | just -- it just -- it's just not correct. You |
| 10:55:59 | 23 | know, it just -- Sometimes we see those statements |
| 10:56:05 | 24 | in opinions and we wonder where they came from. |
| 10:56:08 | 25 | And this is one of those. |

54

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| Time | # | |
|---|---|---|
| 10:56:09 | 1 | If I had some explanation about what |
| 10:56:12 | 2 | the judge's thinking was, I might understand a |
| 10:56:15 | 3 | little bit better. But as a researcher working in |
| 10:56:18 | 4 | this field, without having some further background |
| 10:56:23 | 5 | about what the judge meant, that particular |
| 10:56:26 | 6 | statement just -- is just -- is incorrect. The |
| 10:56:30 | 7 | judge just misspoke. |
| 10:56:33 | 8 | Q. Did you do anything to try to get any |
| 10:56:36 | 9 | further background concerning the GEICO case or |
| 10:56:38 | 10 | this comment? |
| 10:56:40 | 11 | A. Well, my colleague, Gary Ford, was the |
| 10:56:47 | 12 | person that conducted the study. |
| 10:56:50 | 13 | Q. As I'm well aware. |
| 10:56:52 | 14 | A. So I did talk to him about this, and he |
| 10:56:55 | 15 | couldn't understand it either. It didn't make any |
| 10:56:59 | 16 | sense to him. |
| 10:57:03 | 17 | So I -- I just didn't quite know what |
| 10:57:07 | 18 | to make of it. |
| 10:57:09 | 19 | Q. Did he tell you that there had been |
| 10:57:12 | 20 | criticism of his survey at trial because the |
| 10:57:15 | 21 | control continued to use the same search term as |
| 10:57:18 | 22 | the test cell? |
| 10:57:20 | 23 | A. Well, I realized there was criticism of |
| 10:57:23 | 24 | that. But not all criticisms are valid, and that |
| 10:57:28 | 25 | certainly is one that wasn't valid. I mean, when |

55

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:58:56 | 1 | identical to Exhibit 2 but with the words "payday |
| 10:59:00 | 2 | loans" in the search box? |
| 10:59:04 | 3 | A.   Oh, certainly technically it could have |
| 10:59:07 | 4 | been done.  Sure.  Yeah.  I mean, I didn't -- To |
| 10:59:09 | 5 | me it wouldn't have made sense as a control.  But |
| 10:59:13 | 6 | sure, you could have done that. |
| 10:59:14 | 7 | Q.   Why not?  Wouldn't that have isolated |
| 10:59:17 | 8 | the effect of the search term from the effects of |
| 10:59:19 | 9 | the rest of the page? |
| 10:59:23 | 10 | A.   Well, that wasn't the purpose of my |
| 10:59:26 | 11 | study.  The purpose of my study is when people go |
| 10:59:28 | 12 | to Google and they type in "Check 'n Go" and they |
| 10:59:33 | 13 | get a results page, how do they -- what do they do |
| 10:59:40 | 14 | with that search page?  How do they process the |
| 10:59:44 | 15 | information on that search page?  So you needed to |
| 10:59:48 | 16 | put in "Check 'n Go" in both the test and the |
| 10:59:49 | 17 | control for that to make sense. |
| 10:59:51 | 18 | Q.   Okay.  The purpose of your test wasn't |
| 10:59:52 | 19 | to find out whether the use of the trademark as a |
| 10:59:55 | 20 | search term caused confusion? |
| 10:59:58 | 21 | A.   No. |
| 11:00:03 | 22 | Q.   Did Mr. Ford -- I'm sorry, I can't |
| 11:00:09 | 23 | remember if it's Dr. or Mr. Ford. |
| 11:00:13 | 24 | A.   Doctor. |
| 11:00:14 | 25 | Q.   Did Dr. Ford work with you at all in |

57

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| Time | # | |
|---|---|---|
| 12:26:32 | 1 | It's just not designed to do that." |
| 12:26:34 | 2 | And I am asking: Is it true similarly |
| 12:26:37 | 3 | that your study was not designed to sort out the |
| 12:26:40 | 4 | relative roles of the wording of the ads or the |
| 12:26:43 | 5 | position versus the use of "Check 'n Go" as a |
| 12:26:47 | 6 | keyword? |
| 12:26:48 | 7 | MR. HUNTER: I'm going to object to the |
| 12:26:49 | 8 | form as convoluted. But if you understand -- |
| 12:26:52 | 9 | BY MR. PAGE: |
| 12:26:52 | 10 | Q. Did you understand the question? |
| 12:26:53 | 11 | A. Yeah, maybe. The idea of the |
| 12:26:56 | 12 | keyword -- I mean, the keyword is constant. The |
| 12:27:00 | 13 | "Check 'n Go" is constant in the test group and |
| 12:27:05 | 14 | the control group. So the survey was not designed |
| 12:27:08 | 15 | to -- It didn't vary the keyword, so it didn't -- |
| 12:27:10 | 16 | it wasn't designed to sort out the impact of |
| 12:27:13 | 17 | different keywords. It was only designed to say, |
| 12:27:18 | 18 | given a certain keyword and given search results, |
| 12:27:21 | 19 | what is the impact of competitive sponsored links |
| 12:27:27 | 20 | versus noncompetitive sponsored links. |
| 12:27:32 | 21 | MR. PAGE: Great. I have no further |
| 12:27:35 | 22 | questions. |
| 12:27:36 | 23 | THE VIDEOGRAPHER: Here marks the end |
| 12:27:37 | 24 | of Volume 1, Videotape No. 2 in the deposition of |
| 12:27:44 | 25 | Dr. Mazis. Going off the record. The time is now |

VIDEOTAPED DEPOSITION OF MICHAEL B. MAZIS, Ph.D.
CONDUCTED ON THURSDAY, FEBRUARY 1, 2007

109

REPORTER'S CERTIFICATE

I, the undersigned Registered Professional Reporter and Notary Public, do hereby certify that MICHAEL B. MAZIS, Ph.D., after having been first duly sworn by me to testify to the truth, did testify as set forth in the foregoing pages, that the testimony was reported by me in stenotype and transcribed under my personal direction and supervision, and is a true and correct transcript.

I further certify that I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

SUBSCRIBED AND SWORN TO under my hand and seal this 12th day of February, 2007.

*[signature]*

JOHN L. HARMONSON, RPR
Notary Public in and for
the District of Columbia
My Commission Expires: 10/14/2010

LEGALINK SAN FRANCISCO
(800) 869-9132