B. Which, if any, of the following have you purchased or applied for in the past year or intend to purchase or apply for in the next year?
(READ LIST) (CIRCLE ALL THAT APPLY)

(12)

| | | |
|---|---|---|
| Life insurance policy | 1 | |
| **Payday loan or cash advance** | **2** | **CONTINUE** |
| Stock or bonds | 3 | |

(DO NOT READ)
NONE OF THESE          0
DON'T KNOW             9

MUST BE "YES" TO "PAYDAY LOAN OR CASH ADVANCE" IN Q.B TO CONTINUE. IF OTHER, "NONE" OR "DON'T KNOW," THANK, **TALLY**, & TERMINATE.

(Not Payday/Cash Advance)  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
                           21 22 23 24 25 2 27 28 29 30 31 32 33 34 35 36 37 38 39 40
                           41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

(None)  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
        21 22 23 24 25 2 27 28 29 30 31 32 33 34 35 36 37 38 39 40
        41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

(Don't Know)  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
              21 22 23 24 25 2 27 28 29 30 31 32 33 34 35 36 37 38 39 40
              41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

C. Would you use the internet to search for information about ...?
(READ EACH ITEM, WAIT FOR RESPONSE)

(13-15)

| | YES | NO | DON'T KNOW |
|---|---|---|---|
| Life Insurance Companies | 1 | 2 | 9 |
| **Payday Loan or Cash Advance Companies** | **1** | **2** | **9** |
| Stockbrokers | 1 | 2 | 9 |

MUST BE "YES" TO "PAYDAY LOAN OR CASH ADVANCE COMPANIES" IN Q.C TO CONTINUE. IF "NO" OR "DON'T KNOW," THANK, **TALLY**, & TERMINATE.

(Not Payday/Cash Advance)  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
                           21 22 23 24 25 2 27 28 29 30 31 32 33 34 35 36 37 38 39 40
                           41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

(Don't Know)  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20
              21 22 23 24 25 2 27 28 29 30 31 32 33 34 35 36 37 38 39 40
              41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

ICR


Dockets.Justia.com

D. From which of the following companies, if any, would you consider purchasing life insurance? (READ LIST) (CIRCLE ALL THAT APPLY)

(16)

| | |
|---|---|
| Guardian | 1 |
| New York Life | 2 |
| Prudential | 3 |
| (DO NOT READ) | |
| NONE OF THESE | 0 |
| DON'T KNOW | 9 |

E. Which of the following companies, if any, would you consider using to take out a payday loan or cash advance? (READ LIST) (CIRCLE ALL THAT APPLY)

| | | |
|---|---|---|
| Advance America | 1 | (17) |
| Check into cash | 2 | |
| Check n go | 3 | CONTINUE |
| (DO NOT READ) | | |
| NONE OF THESE | 0 | |
| DON'T KNOW | 9 | |

MUST BE "YES" TO "CHECK N GO" IN Q.E TO CONTINUE.
IF OTHER, "NONE" OR "DON'T KNOW," THANK, **TALLY**, & TERMINATE.

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Not Check n Go) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 21 | 22 | 23 | 24 | 25 | 2 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
| (None) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 21 | 22 | 23 | 24 | 25 | 2 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
| (Don't Know) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 21 | 22 | 23 | 24 | 25 | 2 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |

F. Which of the following companies, if any, would you consider using to purchase stocks or bonds? (READ LIST) (CIRCLE ALL THAT APPLY)

(18)

| | |
|---|---|
| Ameritrade | 1 |
| Charles Schwab | 2 |
| T D Waterhouse | 3 |
| (DO NOT READ) | |
| NONE OF THESE | 0 |
| DON'T KNOW | 9 |

ICR

G. Do you or does any member of your household work in any of the following? (READ EACH ITEM, WAIT FOR RESPONSE)?

(19-23)

|  | YES | NO | DON'T KNOW |
|---|---|---|---|
| An advertising agency | 1 | 2 | 9 |
| A public relations firm | 1 | 2 | 9 |
| An insurance company | 1 | 2 | 9 |
| A financial services company | 1 | 2 | 9 |
| An internet company | 1 | 2 | 9 |
|  | **TERMINATE** | | |

