**INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.2 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

2. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (12-13) | **LISTING A**<br><br>_____<br>(write 1st link name from Q.1) | (14-18) |
| (19-20) | **LISTING B**<br><br>_____<br>(write 2nd link name from Q.1) | (21-25) |
| (26-27) | **LISTING C**<br><br>_____<br>(write 3rd link name from Q.1) | (28-32) |
| (33-34) | **LISTING D**<br><br>_____<br>(write 4th link name from Q.1) | (35-39) |
| (40-41) | **LISTING E**<br><br>_____<br>(write 5th link name from Q.1) | (42-46) |

ICR



(47) 3. If you have an opinion, do you or don't you think there are other listings on this screen that you would be likely to click on if you wanted to submit an application to CHECK N GO.

| | | |
|---|---|---|
| 1 | DO THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | **(GO TO Q4)** |
| 2 | DON'T THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | **(GO TO Q6)** |
| 3 | DON'T KNOW OR NO OPINION | **(GO TO Q6)** |

4. What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to CHECK N GO.
Please point to the listing or listings you would be likely to click on.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER</u> THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])



**Q.4 Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED**

| | |
|---|---|
| Payday **Check** to **Go**  Sponsored Links  247-Payday-Loan.com   No Credit checks. No faxing. Apply Now. Get cash overnight!  **Check City Payday Loans**  www.CheckCity.com Fast, Easy, Private, No Faxing Visit now for a free quote! | Sponsored Links  Payday Loans to $1,500 Overnight. Easy, only $17.50/$100. Direct deposit is not required. www. DiscountAdvances. com Washington |

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.
www.**checkngo**.com/ - 9k - Cached - Similar pages
  Quick Cash - Payday Loan - Cash Advance
  Payday Loan - Cash Advance - Fast Cash Loan
  More results from www.checkngo.com »

No Fax Cash Advance
No Fax, No Credit **Check** Payday Loan
Up to $1000 in 30 Sec Online. www.
PrettyGoodLoan.com/CashLoans

Check 'n Go
The success that **Check 'n Go** has enjoyed in the last decade is the result of our ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
IPath=JR&hhname=checkngo - 27k - Cached - Similar pages

Cash and **Go**
Get Cash in one hour online. No credit checks. No faxing. www. Payday-Loa ns-Easy. com

  Job Search Results on CareerBuilder.com
  At **Check 'n Go**, We understand short-term financial needs and what they can do
  ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
  www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
  %5E%22Check+'n+Go%22%24&IPath=JR - 115k - Cached - Similar pages

$500 No Fax Payday Loan
No Credit Checks. No Faxing. Funds Into Your Account In 24 Hours. www. CashAdvance Expert. co m

Jackson vs. **Check-N-Go** of II
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

Get a $500 Payday Loan
Easy, No Hassle Payday Loans. No Credit **Check** & No Faxing Needed! www.Fast-Funds-Online.com

  Adele M. Van Jackson, etc v. **Check 'N Go** of Illinois, Inc
  The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans are short term loans at very high interest rates--here, up to 521.43% ...
  www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Fast Payday Loans
30 Second Approvals. No Faxing. Get up to $1000. Apply Now! I nstantCash LoanTill PayDay. com

**Check 'n Go** - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on **Check 'n Go** and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached - Similar pages

Cash Loans Up to $1500
No Credit Checks - Easy Form Get Cash Deposited Tomorrow! www.123Online-Cash.com

Fast Payday Advance
No Credit **Check**, No Faxing. Instant. Approval. Get Up To $1500 and **Go**. webquart.com/ CashAdvance

  **Check 'n Go** - Finance & Professional - Detroit, MI, 48207-4220 ...
  Come to Citysearch to get information, directions, and reviews on Check 'n Go and other yp listings in Detroit.
  detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k - Cached - Similar pages

More Sponsored Links »

All check n go jobs | Indeed.com
**Check 'n Go**, Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at **Check N Go** in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized] [prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO**, LOCATED AT 9405 COLERAIN AVE. IN COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/ Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages

ICR

> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.5 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

5. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (48-49) | **LISTING A** <br><br> _____ <br> (write 1ˢᵗ link name from Q.4) | (50-54) |
| (55-56) | **LISTING B** <br><br> _____ <br> (write 2ⁿᵈ link name from Q.4) | (57-61) |
| (62-63) | **LISTING C** <br><br> _____ <br> (write 3ʳᵈ link name from Q.4) | (64-68) |
| (69-70) | **LISTING D** <br><br> _____ <br> (write 4ᵗʰ link name from Q.4) | (71-75) |
| (11-12) | **LISTING E** <br><br> _____ <br> (write 5ᵗʰ link name from Q.4) | (13-17) |



| IF RESPONDENT HAS ALREADY POINTED TO "Payday Loans to $1,500" LISTING AT TOP OF PAGE IN Q1 OR Q4, GO TO Q10 ||||
| Q.6 | Q.7 | Q.8 | Q.9 |
| Now, if you clicked on this listing (POINT TO LISTING TOP OF PAGE "Payday Loans to $1,500") what company or companies' websites would you expect to go to? (RECORD RESPONSE VERBATIM.) | (FOR EACH COMPANY MENTIONED) If you have an opinion, do you or don't you think that (COMPANY MENTIONED) is associated or connected with any other company or companies? (If do, continue ⇨) | What company or companies do you think it is associated or connected with? (RECORD EACH COMPANY MENTIONED ON A SEPARATE LINE BELOW.) | FOR EACH COMPANY MENTIONED, ASK: Why do you say that it is associated or connected with _____ (COMPANY MENTIONED)? |
| (18-19) 1. _____ (20-21) | (22) ☐ Do think it is associated/connected ⇨ <br><br> ☐ Don't think it is assoc./connected <br> ☐ Don't know/No opinion ⇨ | (23-24) 1. ⇧ <br><br> (30-31) 2. ⇧ <br><br> (37-38) 3. ⇧ | (25-29) <br><br> (32-36) <br><br> (39-43) |
| (44-45) 2. _____ (46-47) | (48) ☐ Do think it is associated/connected ⇨ <br><br> ☐ Don't think it is assoc./connected <br> ☐ Don't know/No opinion ⇨ | (49-50) 1. ⇧ <br><br> (56-57) 2. ⇧ <br><br> (63-64) 3. ⇧ | (51-55) <br><br> (58-62) <br><br> (65-69) |
| (11-12) 3. _____ (13-14) | (15) ☐ Do think it is associated/connected ⇨ <br><br> ☐ Don't think it is assoc./connected <br> ☐ Don't know/No opinion ⇨ | (16-17) 1. ⇧ <br><br> (23-24) 2. ⇧ <br><br> (30-31) 3. ⇧ | (18-22) <br><br> (25-29) <br><br> (32-36) |
| (37-38) 4. _____ (39-40) | (41) ☐ Do think it is associated/connected ⇨ <br><br> ☐ Don't think it is assoc./connected <br> ☐ Don't know/No opinion ⇨ | (42-43) 1. ⇧ <br><br> (49-50) 2. ⇧ <br><br> (56-57) 3. ⇧ | (44-48) <br><br> (51-55) <br><br> (58-62) |

☐ 8   DON'T KNOW OR NO OPINION,   ⇨   GO TO Q10

(63)

ICR

10. Each interview that is conducted must be validated by telephone. So that my supervisor may verify that I conducted this interview, would you please complete the information below?

## RESPONDENT CERTIFICATION

Print name:

Signature:

Best Day & Time to Call:

Telephone number:

Address, City, State, Zip

## INTERVIEWER CERTIFICATION

☐ Interviewer verify information with respondent against ID

INTERVIEWER: PLEASE COMPLETE INFORMATION BELOW.

I certify that I conducted this interview in accordance with the instructions that I received from my supervisor.

