> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.2 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC).  WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

2.   Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| | |
|---|---|
| **(12-13)** **LISTING A** _____ (write 1st link name from Q.1) | **(14-18)** |
| **(19-20)** **LISTING B** _____ (write 2nd link name from Q.1) | **(21-25)** |
| **(26-27)** **LISTING C** _____ (write 3rd link name from Q.1) | **(28-32)** |
| **(33-34)** **LISTING D** _____ (write 4th link name from Q.1) | **(35-39)** |
| **(40-41)** **LISTING E** _____ (write 5th link name from Q.1) | **(42-46)** |



(47)   3.   If you have an opinion, do you or don't you think there are other listings on this screen that you would be likely to click on if you wanted to submit an application to CHECK N GO.

| | |
|---|---|
| DO THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | **(GO TO Q4)** |
| DON'T THINK THERE ARE OTHER LISTINGS WOULD CLICK ON | **(GO TO Q6)** |
| DON'T KNOW OR NO OPINION | **(GO TO Q6)** |

1
2
3

4.   What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to CHECK N GO.
Please point to the listing or listings you would be likely to click on.


(INTERVIEWER: CIRCLE ON THE NEXT PAGE ALL THE LISTINGS ON WHICH RESPONDENT WOULD CLICK.  IF MORE THAN ONE LISTING MENTIONED, DESIGNATE EACH A, B, C, ETC. IN THE ORDER THEY ARE MENTIONED [A=1ST, B=2ND, ETC.])



**Q.4    Circle and Write A, B C, D & E for sites referenced, IN ORDER MENTIONED**

New Penny Stock Soaring                                              Sponsored Links
PennyStockRadar.com Ground Floor Investors Cash In Big Unknown Stock Worth Billions
Life Insurance Quotes
www.IntelliQuote.com Compare Up To 250 Insurers & Save - Get Instant Quotes & Apply Online!

## Cash Advance - Payday Loan - Fast Cash

Cash Advance - Payday Loan - Fast Cash - learn how from ChecknGo.
www.**checkngo**.com/ - 9k - Cached - Similar pages
    Quick Cash - Payday Loan - Cash Advance
    Payday Loan - Cash Advance - Fast Cash Loan
    More results from www.checkngo.com »

## Check 'n Go

The success that **Check 'n Go** has enjoyed in the last decade is the result of our
ability to provide fast, convenient and simple access to a cash advance. ...
www.careerbuilder.com/JobSeeker/Companies/ CompanyDetails.aspx?
IPath¯JR&hhname¯**checkngo** - 27k - Cached - Similar pages

### Job Search Results on CareerBuilder.com
At **Check 'n Go**, We understand short-term financial needs and what they can do
...Get More In A Career At **Check 'n Go Check 'n Go** has been a leader in the ...
www.careerbuilder.com/JobSeeker/Jobs/ JobResults.aspx?ncc=
%5E%22Check+'n+Go%22%24&IPath=JR - 115k - Cached - Similar pages

## Jackson vs. Check-N-Go of Il

OPINION: The plaintiff sued **Check 'N Go** for failure to disclose a security interest
in a postdated **check** as required by the Truth in Lending Act, ...
www.edcombs.com/CM/Opinions/opinions73.asp - 26k - Cached - Similar pages

### Adele M. Van Jackson, etc v. Check 'N Go of Illinois, Inc
The plaintiffs took out "payday loans" from **Check n' Go** of Illinois. Payday loans
are short term loans at very high interest rates--here, up to 521.43% ...
www.edcombs.com/CM/Opinions/opinions90.asp - 45k - Cached - Similar pages

## Check 'n Go - Finance & Professional - Detroit, MI, 48209-2117 ...

Come to Citysearch to get information, directions, and reviews on **Check 'n Go**
and other yp listings in Detroit.
detroit.citysearch.com/profile/ 36328835/detroit_mi/**check_n_go**.html - 61 k - Cached -
Similar pages

### Check 'n Go - Finance & Professional - Detroit, MI, 48207-4220 ...
Come to Citysearch to get information, directions, and reviews on Check 'n Go and
other yp listings in Detroit.
detroit.citysearch.com/profile/ 5224665/detroit_mi/**check_n_go**.html - 61 k -
Cached - Similar pages

## All check n go jobs | Indeed.com

**Check 'n Go**, Inc. has moved steadily forward since we opened our first location
... Get More In A Career At **Check n Go Check n Go** has been a leader in the...
www.indeed.com/jobs/q=company%3A%22Check+'n+Go22&l= - 26k - Cached - Similar pages

## Julie at Check N Go in Petaluma

Julie at **Check N Go** in Petaluma last modified: Wed, 19 Oct 17:26 PDT. please flag with care: [miscategorized]
[prohibited] [spam] [discussion] [best of] ...
www.craigslist.org/nby/mis/105304886.html Similar pages

## WANTED - Check-n-Go Robbery 4/16/2003

WHICH OCCURRED ON 4-16-2003, 01:39 PM, AT THE **CHECK N GO**, LOCATED AT 9405 COLERAIN AVE. IN
COLERAIN TOWNSHIP. WANTED IS A MALE BLACK, MID 20'S, 5'5" TALL, ... www.hcso.org/PublicServices/
Wanted/20030416ChecknGo.shtm - 3k - Cached - Similar pages

