**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


CNG FINANCIAL CORPORATION                :
                                         :    Case No.  1:06-cv-040
                Plaintiff/Counterclaim-  :
                Defendant,               :    Chief Judge Sandra S. Beckwith
                                         :    Magistrate Timothy S. Black
       vs.                               :
                                         :    **RULE 26(a)(2) DISCLOSURE OF**
GOOGLE INC.                              :    **EXPERT TESTIMONY**
                                         :
                Defendant/Counterclaim-  :
                Plaintiff.               :


Plaintiff/Counter Defendant CNG Financial Corporation ("CNG"), reserves the right to

call the following witnesses as experts in support of its claims in this case:

**A.**     Michael Mazis
           27 Kogod School of Business
           American University
           440 Massachusetts Avenue, N.W.
           Washington, D.C.  20016-8044

           Mr. Mazis' expert report was served, via UPS overnight courier, on December 14, 2006.

**B.**     Stephen Schaller, Esq.

Mr. Schaller is Plaintiff's in-house general counsel, and he will testify about the

regulations governing the practices of the advertisers whose "Sponsored Link" advertisements

are triggered by their use of CNG's trademarks as AdWords Keywords.

Respectfully submitted,

_____
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

Attorneys for CNG FINANCIAL
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via e-mail and U.S. mail, postage prepaid, to the following counsel of record, on this 15th day of December, 2006:

        Kenneth F. Seibel, Esq.
        Jacobs, Kleinman, Seibel & McNally
        2300 Kroger Building
        1014 Vine Street
        Cincinnati, OH  45202

        Michael H. Page, Esq.
        Klaus H. Hamm, Esq.
        Keker & Van Nest LLP
        710 Sansome Street
        San Francisco, CA  94107

                            Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475 320619v.1

3