```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION


-------------------------------------
                                     :
CNG FINANCIAL CORPORATION,           :
                                     :
    Plaintiff/                       :
    Counterclaim-Defendant,          :
                                     :
    vs.                              :    CASE NO.
                                     :    1:05cv040
GOOGLE INC.,                         :    (Judge S. S.
                                     :    Beckwith)
                                     :
    Defendant/                       :
    Counterclaim-Plaintiff.          :
-------------------------------------


     Deposition of:  STEPHEN SCHALLER, ESQ.
     Taken:          By the Defendant/
                     Counterclaim-Plaintiff
                     Pursuant to Notice
     Date:           February 14, 2007
     Time:           Commencing at 12:52 p.m.
     Place:          Frost Brown Todd LLC
                     2200 PNC Center
                     201 East Fifth Street
                     Cincinnati, Ohio  45202-4182

     Before:         S. Diane Farrell, RMR, CRR
                     Christopher Kremer, CLVS
                     Notaries Public - State of Ohio
```

**CERTIFIED COPY**



LEGALINK®
A MERRILL COMMUNICATIONS COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1    about -- what you just said in the last part,
2    he's not asking you about when you initiated
3    the action. He's asking you about what you
4    considered in reaching those opinions.
5    A.    Well --
6    Q.    Well, I disagree with your
7    characterization of my question. But let's take the
8    answer as it comes and we'll see where we go.
9    A.    What concerns me when I punch in Check 'n
10   Go to the Google Web site and -- and read the list of
11   sponsored links -- what concerns me is that I look at
12   those sponsored links, and I see that these are
13   people who are in a competitive -- a competitive
14   advantage to us because they are offering a product
15   that I believe is illegal.
16        And because its illegal, it's largely
17   unregulated. And it is -- it tends to put us at a
18   competitive disadvantage in that these unregulated
19   loans exceed our loan caps, can be made free from
20   many of the restrictions that we have to comply with
21   and -- and so frankly, one of the things that -- that
22   I -- I really believe is that -- is that these --
23   these -- these Web sites are particularly pernicious
24   not only because they're trading on our mark but also
25   because they're illegal. And that illegality puts

STEPHEN SCHALLER, ESQ.   February 14, 2007

1  us -- puts us at a competitive disadvantage. That's
2  what really burns me.
3      Q.   Okay. If -- have you initiated any legal
4  actions against any of those Web sites?
5      A.   I'm not aware that we have.
6      Q.   Okay. Have you contacted any regulators
7  to ask them to investigate or initiate actions
8  against any of those Web sites?
9      A.   I have not.
10     Q.   Okay. Have you involved any trade
11 associations in which you are a member in any efforts
12 to go after any of these Web sites?
13     A.   Yes, in part. One of the things that I
14 have done and have asked the trade association to do
15 is offer presentations at our annual meeting dealing
16 with Internet lending.
17          And I will tell you, at the very last CFSA
18 annual meeting there was a presentation given by a
19 lawyer, not me, that dealt with Internet lending.
20 And that presentation in substance reflected what
21 I've told you today; namely that while banks can
22 export their interest rates to other states, nonbanks
23 can't. And if you're doing Internet lending, you
24 need to comply with host state usury laws.
25     Q.   Okay. And which trade association was

85

```
                                                              103

 1                    C E R T I F I C A T E

 2   STATE OF OHIO        :
                          :  SS
 3   COUNTY OF HAMILTON   :

 4            I, S. Diane Farrell, RMR, CRR, the

 5   undersigned, a duly qualified and commissioned notary

 6   public within and for the State of Ohio, do hereby

 7   certify that before the giving of his aforesaid

 8   deposition, STEPHEN SCHALLER, ESQ., was by me first

 9   duly sworn to depose the truth, the whole truth and

10   nothing but the truth; that the foregoing is the

11   deposition given at said time and place by STEPHEN

12   SCHALLER, ESQ.; that said deposition was taken in all

13   respects pursuant to stipulations of counsel; that I

14   am neither a relative of nor employee of any of the

15   parties or their counsel, and have no interest

16   whatever in the result of the action; that I am not,

17   nor is the court reporting firm with which I am

18   affiliated, under a contract as defined in Civil Rule

19   28(D).

20            IN WITNESS WHEREOF, I hereunto set my hand and

21   official seal of office at Cincinnati, Ohio, this

22   _26_ day of _February_, 2007.

23
                              _S. Diane Farrell_
24                            _____
     My commission expires:   S. Diane Farrell, RMR, CRR
25   October 18, 2011.        Notary Public - State of Ohio
```