UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION : <br> : <br> Plaintiff/Counterclaim- : <br> Defendant, : <br> : <br> vs. : <br> : <br> GOOGLE INC. : <br> : <br> : <br> Defendant/Counterclaim- : <br> Plaintiff. : <br> : <br> : <br> : | Case No. 1:06-cv-040 <br><br> Chief Judge Sandra S. Beckwith <br> Magistrate Timothy S. Black <br><br> **DECLARATION OF BARRY D. HUNTER IN SUPPORT OF PLAINTIFF, CNG FINANCIAL CORPORATION'S OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT MICHAEL MAZIS** |

I, Barry D. Hunter, declare as follows:

1. I am a member of Frost Brown Todd LLC, counsel of record for Plaintiff, CNG Financial Corporation ("CNG") in the above-captioned action. I am the lead trial counsel in this case for CNG Financial Corporation.

2. Exhibit A to this Declaration is a true and correct copy of cited excerpts from the deposition transcript of Dr. Itamar Simonson taken on March 2, 2007.

3. Exhibit B to this Declaration is a true and correct copy of the cited excerpts from the deposition transcript of Dr. Michael Mazis taken on February 1, 2007.

4. Exhibit C to this Declaration is a true and correct copy of the April 18, 2007 Order by the United States District Court for the Northern District of California, San Jose Division, in *Google, Inc. v. American Blind & Wallpaper Factory, Inc.*, Case No. C 03-5340, granting in part and denying in part Google's Motion for Summary Judgment.

5. Exhibit D to this Declaration is a true and correct copy of the Survey Report of Dr. Jacob Jacoby, filed by Google in the *Geico* litigation.

6. Exhibit E to this Declaration is a true and correct copy of the Expert Report of Dr. Itamar Simonson, filed by Google in the *Geico* litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July, 2007 in Lexington, Kentucky.

/s/ Barry D. Hunter
BARRY D. HUNTER

LEXLibrary 0102393.0533475 339928v1