IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

CNG FINANCIAL CORPORATION,   )   Case No. 1:06cv040
                             )
  Plaintiff/                 )
  Counterclaim-Defendant,    )
                             )   CERTIFIED COPY
vs.                          )
                             )
GOOGLE, INC.,                )
                             )
  Defendant/                 )
  Counterclaim-Plaintiff.    )

---

VIDEOTAPED DEPOSITION OF
MICHAEL B. MAZIS, Ph.D.
Washington, D.C.
Thursday, February 1, 2007

Job No.: 22-95215

Pages 1 through 110

Reported by: John L. Harmonson, RPR

EXHIBIT B



LEGALINK®
A MERRILL COMMUNICATIONS COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 10:00:50 | 1 | "Check to Go." |
| 10:00:52 | 2 | And based on the court ruling, it's |
| 10:00:55 | 3 | possible that it could be a violation of trademark |
| 10:00:58 | 4 | law.  But that's obviously not for me to say. |
| 10:01:00 | 5 | Q.    I see. |
| 10:01:03 | 6 | The purpose of the study was to try to |
| 10:01:05 | 7 | measure the effect of "Check 'n Go" as a search |
| 10:01:09 | 8 | term, correct?  As opposed to in the text of ads? |
| 10:01:15 | 9 | Isn't that what you said earlier? |
| 10:01:16 | 10 | A.    Yes, in part.  Right. |
| 10:01:18 | 11 | Q.    Well, then, what's the other part? |
| 10:01:20 | 12 | A.    Well, the other part has to do with -- |
| 10:01:24 | 13 | It's when you -- when "Check 'n Go" is placed in |
| 10:01:26 | 14 | the search window, when the sponsored link -- when |
| 10:01:31 | 15 | the results page come up and there's competitive |
| 10:01:35 | 16 | sponsored links on there, the question is to what |
| 10:01:40 | 17 | extent are people confused as to the source of |
| 10:01:44 | 18 | those sponsored links. |
| 10:01:46 | 19 | So, I mean, there's two elements.  One |
| 10:01:49 | 20 | is entering "Check 'n Go" in the search window or |
| 10:01:52 | 21 | search box, and the second is the sponsored links, |
| 10:01:54 | 22 | the competitive sponsored links. |
| 10:01:56 | 23 | Q.    I see. |
| 10:01:56 | 24 | And how do you go about determining |
| 10:01:58 | 25 | which of those two -- those two elements -- Strike |

17

MICHAEL B. MAZIS, Ph.D.    February 1, 2007

| | | |
|---|---|---|
| 11:00:18 | 1 | designing the survey in this case? |
| 11:00:20 | 2 | A. No. |
| 11:00:37 | 3 | Q. So is it your testimony you didn't |
| 11:00:39 | 4 | understand what the judge meant by criticizing the |
| 11:00:45 | 5 | survey because it didn't use a control of a |
| 11:00:49 | 6 | generic search term? Or is it your testimony that |
| 11:00:51 | 7 | you understood it but you simply disagreed with |
| 11:00:55 | 8 | her? |
| 11:00:56 | 9 | MR. HUNTER: Or both. |
| 11:00:58 | 10 | BY MR. PAGE: |
| 11:00:59 | 11 | Q. Or both. |
| 11:01:00 | 12 | A. Well, yeah, I understood it, but I |
| 11:01:03 | 13 | didn't think the criticism made sense, especially |
| 11:01:06 | 14 | as applied to my survey. |
| 11:01:21 | 15 | Q. You did a pretest in this case, |
| 11:01:23 | 16 | correct? |
| 11:01:24 | 17 | A. Yes. |
| 11:01:24 | 18 | Q. Okay. Is there a reason why you didn't |
| 11:01:26 | 19 | mention that in your report? |
| 11:01:30 | 20 | A. No. |
| 11:01:33 | 21 | MR. HUNTER: I mean, we gave it to you |
| 11:01:35 | 22 | like a day later. |
| 11:01:38 | 23 | BY MR. PAGE: |
| 11:01:38 | 24 | Q. Why did you do a pretest? |
| 11:01:42 | 25 | A. Well, two reasons. One is to make sure |

58