IF "YES" TO ANY IN Q.G, THANK, **TALLY** & TERMINATE

(Yes, employed in any)
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21 22 23 24 25 2  27 28 29 30 31 32 33 34 35 36 37 38 39 40
41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

H. Have you participated in any marketing research survey other than a political poll during the past 3 months?

(24)

| Yes | 1 | THANK, **TALLY** & TERMINATE |
|---|---|---|
| No | 2 | CONTINUE |
| DON'T KNOW | 9 | THANK, **TALLY** & TERMINATE |

(Yes)
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21 22 23 24 25 2  27 28 29 30 31 32 33 34 35 36 37 38 39 40
41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

(Don't Know)
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21 22 23 24 25 2  27 28 29 30 31 32 33 34 35 36 37 38 39 40
41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

I. Which of these groups includes your age? (READ LIST)

(25)

| Under 18 | 1 | THANK, **TALLY** & TERMINATE |
|---|---|---|
| 18 – 39 | 2 | CONTINUE |
| 40 and over | 3 | CONTINUE |

(DO NOT READ)
| Refused | 9 | THANK, **TALLY** & TERMINATE |
|---|---|---|

(Under 18)
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21 22 23 24 25 2  27 28 29 30 31 32 33 34 35 36 37 38 39 40
41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60

(Refused)
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21 22 23 24 25 2  27 28 29 30 31 32 33 34 35 36 37 38 39 40
41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60



J.  Do you usually wear eyeglasses or contact lenses using the computer?  (26)

| Yes | 1 | ASK Q.K |
|---|---|---|
| No | 2 | SKIP TO Q.L |
| DON'T KNOW | 9 | THANK, **TALLY** & TERMINATE |

J. (DK if wear reading glasses)  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21  22  23  24  25  2  27  28  29  30  31  32  33  34  35  36  37  38  39  40
41  42  43  44  45  46  47  48  49  50  51  52  53  54  55  56  57  58  59  60

K.  Do you have them with you today?  (27)

| Yes | 1 | ASK Q.L |
|---|---|---|
| No | 2 | THANK, **TALLY** & TERMINATE |
| DON'T KNOW | 9 | THANK, **TALLY** & TERMINATE |

K (No/DK if have glasses with)  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21  22  23  24  25  2  27  28  29  30  31  32  33  34  35  36  37  38  39  40
41  42  43  44  45  46  47  48  49  50  51  52  53  54  55  56  57  58  59  60

L.  Please come with me to the interviewing area where I will ask you some additional questions. The survey will take about ten minutes, and I think you'll find it interesting. We will pay you $10 upon completing the survey.  (28)

| Agreed to interview | 1 | ESCORT TO INTERVIEWING FACILITY |
|---|---|---|
| Qualified but Refused | 2 | THANK, **TALLY** & TERMINATE; SAVE SCREENER |

(Qualified but Refused)  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20
21  22  23  24  25  2  27  28  29  30  31  32  33  34  35  36  37  38  39  40
41  42  43  44  45  46  47  48  49  50  51  52  53  54  55  56  57  58  59  60

| STAPLE COMPLETED SCREENER TO TOP OF COMPLETED MAIN QUESTIONNAIRE |
|---|



**TAB D**

ICR®

1/26/2006 3:12 PM
E1489GREENQN

(10)

Version:
☑ VG1
☐ VG2
☐ VV1
☐ VV2

(1-5)  Job #e1489

_____
(6-9)

**COMPUTER SURVEY**
**MAIN QUESTIONNAIRE**
Version: GREEN

(11) ☐ 1-Riverside, CA
☐ 2-Tracy, CA
☐ 3-Port Richey, FL
☐ 4-Taylor, MI
☐ 5-Akron, OH
☐ 6-Tulsa, OK
☐ 7-Hurst, TX
☐ 8-Lewisville, TX
☐ 9-Woodbridge, VA
☐ 0-Lincolnwood, IL

AFTER BRINGING RESPONDENT BACK TO FACILITY - TAKE DISK AND ENTER INTO COMPUTER.