Interviewer (Print Name):

Interviewer's Signature:

Date & time of Interview:

(64-69)

ICR

ICR

1/26/2006 3:31 PM
E1489VIOLETQN.doc

| Version: (10) |
|---|
| ☐ VG1 |
| ☐ VG2 |
| ✓ VV1 |
| ☐ VV2 |

(1-5)   Job #e1489

**COMPUTER SURVEY**
**MAIN QUESTIONNAIRE**
Version: VIOLET

(6-9)

11)
☐ 1-Riverside, CA
☐ 2-Tracy, CA
☐ 3-Port Richey, FL
☐ 4-Taylor, MI
☐ 5-Akron, OH
☐ 6-Tulsa, OK
☐ 7-Hurst, TX
☐ 8-Lewisville, TX
☐ 9-Woodbridge, VA
☐ 0-Lincolnwood, IL

> AFTER BRINGING RESPONDENT BACK TO FACILITY - TAKE DISK AND ENTER INTO COMPUTER.
>
> **PLEASE MAKE SURE THE COLOR ON THE DISK MATCHES THE COLOR OF THE QUESTIONNAIRE! VIOLET**
>
> Then read:

In this survey, I'm going to ask you to enter the name of a company that you might search for information about using Google.

In the search box, please type CHECK N GO - Type as three words, spelled C H E C K space N space G O - and click on the GOOGLE SEARCH button.   [Google Search]

Now, please look at the search results the way you normally would. It's okay to scroll up and down but don't click on anything. After you are done looking at the search results, I'm going to ask you a few questions. For any of my questions, please give me your opinion if you have one. If you don't have an opinion or you don't know, please don't guess. "I don't know" is a perfectly acceptable answer.

(AFTER RESPONDENT IS FINISHED LOOKING AT THE SEARCH RESULTS, SAY)

1. If you wanted to apply for a payday loan or a cash advance from CHECK N GO, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER</u> THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])

Q.1    Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED

**New Penny Stock Soaring**                                     Sponsored Links
PennyStockRadar.com Ground Floor Investors Cash In Big Unknown Stock Worth Billions
**Life Insurance Quotes**
www.IntelliQuote.com Compare Up To 250 Insurers & Save - Get Instant Quotes & Apply Online!

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from CheckGo.
www.checkngo.com/ - 9k - Cached - Similar pages
    Quick Cash - Payday Loan - Cash Advance
    Payday Loan - Cash Advance - Fast Cash Loan
    More results from www.checkngo.com »

Check 'n Go
The success that Check 'n Go has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
IPath=JR&hhname=checkngo - 27k - Cached - Similar pages

    Job Search Results on CareerBuilder.com
    At Check 'n Go, We understand short-term financial needs and what they can do
    ...Get More In A Career At Check 'n Go Check 'n Go has been a leader in the ...
    www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
    %5E%22Check+'n+Go%22%24&IPath=JR - 115k - Cached - Similar pages

Jackson vs. Check-N-Go of Il
OPINION: The plaintiff sued Check 'N Go for failure to disclose a security interest
in a postdated check as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

    Adele M. Van Jackson, etc v. Check 'N Go of Illinois, Inc
    The plaintiffs took out "payday loans" from Check n' Go of Illinois. Payday loans
    are short term loans at very high interest rates--here, up to 521.43% ...
    www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Check 'n Go - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on Check 'n Go
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/check_n_go.html - 61 k - Cached - Similar pages

    Check 'n Go - Finance & Professional - Detroit, MI, 48207-4220 ...
    Come to Citysearch to get information, directions, and reviews on Check 'n Go and
    other yp listings in Detroit.
    detroit.citysearch.com/profile/ 5224665/detroit_mi/check_n_go.html - 61 k - Cached - Similar pages

All check n go jobs | Indeed.com
Check 'n Go, Inc. has moved steadily forward since we opened our first location
... Get More In A Career At Check n Go Check n Go has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&I= - 26k - Cached - Similar pages

Julie at Check N Go in Petaluma
Julie at Check N Go in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - Check-n-Go Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE CHECK N GO, LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416CheckNGo.shtm - 3k - Cached - Similar pages

---

Sponsored Links

INVESTools
Learn the 5-Step Formula and learn
to trade sticks with confidence..
www.investools.com

Hot Penny Stocks Featured
Fractured Penny Stock Research, Tips
800% Profit Potential. Buy GTXC Now
rgentStockPicks. Com

life insurance
Term Life Policy Can Pay You Back?
Ask bout Return Of Premium Life.
www.InsWeb.com

Compare Life Insurance
Compare rates from top companies
Save up to 70% on life insurance.
www.insurance.com