Sponsored Links

INVESTools
Learn the 5-Step Formula and learn
to trade **sticks** with confidence..
www.investools.com

Hot Penny Stocks Featured
Fractured Penny Stock Research, Tips
800% Profit Potential. Buy GTXC Now U
rgentStockPicks. Com

**life insurance**
Term **Life** Policy Can Pay You Back?
Ask bout Return Of Premium **Life**.
www.InsWeb.com

Compare **Life Insurance**
Compare rates from top companies
Save up to 70% on **life insurance**.
www.insurance.com

Search Bond Inventories
Search Over 10.000 **Bonds**.
No Password Required
www.ZionsDirect.com

Get Rich on Penny **stocks**
Get in on penny **stocks** before they
are hyped and promoted. Free Info
www. gope n nystock. com

Buying **Life Insurance?**
Compare 1000's of plans instantly! Free
**Insurance** Quotes within 7 secs!
www.WholesaleInsurance.net

**Life Insurance: No Exams**
Up to $150,000 Coverage in 10 mins.
No Agents, No exams - Qualify. now.
secure. americanlifeny. com

More Sponsored Links »

ICR

> **INTERVIEWER INSTRUCTIONS:** POINT TO LISTINGS ON COMPUTER SCREEN IN THE ORDER MARKED ON PREVIOUS PAGE AND ASK Q.5 FOR EACH CORRESPONDING TO THE LABELING ON THE PREVIOUS PAGE (A, B, C, ETC). WRITE IN THE NAME OF THE LINK IN THE LEFT-HAND BOX.

5. Why would you click on this listing? (RECORD RESPONSE VERBATIM.)

| (48-49) | **LISTING A** <br><br> _____ <br> (write 1st link name from Q.4) | | (50-54) |
|---|---|---|---|
| (55-56) | **LISTING B** <br><br> _____ <br> (write 2nd link name from Q.4) | | (57-61) |
| (62-63) | **LISTING C** <br><br> _____ <br> (write 3rd link name from Q.4) | | (64-68) |
| (69-70) | **LISTING D** <br><br> _____ <br> (write 4th link name from Q.4) | | (71-75) |
| (11-12) | **LISTING E** <br><br> _____ <br> (write 5th link name from Q.4) | | (13-17) |



ICR

**IF RESPONDENT HAS ALREADY POINTED TO "INVESTools" LISTING AT TOP OF PAGE IN Q1 OR Q4, GO TO Q10**

| Q.6 | Q.7 | Q.8 | Q.9 |
|---|---|---|---|
| Now, if you clicked on this listing (POINT TO LISTING TOP OF PAGE "INVESTools") what company or companies' websites would you expect to go to? (RECORD RESPONSE VERBATIM.) | (FOR EACH COMPANY MENTIONED) If you have an opinion, do you or don't you think that (COMPANY MENTIONED) is associated or connected with any other company or companies? (If do, continue ⇨) | What company or companies do you think it is associated or connected with? (RECORD EACH COMPANY MENTIONED ON A SEPARATE LINE BELOW.) | FOR EACH COMPANY MENTIONED, ASK: Why do you say that it is associated or connected with (COMPANY MENTIONED)? |
| (18-19) (20-21) 1. | (22) ☐ Do think it is associated/connected ⇧  ☐ Don't think it is assoc./connected  ☐ Don't know/No opinion ⇩ | (23-24) 1.  (30-31) 2.  (37-38) 3. | (25-29) ⇧  (32-36) ⇧  (39-43) ⇧ |
| (44-45) (46-47) 2. | (48) ☐ Do think it is associated/connected ⇧  ☐ Don't think it is assoc./connected  ☐ Don't know/No opinion ⇩ | (49-50) 1.  (56-57) 2.  (63-64) 3. | (51-55) ⇧  (58-62) ⇧  (65-69) ⇧ |
| (11-12) (13-14) 3. | (15) ☐ Do think it is associated/connected ⇧  ☐ Don't think it is assoc./connected  ☐ Don't know/No opinion | (16-17) 1.  (23-24) 2.  (30-31) 3. | (18-22) ⇧  (25-29) ⇧  (32-36) ⇧ |
| (37-38) (39-40) 4. | (41) ☐ Do think it is associated/connected ⇧  ☐ Don't think it is assoc./connected  ☐ Don't know/No opinion | (42-43) 1.  (49-50) 2.  (56-57) 3. | (44-48) ⇧  (51-55) ⇧  (58-62) ⇧ |

(63) ☐ 8    **DON'T KNOW OR NO OPINION,**    ⇧    **GO TO Q10**

10. Each interview that is conducted must be validated by telephone. So that my supervisor may verify that I conducted this interview, would you please complete the information below?

## RESPONDENT CERTIFICATION

| Print name: | |
|---|---|
| Signature: | |
| Best Day & Time to Call: | |
| Telephone number: | |
| Address, City, State, Zip | |

## INTERVIEWER CERTIFICATION

☐ Interviewer verify information with respondent against ID

INTERVIEWER: PLEASE COMPLETE INFORMATION BELOW.