**PLEASE MAKE SURE THE COLOR ON THE DISK MATCHES THE COLOR OF THE QUESTIONNAIRE! GREEN**

Then read:

In this survey, I'm going to ask you to enter the name of a company that you might search for information about using Google.

In the search box, please type CHECK  N  GO - Type as three words, spelled C H E C K space N space G O - and click on the GOOGLE SEARCH button.   [Google Search]

Now, please look at the search results the way you normally would. It's okay to scroll up and down but don't click on anything. After you are done looking at the search results, I'm going to ask you a few questions. For any of my questions, please give me your opinion if you have one. If you don't have an opinion or you don't know, please don't guess. "I don't know" is a perfectly acceptable answer.

(AFTER RESPONDENT IS FINISHED LOOKING AT THE SEARCH RESULTS, SAY)

1. If you wanted to apply for a payday loan or a cash advance from CHECK N GO, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER</u> THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])

**Q.1    Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED**

Payday Check to Go                                                                    Sponsored Links          Sponsored Links
247-Payday-Loan.com    No Credit checks. No faxing. Apply Now. Get cash
overnight!                                                                                                                     Payday Loans to $1,500 Overnight.
                                                                                                                                        Easy, only $17.50/$100. Direct
Check City Payday Loans                                                                                          deposit is not required. www.
www.CheckCity.com Fast, Easy, Private, No Faxing Visit now for a free quote!       DiscountAdvances. com
                                                                                                                                        Washington

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.                   No Fax Cash Advance
www.**checkngo**.com/ - 9k - Cached - Similar pages                                              No Fax, No Credit **Check** Payday Loan
    Quick Cash - Payday Loan - Cash Advance                                            Up to $1000 in 30 Sec Online. www.
    Payday Loan - Cash Advance - Fast Cash Loan                                        PrettyGoodLoan.com/CashLoans
    More results from www.checkngo.com »

Check 'n Go                                                                                                                  Cash and Go
The success that **Check 'n Go** has enjoyed in the last decade is the result of our    Get Cash in one hour online. No
ability to provide fast, convenient and simple access to a cash advance. ...        credit checks. No faxing. www.
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?            Payday-Loa ns-Easy. com
lPath=JR&hhname=checkngo - 27k - Cached - Similar pages
                                                                                                                                        $500 No Fax Payday Loan
   Job Search Results on CareerBuilder.com                                                No Credit Checks. No Faxing. Funds
   At **Check 'n Go,** We understand short-term financial needs and what they can do   Into Your Account In 24 Hours. www.
   ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...   CashAdvance Expert. co m
   www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
   %5E%22Check+'n+Go%22%24&lPath=JR - 115k - Cached - Similar pages      Get a $500 Payday Loan
                                                                                                                                        Easy, No Hassle Payday Loans.
Jackson vs. **Check-N-Go** of Il                                                                                 No Credit **Check** & No Faxing Needed!
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest  www.Fast-Funds-Online.com
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages      Fast Payday Loans
                                                                                                                                        30 Second Approvals. No Faxing.
   Adele M. Van Jackson, etc v. **Check 'N Go** of Illinois, Inc                            Get up to $1000. Apply Now! I
   The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans   nstantCash LoanTill PayDay. com
   are short term loans at very high interest rates--here, up to 521.43% ...
   www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages   Cash Loans Up to $1500
                                                                                                                                        No Credit Checks - Easy Form
Check 'n Go - Finance & Professional - Detroit, MI, 48209-2117 ...                               Get Cash Deposited Tomorrow!
Come to Citysearch to get information, directions, and reviews on **Check 'n Go**         www.123Online-Cash.com
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -   Fast Payday Advance
Similar pages                                                                                                         No Credit **Check,** No Faxing. Instant.
                                                                                                                                        Approval. Get Up To $1500 and **Go.**
   **Check 'n Go - Finance & Professional - Detroit, MI, 48207-4220 ...**          webquart.com/ CashAdvance
   Come to Citysearch to get information, directions, and reviews on Check 'n Go and
   other yp listings in Detroit.                                                                                More Sponsored Links »
   detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k - Cached - Similar pages