Search Bond Inventories
Search Over 10.000 Bonds.
No Password Required
www.ZionsDirect.com

Get Rich on Penny stocks
Get in on penny stocks before they
are hyped and promoted. Free Info
www. gope n nystock. com

Buying Life Insurance?
Compare 1000's of plans instantly! Free
Insurance Quotes within 7 secs!
www.WholesaleInsurance.net

Life Insurance: No Exams
Up to $150,000 Coverage in 10 mins.
No Agents, No exams - Qualify now.
secure. americanlifeny. com

More Sponsored Links »

ICR

> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.2 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

2. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (12-13) | **LISTING A**<br><br>_____<br>(write 1st link name from Q.1) | (14-18) |
| (19-20) | **LISTING B**<br><br>_____<br>(write 2nd link name from Q.1) | (21-25) |
| (26-27) | **LISTING C**<br><br>_____<br>(write 3rd link name from Q.1) | (28-32) |
| (33-34) | **LISTING D**<br><br>_____<br>(write 4th link name from Q.1) | (35-39) |
| (40-41) | **LISTING E**<br><br>_____<br>(write 5th link name from Q.1) | (42-46) |



(47)   3. If you have an opinion, do you or don't you think there are other listings on this screen that you would be likely to click on if you wanted to submit an application to CHECK N GO.

| | | |
|---|---|---|
| 1 | DO THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | (GO TO Q4) |
| 2 | DON'T THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | (GO TO Q6) |
| 3 | DON'T KNOW OR NO OPINION | (GO TO Q6) |

4. What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to CHECK N GO.
Please point to the listing or listings you would be likely to click on.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER</u> THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])



Q.4   Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED

**New Penny Stock Soaring**                                                                 Sponsored Links
PennyStockRadar.com Ground Floor Investors Cash In Big Unknown Stock Worth Billions
**Life Insurance Quotes**
www.IntelliQuote.com Compare Up To 250 Insurers & Save - Get Instant Quotes & Apply Online!

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.
www.**checkngo**.com/ - 9k - Cached - Similar pages
    Quick Cash - Payday Loan - Cash Advance
    Payday Loan - Cash Advance - Fast Cash Loan
    More results from www.checkngo.com »

Check 'n Go
The success that **Check 'n Go** has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
lPath=JR&hhname=**checkngo** - 27k - Cached - Similar pages

    Job Search Results on CareerBuilder.com
    At **Check 'n Go**, We understand short-term financial needs and what they can do
    ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
    www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
    %5E%22Check+'n+Go%22%24&lPath=JR - 115k - Cached - Similar pages

Jackson vs. **Check-N-Go** of Il
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

    Adele M. Van Jackson, etc v. **Check 'N Go** of Illinois, Inc
    The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans
    are short term loans at very high interest rates--here, up to 521.43% ...
    www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Check 'n Go - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on **Check 'n Go**
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -
Similar pages

    Check 'n Go - Finance & Professional - Detroit, MI, 48207-4220 ...
    Come to Citysearch to get information, directions, and reviews on Check 'n Go and
    other yp listings in Detroit.
    detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k -
    Cached - Similar pages

All check n go jobs | Indeed.com
**Check 'n Go**, Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at **Check N Go** in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO**, LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages

Sponsored Links

INVESTools
Learn the 5-Step Formula and learn
to trade **sticks** with confidence..
www.investools.com

Hot Penny **Stocks** Featured
Fractured Penny Stock Research, Tips
800% Profit Potential. Buy GTXC Now L
rgentStockPicks. Com

life insurance
Term **Life** Policy Can Pay You Back?
Ask bout Return Of Premium **Life**.
www.**InsWeb**.com

Compare Life Insurance
Compare rates from top companies'
Save up to 70% on **life insurance**.
www.**insurance**.com

Search Bond Inventories
Search Over 10,000 **Bonds**.
No Password Required
www.**ZionsDirect**.com

Get Rich on Penny **stocks**
Get in on penny **stocks** before they
are hyped and promoted. Free Info
www. gope n **nystock. com**

Buying **Life Insurance?**
Compare 1000's of plans instantly! Free
**Insurance** Quotes within 7 secs!
www.**WholesaleInsurance.net**