I certify that I conducted this interview in accordance with the instructions that I received from my supervisor.

| Interviewer (Print Name): | |
|---|---|
| Interviewer's Signature: | |
| Date & time of Interview: | |

(64-69)

# TAB E



1/26/2006 1:03:00 PM
Briefing Instructions2
Job #E1489
Jan – Feb, 2006

# COMPUTER SURVEY INSTRUCTIONS

**CONTACTS:**

| | | |
|---|---|---|
| Katie Lynch | (484-840-4359) | klynch@icrsurvey.com |
| Trudy Fula | (484-840-4435) | tfula@icrsurvey.com |
| Deb Winneberger | (484-840-4376) | dwinneberger@icrsurvey.com |

**FIELD DATES:** Starting date = 1/27. End date TBD from mall sites

**There are 4 Versions of the questionnaire:**
1. G1 (GREEN surveys)
2. G2 (GREEN surveys)
3. V1 (VIOLET surveys)
4. V2 (VIOLET surveys)

**INCENTIVE** = $10.00

**QUOTAS:**

| | | G1-Green | G2-Green | V1-Violet | V2-Violet | Total |
|---|---|---|---|---|---|---|
| Riverside | CA | 8 | 9 | 9 | 9 | 35 |
| Tracy | CA | 7 | 6 | 6 | 6 | 25 |
| Port Richey | FL | 7 | 7 | 8 | 8 | 30 |
| Taylor | MI | 9 | 9 | 8 | 8 | 34 |
| Akron | OH | 8 | 8 | 7 | 7 | 30 |
| Tulsa | OK | 7 | 7 | 8 | 8 | 30 |
| Hurst | TX | 7 | 7 | 7 | 7 | 28 |
| Lewisville | TX | 7 | 7 | 7 | 7 | 28 |
| Woodbridge | VA | 8 | 8 | 7 | 7 | 30 |
| Lincolnwood | IL | 7 | 7 | 8 | 8 | 30 |
| | | | | | | |
| **Total** | | **75** | **75** | **75** | **75** | **300** |

**DAILY TALLIES:** FOR THE FIRST WEEK THIS STUDY REQUIRES YOU TO UPDATE ICR DAILY, after that weekly will be fine until completion. Please fill out the accompanying Tally Sheet daily and either **fax to 484-840-4599 or email to tfula@icrsurvey.com every morning** before start of shift including completes and terminates from the previous day appended.

**SHIPMENTS:**

Please send questionnaires and associated screeners back to ICR across three shipments. When shipping questionnaires, please ship ALL completed interviews you have up to that point. Do not ship if there are no completed interviews by the first date.

- **1st Shipment** = Monday January 30th, for delivery Tuesday 1/31
- **2nd Shipment** = TBD
- **Final Shipment** = TBD

**FINAL SHIPMENT OF QN'S:** The final date is to be determined, but you may interview on that date so long as materials are shipped out in time for delivery to ICR the next morning. Please use the included Fed-Ex airbills and ICR Transmittal forms when shipping to ICR. In final shipment include:

- All completed questionnaires, stapled to associated screener
- Any screeners that include terminate tallies

Do not include unused screeners and questionnaires and the 2 CD-ROMs, in case you will need to replace any surveys that do not validate. We are validating 100% of the surveys through a 3rd party vendor.

**Validation Forms:** Please FAX the completed validation forms at the end of every day. Be sure to start new sheets each day that do not include respondents from previous days listed on it. Be very clear and precise in recording this information. **We will be validating 100% of all surveys.**



## SCREENING

TARGET RESPONDENTS THAT LOOK TO BE AT LEAST 18 YEARS OF AGE
WHEN SCREENING, **MUST** KEEP TERMINATION TALLIES FOR **EACH** TERMINATE

TO QUALIFY

A.    Must circle 2 - Google

B.    Must have purchased/applied or intend to - PAYDAY LOAN OR CASH ADVANCE

C.    Must use internet to search for information about PAYDAY LOANS OR CASH
      ADVANCE Companies

E.    Must consider CHECK N GO for a PAYDAY LOAN OR CASH ADVANCE

G.    Respondent/Family members must NOT work for any of the companies listed

H.    Must not have participated in a marketing research survey in past 3 months

I.    Must be at least 18 years of age

J.    Must answer question (not a don't know)

K.    If wears glasses/contacts for computer, must have with them

L.    Must be willing to participate

## INTERVIEWING ROOM

**SET UP:**
**IMPORTANT - IN ORDER TO AVOID MIXING UP DISKS; HAVE APPROPRIATE
DISK AND QUESTIONNAIRE READY IN ROOM BY COMPUTER. LEAVE
QUESTIONNAIRE FACE DOWN ALONG WITH DISK. BEFORE GOING OUT TO
FLOOR - CHECK THAT THE COLOR OF THE QUESTIONNAIRE MATCHES THE
COLOR WRITTEN ON THE DISK.**

**Each room must have each of the following available at the start of each interview for each
respondent:**
**1. Computer booted up and running**
**2. Questionnaire with color matching CD-ROM Disk**
**3. CD-Rom Disk with color matching questionnaire**

**IMPORTANT! CD-ROM IS NOT TO BE INSERTED INTO THE COMPUTER'S**



**HARDDRIVE <u>PRIOR</u> TO ENTERING THE ROOM WITH THE RESPONDENT.**



## INTERVIEW

**PLEASE BE SURE TO USE PENCIL**

There are two versions of the main survey for each color disk. The only difference is the site you point to at question 6. However, if the respondent mentions this site in any previous questions, then this question series (Q.6 through 9) is skipped.