All check n go jobs | Indeed.com
**Check 'n Go,** Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at Check N Go in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO**, LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages



> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.2 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

2. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (12-13) | **LISTING A**<br><br>_____<br>(write 1st link name from Q.1) | (14-18) |
| (19-20) | **LISTING B**<br><br>_____<br>(write 2nd link name from Q.1) | (21-25) |
| (26-27) | **LISTING C**<br><br>_____<br>(write 3rd link name from Q.1) | (28-32) |
| (33-34) | **LISTING D**<br><br>_____<br>(write 4th link name from Q.1) | (35-39) |
| (40-41) | **LISTING E**<br><br>_____<br>(write 5th link name from Q.1) | (42-46) |



(47)  3. If you have an opinion, do you or don't you think there are other listings on this screen that you would be likely to click on if you wanted to submit an application to CHECK N GO.

| | | |
|---|---|---|
| 1 | DO THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | (GO TO Q4) |
| 2 | DON'T THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | (GO TO Q6) |
| 3 | DON'T KNOW OR NO OPINION | (GO TO Q6) |

4. What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to CHECK N GO.
Please point to the listing or listings you would be likely to click on.


(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. IN THE ORDER THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])



**Q.4 Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED**

Payday Check to Go                                                                Sponsored Links
247-Payday-Loan.com    No Credit checks. No faxing. Apply Now. Get cash
overnight!

Check City Payday Loans
www.CheckCity.com Fast, Easy, Private, No Faxing Visit now for a free quote!

Sponsored Links

Payday Loans to $1,500 Overnight.
Easy, only $17.50/$100. Direct
deposit is not required. www.
DiscountAdvances. com
Washington

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.
www.**checkngo**.com/ - 9k - Cached - Similar pages
   Quick Cash - Payday Loan - Cash Advance
   Payday Loan - Cash Advance - Fast Cash Loan
   More results from www.checkngo.com »

No Fax Cash Advance
No Fax, No Credit **Check** Payday Loan
Up to $1000 in 30 Sec Online. www.
PrettyGoodLoan.com/CashLoans

**Check 'n Go**
The success that **Check 'n Go** has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
IPath=JR&hhname=**checkngo** - 27k - Cached - Similar pages

Cash and Go
Get Cash in one hour online. No
credit checks. No faxing. www.
Payday-Loans-Easy. com

   Job Search Results on CareerBuilder.com
   At **Check 'n Go,** We understand short-term financial needs and what they can do
   ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
   www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
   %5E%22Check+'n+Go%22%24&IPath=JR - 115k - Cached - Similar pages

$500 No Fax Payday Loan
No Credit Checks. No Faxing. Funds
Into Your Account In 24 Hours. www.
CashAdvance Expert. co m

Jackson vs. **Check-N-Go** of Il
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

Get a $500 Payday Loan
Easy, No Hassle Payday Loans.
No Credit **Check** & No Faxing Needed!
www.Fast-Funds-Online.com

   Adele M. Van Jackson, etc v. **Check 'N Go** of Illinois, Inc
   The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans
   are short term loans at very high interest rates—here, up to 521.43% ...
   www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Fast Payday Loans
30 Second Approvals. No Faxing.
Get up to $1000. Apply Now! I
nstantCash LoanTill PayDay. com

**Check 'n Go** - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on **Check 'n Go**
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -
Similar pages

Cash Loans Up to $1500
No Credit Checks - Easy Form
Get Cash Deposited Tomorrow!
www.123Online-Cash.com

Fast Payday Advance
No Credit **Check,** No Faxing. Instant.
Approval. Get Up To $1500 and **Go.**
webquart.com/ CashAdvance