**Life Insurance:** No Exams
Up to $150,000 Coverage in 10 mins.
No Agents, No exams - Qualify now.
secure. americanlifeny. com

More Sponsored Links »

ICR

**INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.5 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

5. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | | |
|---|---|---|
| (48-49) | **LISTING A**<br><br>_____<br>(write 1st link name from Q.4) | (50-54) |
| (55-56) | **LISTING B**<br><br>_____<br>(write 2nd link name from Q.4) | (57-61) |
| (62-63) | **LISTING C**<br><br>_____<br>(write 3rd link name from Q.4) | (64-68) |
| (69-70) | **LISTING D**<br><br>_____<br>(write 4th link name from Q.4) | (71-75) |
| (11-12) | **LISTING E**<br><br>_____<br>(write 5th link name from Q.4) | (13-17) |



IF RESPONDENT HAS ALREADY POINTED TO "New Penny Stock Soaring" LISTING AT TOP OF PAGE IN Q1 OR Q4, GO TO Q10

| Q.6 | Q.7 | Q.8 | Q.9 |
|---|---|---|---|
| Now, if you clicked on this listing (POINT TO LISTING TOP OF PAGE "New Penny Stock Soaring") what company or companies' websites would you expect to go to? (RECORD RESPONSE VERBATIM.) | (FOR EACH COMPANY MENTIONED) If you have an opinion, do you or don't you think that (COMPANY MENTIONED) is associated or connected with any other company or companies? (If do, continue ⇨) | What company or companies do you think it is associated or connected with? (RECORD EACH COMPANY MENTIONED ON A SEPARATE LINE BELOW.) | FOR EACH COMPANY MENTIONED, ASK: Why do you say that it is associated or connected with (COMPANY MENTIONED)? |
| 1. (18-19) (20-21) | (22) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (23-24) 1.<br>(30-31) 2.<br>(37-38) 3. | (25-29)<br>(32-36)<br>(39-43) |
| 2. (44-45) (46-47) | (48) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (49-50) 1.<br>(56-57) 2.<br>(63-64) 3. | (51-55)<br>(58-62)<br>(65-69) |
| 3. (11-12) (13-14) | (15) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (16-17) 1.<br>(23-24) 2.<br>(30-31) 3. | (18-22)<br>(25-29)<br>(32-36) |
| 4. (37-38) (39-40) | (41) ☐ Do think it is associated/connected ⇨<br>☐ Don't think it is assoc./connected<br>☐ Don't know/No opinion ⇨ | (42-43) 1.<br>(49-50) 2.<br>(56-57) 3. | (44-48)<br>(51-55)<br>(58-62) |

(63) ☐ 8  DON'T KNOW OR NO OPINION,  ⇨  GO TO Q10

ICR

ICR

10. Each interview that is conducted must be validated by telephone. So that my supervisor may verify that I conducted this interview, would you please complete the information below?

## RESPONDENT CERTIFICATION

Print name:

Signature:

Best Day & Time to Call:

Telephone number:

Address, City, State, Zip

## INTERVIEWER CERTIFICATION

☐ Interviewer verify information with respondent against ID

INTERVIEWER: PLEASE COMPLETE INFORMATION BELOW.

I certify that I conducted this interview in accordance with the instructions that I received from my supervisor.

Interviewer (Print Name):

Interviewer's Signature:

Date & time of Interview:

(64-69)

ICR

1/26/2006 3:36 PM
E1489VIOLET2QN

(10)

| Version: |
|---|
| ☐ VG1 |
| ☐ VG2 |
| ☐ VV1 |
| ✓ VV2 |

(1-5)   Job #e1489

**COMPUTER SURVEY**
**MAIN QUESTIONNAIRE**
**Version: VIOLET**

(6-9)

11)  ☐ 1-Riverside, CA
     ☐ 2-Tracy, CA
     ☐ 3-Port Richey, FL
     ☐ 4-Taylor, MI
     ☐ 5-Akron, OH
     ☐ 6-Tulsa, OK
     ☐ 7-Hurst, TX
     ☐ 8-Lewisville, TX
     ☐ 9-Woodbridge, VA
     ☐ 0-Lincolnwood, IL

AFTER BRINGING RESPONDENT BACK TO FACILITY - TAKE DISK AND ENTER INTO COMPUTER.