Once the respondent is brought to the interviewing room, pick up questionnaire and disk. <u>Again, double check that the color matches both the questionnaire and the disk.</u>

Insert the disk into the CD-Rom drive. The file should automatically load. **BE SURE THE WINDOW IS SET TO MAXIMUM SIZE.**

You may begin reading the instructions to the respondent as you are putting the disk into the computer.

INTRO    When giving the respondent instructions of typing in CHECK N GO - be sure to read it as written - with spelling the name as C-H-E-C-K  space N space G-O - reading each letter as well as the word space.

Q.1.    Make sure respondent POINTS to the sites on the screen that he or she would go to for a payday loan or cash advance from Check N Go. They may point to more than one.

Clearly circle EACH site mentioned on the following page and if more than one site mentioned - be sure to label them a, b, c, etc. so that question 2 may be tracked to the appropriate listings.

Q.2    In each box located on the left-hand side (labeled A, B, C, etc.), please also write in the site name under each listing letter so that ICR is clear which site link the respondent is referencing.

Q.3.    If respondent says he or she doesn't think there are other listings that they would click on, skip to Q.6 (which is the horizontal page).

Q.4.    Make sure respondent POINTS to the sites on the screen that he or she would go to for a payday loan or cash advance from Check N Go. They may point to more than one.

Clearly circle EACH site mentioned on the following page and if more than one site mentioned - be sure to label them a, b, c, etc. so that question 4 may be tracked to the appropriate listings.

**THEY MUST BE LABELED IN THE ORDER THAT THE RESPONDENT POINTS TO THEM..IN OTHER WORDS THE FIRST ONE POINTED TO IS LABELED 'A', THE SECOND ONE 'B', ETC.**
IF NO OTHER SITES MENTIONED; SKIP TO Q.6 INSTRUCTIONS



Q.5.    In each box located on the left-hand side (labeled A, B, C, etc.), also write in the site name under each listing letter so that ICR is clear which site link the respondent is referencing.

Q.6.    IF RESPONDENT HAS ALREADY POINTED TO IN Q.1 or Q.4:

| VG1 | <u>Payday **Check** to Go</u> | TOP LISTING/ **LEFT** SIDE OF SCREEN |
| VG2 | <u>Payday Loans to $1,500</u> | TOP LISTING/**RIGHT** SIDE OF SCREEN |
| VV1 | <u>New Penny Stock Soaring</u> | TOP LISTING/ **LEFT** SIDE OF SCREEN |
| VV2 | <u>INVESTools</u> | TOP LISTING/**RIGHT** SIDE OF SCREEN |

Then skip all questions 6 through 9 and go right to 10.

IF NOT MENTIONED:

Point to the appropriate site on the computer screen as listed in the questionnaire and read question. Do not by any means show the respondent the page in the questionnaire. RECORD VERBATIM RESPONSE. If more than one company mentioned, record each separately in the boxes numbered 1-4.

IF DON'T KNOW – check box at the bottom of the page and SKIP TO Q.10

Ask question 7, 8, and 9 FOR EACH COMPANY MENTIONED in Q.6. If more than one company mentioned, ask Q. 7, 8, and 9 for company #1 first, followed by Q. 7, 8, and 9 for company #2 second, etc. for each company mentioned in Q.6.

Q.7.    If the respondent does not think a company is associated or connected with another company/companies or don't know at Q.7, either:
    1.  <u>If more than one company listed at Q.6</u> – skip Q.8 and 9 and ask Q.7 about next company listed at Q.6, or
    2.  <u>If no other company listed</u> - Skip to Q.10

Q.8.    Again there are multiple lines to record the responses.

Q.9.    Here you will record why they say each company mentioned in Q.8 is associated or connected with the company mentioned in Q.6. If need additional room, use arrows to indicate where remainder of response is recorded.



Q.10.    This information will be used to validate the interviews. We need to re-contact all respondents for validations.

Ask the respondent to be as specific as possible over the next week for when a good time to contact them would be.

Ask respondent to tell you their name, address and telephone number . Verify the time to contact them. Feel free to ask respondent for a drivers' license to verify name and address.

**WE WILL NOT PAY FOT INTERVIEWS THAT DO NOT VALIDATE. YOU WILL NEED TO REPLACE THEM AT YOUR OWN EXPENSE.**

Thank and give respondent their incentive money.

---

## OTHER DOCUMENTS

For sending through updates to ICR:
> 1. Computer Study - Daily Tally Sheet
> 2. Computer Survey - Validation Sheet

If Faxing: Our number is 484-840-4599

**Daily Tally Sheet -** We need to know how many completes for each version you obtained as well as the number of people who were terminated at each question that day.

**Validation Sheet -** In order to validate the surveys in a timely manner, please send these through each day on separate sheet for each day (unless over a weekend can be combined for Monday morning update). We'll need all information filled out neatly with any additional detail necessary.



**TAB F**

ICR

1/26/2006
E1489_VALIDATION2
Job #E1489

| Survey Version: |
| --- |
| ☐ VG1 |
| ☐ VG2 |
| ☐ VV1 |
| ☐ VV2 |

**Computer Survey**
**Validation Questionnaire**

## Market

- ☐ Riverside, CA    The Galleria at Tyler
- ☐ Tracy, CA    West Valley Mall
- ☐ Port Richey, FL    Gulf View Square Mall
- ☐ Taylor, MI    Southland Mall
- ☐ Akron, OH    Rolling Acres Mall
- ☐ Tulsa, OK    Woodland Hills Mall
- ☐ Hurst, TX    Northeast Mall
- ☐ Lewisville, TX    Vista Ridge Mall
- ☐ Woodbridge, VA    Potomac Mall
- ☐ Lincolnwood, IL    Lincolnwood Town Center

Date of Interview: _____

ASK FOR PERSON NAMED

| | | |
| --- | --- | --- |
| 1 | Person available | CONTINUE |
| 2 | Not currently available | SCHEDULE CALLBACK |
| 3 | No person by that name | TERMINATE - INVALID |

Hello, I'm _____ from _____, a nationwide market research organization. I'm calling to ask you about the survey you participated in (MALL CHECKED ABOVE).

1. Did you complete the interview on (DATE)?

| | | |
| --- | --- | --- |
| 1 | Yes | |
| 2 | No | TERMINATE - INVALID |

International Communications Research
53 West Baltimore Pike • Media, PA 19063-5698 • 484-840-4300 • info@icrsurvey.com • www.icrsurvey.com



2.  I would like to ask you just a couple of the questions again. Which, if any, of the following
    have you purchased or applied for in the past year or intend to purchase or apply for in the
    next year?
    (READ LIST) (CIRCLE ALL THAT APPLY)

| | | |
|---|---|---|
| Life insurance policy | 1 | |
| Payday loan or cash advance | 2 | CONTINUE |
| Stock or bonds | 3 | |

(DO NOT READ)
    NONE OF THESE          0
    DON'T KNOW                  9

| |
|---|
| MUST BE "YES" TO "PAYDAY LOAN OR CASH ADVANCE" IN Q.2 TO CONTINUE. IF OTHER, "NONE" OR "DON'T KNOW," THANK **& TERMINATE INVALID** |

3.  Which of the following companies, if any, would you consider using to take out a payday loan
    or cash advance? (READ LIST)  (CIRCLE ALL THAT APPLY)

| | | |
|---|---|---|
| Advance America | 1 | |
| Check into cash | 2 | |
| Check n go | 3 | CONTINUE |

(DO NOT READ)
    NONE OF THESE          0
    DON'T KNOW                  9

| |
|---|
| MUST BE "YES" TO "CHECK N GO" IN Q.3 TO CONTINUE. IF OTHER, "NONE" OR "DON'T KNOW," THANK **& TERMINATE INVALID**. |

4.  Finally, did they pay you to complete the interview?

| | | |
|---|---|---|
| 1 | Yes | |
| 2 | No | **SKIP TO Q.6** |
| R | Refused | |

5.  How much did they pay you to complete the survey? (DO NOT READ)

    _____    RECORD AMOUNT
    R              Refused

6.  Those are all my questions. Have a nice day and thank you again for participating in this
    research survey.



**TAB G**

*Payday Loans 2006 Study*
Study #E1489

*March 2006*

T A B L E   O F   C O N T E N T S
PAGE  1

TABLE 001    P.    1    Market.
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

002    3    Q. A. Which, if any, of the following Internet search engines have you used in the past six months?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

003    4    Q. B. Which, if any, of the following have you purchased or applied for in the past year or intend to purchase or apply for in the next year?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

004    5    Q. C. Would you use the Internet to search for information about .....?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

005    6    Q. D. From which of the following companies, if any, would you consider purchasing life insurance?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

006    7    Q. E. Which of the following companies, if any, would you consider using to take out a payday loan or cash advance?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

007    8    Q. F. Which of the following companies, if any, would you consider using to purchase stocks or bonds?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

008    9    Q. G. Do you or does any member of your household work in any of the following?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

009    10    Q. H. Have you participated in any market research survey other than a political poll during the past 3 months?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

010    11    Q. I. Which of these groups include your age?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

011    12    Q. J. Do you usually wear eyeglasses or contact lenses using the computer?
Q. K. Do you have them with you today?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies



INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

T A B L E   O F   C O N T E N T S
PAGE 2

TABLE 012   P.  13   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

013        17   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'Second'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

014        22   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'Third'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

015        26   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'Fourth'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

016        29   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'Fifth'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

017        32   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'First Two'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

018        37   Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'First Three'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

 INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

# T A B L E   O F   C O N T E N T S
### PAGE 3

TABLE 019    P.  42    Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'First Four'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

020         48    Q. 1 If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.
(*) 'Total Websites Selected'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

021         54    Q. 3 If you have an opinion, do you or don't you think there are other listings on this screen that you would be likely to click on if you wanted to submit an application to ....?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

022         55    Q. 4 What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to Check'n Go.  Please point to the listing or listings you would be most likely to click on.
(*) 'First Website Selected'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

023         60    Q. 4 What other listing or listings on this screen would you be likely to click on if you wanted to submit an application to Check'n Go.  Please point to the listing or listings you would be most likely to click on.
(*) 'Total Websites Selected'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

024         65    Q. 1/4    Combination Table
(*) 'Total Websites Selected (Q1/4)'
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

025         70    Q. 6 Now, if you clicked on this listing 'Payday Check to Go/Payday Loans to $1,500/New Penny Stock Soaring/INVESTools', what company or companies' websites would you expect to go to?
(*) 'Total Websites Selected'
Base: Qualified respondents who did not select the given sponsored link at Q.1/4

026         71    Q. 8 What company or companies do you think it is associated or connected with?
(*) 'Total Websites Selected'
Base: Qualified respondents who gave response of a company's website link (q.6) and said that website was associated or connected with another company(ies) (q.7)

027         72    Q. 6/8    Combination Table
Base: Qualified respondents who did not select the given sponsored link at Q.1/4




INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
Study #EI489

*March 2006*

T A B L E   O F   C O N T E N T S
PAGE  4

TABLE 028

P.  73    Q. 1/4/6/8   Combination Table
          Base: Past year purchasers who would consider Check'n Go for payday loan or cash advance, used Google in
          past 6 months, and would search internet for payday loan or cash advance companies

INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

TABLE 001
Market

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

| | Total (Grn) | Orig-inal Web-site (Vlc) | Modi-fied Web-site (Vlc) |
|---|---|---|---|
| | | (B) | (C) |
| Total | 308 | 154 | 154 |
| | 100.0 % | 100.0 % | 100.0 % |
| Riverside, CA | 35 | 17 | 18 |
| | 11.4 | 11.0 | 11.7 |
| Tracy, CA | 25 | 13 | 12 |
| | 8.1 | 8.4 | 7.8 |
| Port Richey, FL | 30 | 14 | 16 |
| | 9.7 | 9.1 | 10.4 |
| Taylor, MI | 40 | 21 | 19 |
| | 13.0 | 13.6 | 12.3 |
| Akron, OH | 30 | 16 | 14 |
| | 9.7 | 10.4 | 9.1 |
| Tulsa, OK | 31 | 15 | 16 |
| | 10.1 | 9.7 | 10.4 |
| Hurst, TX | 28 | 14 | 14 |
| | 9.1 | 9.1 | 9.1 |
| Lewisville, TX | 28 | 13 | 15 |
| | 9.1 | 8.4 | 9.7 |
| Woodbridge, VA | 31 | 17 | 14 |
| | 10.1 | 11.0 | 9.1 |

(sig=.05) (n_k) columns tested BC

PAGE 1

INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #EI489*

*March 2006*

TABLE 001 (continued)
Market

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
Internet for payday loan or cash advance companies

|  | Orig-<br>inal<br>Web-<br>site<br>Total<br>(Grn) | Modi<br>ified<br>Web-<br>site<br>(Vio) |
|---|---|---|
|  | ===== | ===== |
| Lincolnwood, IL | 30<br>9.7 | 14<br>9.1 | 16<br>10.4 |

(sig=.05) (n_k) columns tested BC

PAGE 2

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

Q. A  Which, if any, of the following Internet search engines have you used in the past six months?

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

TABLE 002

|  | Total | Orig-inal Web-site (Grn) | Modi-ified Web-site (Vlo) |
|---|---|---|---|
|  | | % | % |
|  | | (B) | (C) |
| Total | 308 | 154 | 154 |
|  | 100.0 % | 100.0 % | 100.0 % |
| Google | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |
| Yahoo | 221 | 113 | 108 |
|  | 71.8 | 73.4 | 70.1 |
| AOL | 174 | 94 | 80 |
|  | 56.5 | 61.0 | 51.9 |
| MSN | 123 | 66 | 57 |
|  | 39.9 | 42.9 | 37.0 |
| Netscape | 73 | 38 | 35 |
|  | 23.7 | 24.7 | 22.7 |

(sig=.05) (n_k) columns tested BC

PAGE 3

INTERNATIONAL COMMUNICATIONS RESEARCH

# Payday Loans 2006 Study
## Study #E1489

## March 2006

TABLE 003

Q. B  Which, if any, of the following have you purchased or applied for in the past year or intend to purchase or apply for in the next year?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

| | Total | Orig-inal Web-site (Grn) | Modi-fied Web-site (Vio) |
|---|---|---|---|
| | | (B) | (C) |
| **Total** | 308 | 154 | 154 |
| | 100.0 | 100.0 | 100.0 |
| | % | % | % |
| Payday loan or cash advance | 308 | 154 | 154 |
| | 100.0 | 100.0 | 100.0 |
| Life insurance policy | 138 | 69 | 69 |
| | 44.8 | 44.8 | 44.8 |
| Stock or bonds | 104 | 53 | 51 |
| | 33.8 | 34.4 | 33.1 |

(sig=.05) (n_k) columns tested BC

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

TABLE 004

Q. C   Would you use the Internet to search for information about ....?

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
Internet for payday loan or cash advance companies

|  | Total | Orig-inal Web-site (Grn) | Modi-fied Web-site (Vlo) |
|---|---|---|---|
|  | ===== | ===== | ===== |
| Total | 308 | 154 | 154 |
| ===== | 100.0 % | 100.0 % (B) | 100.0 % (C) |
| Payday loan or cash advance companies | 308 100.0 | 154 100.0 | 154 100.0 |
| Life insurance companies | 191 62.0 | 92 59.7 | 99 64.3 |
| Stockbrokers | 140 45.5 | 68 44.2 | 72 46.8 |

(sig=.05) (n_k) columns tested BC

PAGE 5

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

# Payday Loans 2006 Study
## Study #E1489

March 2006

TABLE 005

Q. D From which of the following companies, if any, would you consider purchasing life insurance?

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

| | Total | Orig-inal Web-site (Gzn) | Mod-ified Web-site (Vio) |
|---|---|---|---|
| Total | 308 | 154 | 154 |
| | 100.0 | 100.0 | 100.0 |
| | % | % | % |
| | | (B) | (C) |
| Prudential | 161 | 76 | 85 |
| | 52.3 | 49.4 | 55.2 |
| New York Life | 92 | 45 | 47 |
| | 29.9 | 29.2 | 30.5 |
| Guardian | 72 | 38 | 34 |
| | 23.4 | 24.7 | 22.1 |
| None of these | 43 | 25 | 18 |
| | 14.0 | 16.2 | 11.7 |
| Don't Know | 38 | 21 | 17 |
| | 12.3 | 13.6 | 11.0 |

(sig=.05) (n_k) columns tested BC

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

Payday Loans 2006 Study
Study #E1489

March 2006

TABLE 006

Q. E  Which of the following companies, if any, would you consider using to take out a payday loan or cash advance?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
Internet for payday loan or cash advance companies

|  | Total | Orig-inal Web-site (Gtn) | Modi-ified Web-site (Vio) |
|---|---|---|---|
|  | ===== | ===== | ===== |
| Total | 308 | 154 | 154 |
| ===== | 100.0 | 100.0 | 100.0 |
|  | % | % | % |
|  |  | (B) | (C) |
| Check'n Go | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |
| Check Into Cash | 137 | 67 | 70 |
|  | 44.5 | 43.5 | 45.5 |
| Advance America | 116 | 63 | 53 |
|  | 37.7 | 40.9 | 34.4 |

(sig=.05) in_k) columns tested BC

PAGE 7

INTERNATIONAL COMMUNICATIONS RESEARCH

Payday Loans 2006 Study
Study #E1489

March 2006

TABLE 007

Q. F  Which of the following companies, if any, would you consider using to purchase stocks or bonds?

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

|  | Total | Orig-inal Web-site (Grn) | Modi-fied Web-site (Vlo) |
|---|---|---|---|
|  | % | % | % |
|  |  | (B) | (C) |
| Total | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |
|  |  |  |  |
| Ameritrade | 106 | 54 | 52 |
|  | 34.4 | 35.1 | 33.8 |
| Charles Schwab | 103 | 51 | 52 |
|  | 33.4 | 33.1 | 33.8 |
| T.D.Waterhouse | 80 | 35 | 45 |
|  | 26.0 | 22.7 | 29.2 |
| None of these | 63 | 34 | 29 |
|  | 20.5 | 22.1 | 18.8 |
| Don't Know | 43 | 23 | 20 |
|  | 14.0 | 14.9 | 13.0 |

(sig=.05) (n_k) columns tested BC

PAGE 8

INTERNATIONAL COMMUNICATIONS RESEARCH

Payday Loans 2006 Study
Study #EI489

March 2006

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

TABLE 008
Q. G  Do you or does any member of your household work in any of the following?

|  | Total | Orig-<br>inal<br>Web-<br>site<br>(Grn) | Modi<br>ified<br>Web-<br>site<br>(Vlo) |
|---|---|---|---|
|  | ===== | ===== | ===== |
| Total | 308 | 154 | 154 |
| =====  | 100.0 | 100.0 | 100.0 |
|  | % | % | % |
|  |  | (B) | (C) |
| An advertising agency | - | - | - |
| A public relations firm | - | - | - |
| An insurance company | - | - | - |
| A financial services company | - | - | - |
| An Internet copany | - | - | - |
| None of the above | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |

PAGE 9

--------------------------
(sig=.05) (n_k) columns tested BC

INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

TABLE 009

Q. H  Have you participated in any market research survey other than a political poll during the past 3 months?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
       Internet for payday loan or cash advance companies

|  | Orig-<br>inal<br>Web-<br>site<br>Total (Grn) | Modi-<br>ified<br>Web-<br>site<br>(Vlo) |
|---|---|---|
|  | ===== | ===== |
| Total | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |
|  | % | % | % |
|  | (B) | (C) |  |
|  |  |  |  |
| Yes | - | - | - |
|  |  |  |  |
| No | 308 | 154 | 154 |
|  | 100.0 | 100.0 | 100.0 |
|  |  |  |  |
| Don't Know | - | - | - |

-----------------------------
(sig=.05) (n_k) columns tested BC

PAGE 10

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

TABLE 010

Q. I Which of these groups include your age?

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

|  | Total (Grn) | Orig- inal Web- site (B) | Modi- fied Web- site (Vic) (C) |
|---|---|---|---|
| Total | 308 100.0 % | 154 100.0 % | 154 100.0 % |
| Under 18 | - | - | - |
| 18 - 39 | 214 69.5 | 114 74.0 | 100 64.9 |
| 40 and over | 94 30.5 | 40 26.0 | 54 35.1 |
| Refused | - | - | - |

(sig=.05) (n_k) columns tested BC

PAGE 11

INTERNATIONAL COMMUNICATIONS RESEARCH

Payday Loans 2006 Study
Study #E1489

March 2006

TABLE 011
Q. J  Do you usually wear eyeglasses or contact lenses using the computer?
Q. K  Do you have them with you today?
Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
Internet for payday loan or cash advance companies

|  | Total | Orig-inal Web-site (Grn) | Modi-fied Web-site (Vio) |
|---|---|---|---|
|  | ===== | ===== | ===== |
| Total | 308 | 154 | 154 |
| ===== | 100.0 % | 100.0 % | 100.0 % |
|  |  | (B) | (C) |
|  |  |  |  |
| Wear glasses/ contacts and have with | 97 | 41 | 56 |
|  | 31.5 | 26.6 | 36.4 |
| Do not wear glasses/ contacts | 211 | 113 | 98 |
|  | 68.5 | 73.4 | 63.6 |

-------------------------
(sig=.05) (n_k) columns tested BC

PAGE 12

INTERNATIONAL COMMUNICATIONS RESEARCH

Payday Loans 2006 Study
Study #E1489

March 2006

Q.1   If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first.  Please point to the listing or listings you would be most likely to click on first.

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search
        Internet for payday loan or cash advance companies

TABLE 012

|  | Total (Grn) | Orig-inal Web-site (B) | Modi-fied Web-site (Vis) (C) |
|---|---|---|---|
| **Total** | 308 | 154 | 154 |
| ===== | 100.0 % | 100.0 % (B) | 100.0 % (C) |
| **Non-Sponsored Links (Net)** | 257 | 112 | 145 |
| =============== | 83.4 | 72.7 | 94.2 B |
| Cash Advance - Payday Loan - Fast Cash (checkngo. com) | 101 | 46 | 55 |
|  | 32.8 | 29.9 | 35.7 |
| Check'n Go (careerbuilder. com) | 143 | 61 | 82 |
|  | 46.4 | 39.6 | 53.2 B |
| Check'n Go - Finance & Professional - Detroit MI, 48209-2117 (detroit. citysearch.com/ profile) | 5 | 2 | 3 |
|  | 1.6 | 1.3 | 1.9 |

---------------------------------
(sig=.05) (n_k) columns tested BC

PAGE 13

ICR INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

Q. 1  If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search internet for payday loan or cash advance companies

TABLE Q12 (continued)

|  | Total (Grn) | Orig-inal Web-site (Grn) | Modi fied Web-site (Vio) |
|---|---|---|---|
| Job Search Results on CareerBuilder. com (careerbuilder. com) | 3 1.0 | 1 0.6 | 2 1.3 |
| Jackson vs. Check'n Go of Il. (edcombs.com) | 2 0.6 | 1 0.6 | 1 0.6 |
| Adele M. VandeJackson, etc vs. Check'n Go of Illinois, Inc. (edcombs.com) | 1 0.3 | - | 1 0.6 |
| Check'n Go - Finance & Professional - Detroit MI, 48207-4220 (detroit. citysearch.com/ profile) | 1 0.3 | - | 1 0.6 |
| All Check'n Go Jobs (indeed.com) | 1 0.3 | 1 0.6 | - |

PAGE 14

-------------------------------
(sig=.05) (n_k) columns tested BC



INTERNATIONAL COMMUNICATIONS RESEARCH

*Payday Loans 2006 Study*
*Study #E1489*

*March 2006*

Q. 1  If you wanted to apply for a payday loan or a cash advance from Check'n Go, which listing or listings on this page would you be most likely to click on first. Please point to the listing or listings you would be most likely to click on first.

Base: Past year purchasers/Next year intenders who would consider Check'n Go for payday loan or cash advance, used Google in past 6 months, and would search Internet for payday loan or cash advance companies

TABLE 012 (continued)

| | Total (Grn) | Orig-inal Web-site (Grn) | Modi-fied Web-site (Vio) |
|---|---|---|---|
| Sponsored Links (Net) | 51<br>16.6 | 42<br>27.3 C | 9<br>5.8 C |
| Payday Check to Go (247-Payday-Loan.com) | 29<br>9.4 | 29<br>18.8 C | - |
| Payday Loans to $1,500 Overnight (DiscountAdvances.com) | 5<br>1.6 | 5<br>3.2 C | - |
| New Penny Stock Soaring (PennyStockRadar.com) | 3<br>1.0 | - | 3<br>.9 |
| Check City Payday Loans (CheckCity.com) | 3<br>1.0 | 3<br>1.9 | - |
| Hot Penny Stocks Featured (UrgentStockPicks.com) | 2<br>0.6 | - | 2<br>1.3 |
| Get a $500 Payday Loan (Fast-Funds-Online.com) | 2<br>0.6 | 2<br>1.3 | - |

(sig=.05) (n_k) columns tested BC



ICR INTERNATIONAL COMMUNICATIONS RESEARCH