   **Check 'n Go** - Finance & Professional - Detroit, MI, 48207-4220 ...
   Come to Citysearch to get information, directions, and reviews on **Check 'n Go** and
   other yp listings in Detroit.
   detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k - Cached - Similar pages

More Sponsored Links »

All **check n go** jobs | Indeed.com
**Check 'n Go,** Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at **Check N Go** in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO,** LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages

ICR

> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.5 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

5. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (48-49) | **LISTING A**<br><br>_____<br>(write 1st link name from Q.4) | (50-54) |
| (55-56) | **LISTING B**<br><br>_____<br>(write 2nd link name from Q.4) | (57-61) |
| (62-63) | **LISTING C**<br><br>_____<br>(write 3rd link name from Q.4) | (64-68) |
| (69-70) | **LISTING D**<br><br>_____<br>(write 4th link name from Q.4) | (71-75) |
| (11-12) | **LISTING E**<br><br>_____<br>(write 5th link name from Q.4) | (13-17) |





**IF RESPONDENT HAS ALREADY POINTED TO "Payday Check to Go" LISTING AT TOP OF PAGE IN Q1 OR Q4, GO TO Q10**

| | Q.6 | Q.7 | Q.8 | Q.9 |
|---|---|---|---|---|
| | Now, if you clicked on this listing (POINT TO LISTING TOP OF PAGE "**Payday Check to Go**") what company or companies' websites would you expect to go to? (RECORD RESPONSE VERBATIM.) | (FOR EACH COMPANY MENTIONED) If you have an opinion, do you or don't you think that (COMPANY MENTIONED) is associated or connected with any other company or companies? (If do, continue ⇨) | What company or companies do you think it is associated or connected with? (RECORD EACH COMPANY MENTIONED ON A SEPARATE LINE BELOW.) | FOR EACH COMPANY MENTIONED, ASK: Why do you say that it is associated or connected with (COMPANY MENTIONED)? |
| (18-19) (20-21) | 1. ___ | (22) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (23-24) 1.<br>(30-31) 2.<br>(37-38) 3. | (25-29)<br>(32-36)<br>(39-43) |
| (44-45) (46-47) | 2. | (48) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (49-50) 1.<br>(56-57) 2.<br>(63-64) 3. | (51-55)<br>(58-62)<br>(65-69) |
| (11-12) (13-14) | 3. | (15) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (16-17) 1.<br>(23-24) 2.<br>(30-31) 3. | (18-22)<br>(25-29)<br>(32-36) |
| (37-38) (39-40) | 4. | (41) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (42-43) 1.<br>(49-50) 2.<br>(56-57) 3. | (44-48)<br>(51-55)<br>(58-62) |

(63) ☐ 8   **DON'T KNOW OR NO OPINION,**   ⇨   **GO TO Q10**

ICR

10. Each interview that is conducted must be validated by telephone. So that my supervisor may verify that I conducted this interview, would you please complete the information below?

## RESPONDENT CERTIFICATION

Print name:

Signature:

Best Day & Time to Call:

Telephone number:

Address, City, State, Zip

## INTERVIEWER CERTIFICATION

☐ Interviewer verify information with respondent against ID

INTERVIEWER: PLEASE COMPLETE INFORMATION BELOW.

I certify that I conducted this interview in accordance with the instructions that I received from my supervisor.

Interviewer (Print Name):

Interviewer's Signature:

Date & time of Interview:

(64-69)

ICR

1/26/2006 3:04 PM
E1489GREEN2QN

(1-5)   Job #e1489

**Version:** (10)
- ☐ VG1
- ✓ VG2
- ☐ VV1
- ☐ VV2

**COMPUTER SURVEY**
**MAIN QUESTIONNAIRE**
Version: GREEN

(6-9)

(11)
- ☐ 1-Riverside, CA
- ☐ 2-Tracy, CA
- ☐ 3-Port Richey, FL
- ☐ 4-Taylor, MI
- ☐ 5-Akron, OH
- ☐ 6-Tulsa, OK
- ☐ 7-Hurst, TX
- ☐ 8-Lewisville, TX
- ☐ 9-Woodbridge, VA
- ☐ 0-Lincolnwood, IL

AFTER BRINGING RESPONDENT BACK TO FACILITY - TAKE DISK AND ENTER INTO COMPUTER.

**PLEASE MAKE SURE THE COLOR ON THE DISK MATCHES THE COLOR OF THE QUESTIONNAIRE! GREEN**

Then read:

In this survey, I'm going to ask you to enter the name of a company that you might search for information about using Google.

In the search box, please type CHECK  N  GO - Type as three words, spelled C H E C K space N space G O - and click on the GOOGLE SEARCH button.

[Google Search]

Now, please look at the search results the way you normally would. It's okay to scroll up and down but don't click on anything. After you are done looking at the search results, I'm going to ask you a few questions. For any of my questions, please give me your opinion if you have one. If you don't have an opinion or you don't know, please don't guess. "I don't know" is a perfectly acceptable answer.

(AFTER RESPONDENT IS FINISHED LOOKING AT THE SEARCH RESULTS, SAY)

1. If you wanted to apply for a payday loan or a cash advance from CHECK N GO, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER THEY ARE MENTIONED</u> [A=1ST, B=2ND, ETC.])

Q.1   Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED

**Payday Check to Go**                                    Sponsored Links
247-Payday-Loan.com    No Credit checks. No faxing. Apply Now. Get cash overnight!

**Check City Payday Loans**
www.CheckCity.com Fast, Easy, Private, No Faxing Visit now for a free quote!

Sponsored Links

Payday Loans to $1,500 Overnight.
Easy, only $17.50/$100. Direct
deposit is not required. www.
DiscountAdvances. com
Washington

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.
www.checkngo.com/ - 9k - Cached - Similar pages
   Quick Cash - Payday Loan - Cash Advance
   Payday Loan - Cash Advance - Fast Cash Loan
   More results from www.checkngo.com »

No Fax Cash Advance
No Fax, No Credit **Check** Payday Loan
Up to $1000 in 30 Sec Online. www.
PrettyGoodLoan.com/CashLoans

**Check 'n Go**
The success that **Check 'n Go** has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
IPath=JR&hhname=checkngo - 27k - Cached - Similar pages

Cash and **Go**
Get Cash in one hour online. No
credit checks. No faxing. www.
Payday-Loa ns-Easy. com

$500 No Fax Payday Loan
No Credit Checks. No Faxing. Funds
Into Your Account In 24 Hours. www.
CashAdvance Expert. co m

   Job Search Results on CareerBuilder.com
   At **Check 'n Go,** We understand short-term financial needs and what they can do
   ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
   www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
   %5E%22Check+'n+Go%22%24&IPath=JR - 115k - Cached - Similar pages

Get a $500 Payday Loan
Easy, No Hassle Payday Loans.
No Credit **Check** & No Faxing Needed!
www.Fast-Funds-Online.com

Jackson vs. **Check-N-Go** of II
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

Fast Payday Loans
30 Second Approvals. No Faxing.
Get up to $1000. Apply Now! I
nstantCash LoanTill PayDay. com

   Adele M. Van Jackson, etc v. **Check 'N Go of Illinois, Inc**
   The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans
   are short term loans at very high interest rates--here, up to 521.43% ...
   www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Cash Loans Up to $1500
No Credit Checks - Easy Form
Get Cash Deposited Tomorrow!
www.123Online-Cash.com

**Check 'n Go** - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on **Check 'n Go**
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -
Similar pages

Fast Payday Advance
No Credit **Check**, No Faxing. Instant.
Approval. Get Up To $1500 and **Go.**
webquart.com/ CashAdvance

More Sponsored Links »

   **Check 'n Go** - Finance & Professional - Detroit, MI, 48207-4220 ...
   Come to Citysearch to get information, directions, and reviews on **Check 'n Go** and
   other yp listings in Detroit.
   detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k - Cached - Similar pages

All **check n go** jobs | Indeed.com
**Check 'n Go,** Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at **Check N Go** in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO,** LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416CheckNGo.shtm - 3k - Cached - Similar pages