**PLEASE MAKE SURE THE COLOR ON THE DISK MATCHES THE COLOR OF THE QUESTIONNAIRE! VIOLET**

Then read:

In this survey, I'm going to ask you to enter the name of a company that you might search for information about using Google.

In the search box, please type CHECK  N  GO - Type as three words, spelled C H E C K space N space G O - and click on the GOOGLE SEARCH button.   [Google Search]

Now, please look at the search results the way you normally would. It's okay to scroll up and down but don't click on anything. After you are done looking at the search results, I'm going to ask you a few questions. For any of my questions, please give me your opinion if you have one. If you don't have an opinion or you don't know, please don't guess. "I don't know" is a perfectly acceptable answer.

(AFTER RESPONDENT IS FINISHED LOOKING AT THE SEARCH RESULTS, SAY)

1. If you wanted to apply for a payday loan or a cash advance from CHECK N GO, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK. IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. <u>IN THE ORDER</u> THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])

**Q.1   Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED**

New Penny Stock Soaring                                          Sponsored Links
PennyStockRadar.com Ground Floor Investors Cash In Big Unknown Stock Worth Billions
**Life Insurance** Quotes
www.IntelliQuote.com Compare Up To 250 Insurers & Save - Get Instant Quotes & Apply Online!

Cash Advance - Payday Loan - Fast Cash
Cash Advance - Payday Loan - Fast Cash - learn how from CheckNGo.
www.**checkngo**.com/ - 9k - Cached - Similar pages
    Quick Cash - Payday Loan - Cash Advance
    Payday Loan - Cash Advance - Fast Cash Loan
    More results from www.checkngo.com »

Sponsored Links

INVESTools
Learn the 5-Step Formula and learn
to trade **sticks** with confidence..
www.investools.com

**Check 'n Go**
The success that **Check 'n Go** has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
lPath=JR&hhname=checkngo - 27k - Cached - Similar pages

Hot Penny **Stocks** Featured
Fractured Penny Stock Research, Tips
800% Profit Potential. Buy GTXC Now l
rgentStockPicks. Com

    Job Search Results on CareerBuilder.com
    At **Check 'n Go**, We understand short-term financial needs and what they can do
    ...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
    www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
    %5E%22Check+'n+Go%22%24&lPath=JR - 115k - Cached - Similar pages

**life insurance**
Term **Life** Policy Can Pay You Back?
Ask bout Return Of Premium **Life.**
www.InsWeb.com

Jackson vs. **Check-N-Go** of Il
OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

Compare **Life Insurance**
Compare rates from top companies.
Save up to 70% on **life insurance.**
www.insurance.com

    Adele M. Van Jackson, etc v. **Check 'N Go** of Illinois, Inc
    The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans
    are short term loans at very high interest rates--here, up to 521.43% ...
    www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

Search Bond Inventories
Search Over 10,000 **Bonds.**
No Password Required
www.ZionsDirect.com

**Check 'n Go** - Finance & Professional - Detroit, MI, 48209-2117 ...
Come to Citysearch to get information, directions, and reviews on **Check 'n Go**
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -
Similar pages

Get Rich on Penny **stocks**
Get in on penny **stocks** before they
are hyped and promoted. Free Info
www. gope n nystock. com

    **Check 'n Go** - Finance & Professional - Detroit, MI, 48207-4220 ...
    Come to Citysearch to get information, directions, and reviews on **Check 'n Go** and
    other yp listings in Detroit.
    detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k -
    Cached - Similar pages

Buying **Life Insurance?**
Compare 1000's of plans instantly! Free
**Insurance** Quotes within 7 secs!
www.WholesaleInsurance.net

**Life Insurance:** No Exams
Up to $150,000 Coverage in 10 mins.
No Agents, No exams - Qualify now.
secure. americanlifeny. com

More Sponsored Links »

All check n go jobs | Indeed.com
Check 'n Go, Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

Julie at **Check N Go** in Petaluma
Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

WANTED - **Check-n-Go** Robbery 4/16/2003
WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO**, LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages

