UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 JUL 27  AM 9:09

| | |
|---|---|
| CNG FINANCIAL CORPORATION,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:06cv040<br><br>Chief Judge Sandra S. Beckwith<br>Magistrate Timothy S. Black<br><br>STIPULATION AND [PROPOSED]<br>ORDER VACATING DEADLINE FOR<br>FILING RESPONSE TO CNG'S MOTION<br>IN LIMINE |

## STIPULATION

WHEREAS, this Court's Notice, dated May 11, 2006, states that the deadline for filing motions in limine that do not address the admissibility of expert testimony under *Daubert* is one week after the final pretrial conference in this matter;

WHEREAS, this Court's Notice, dated May 11, 2006, set the final pretrial conference in this matter for August 24, 2007 at 10 a.m.;

WHEREAS, CNG filed a Motion For In Limine Relief that does seek the exclusion of expert testimony under *Daubert* on July 13, 2007;

WHEREAS, Local Civil Rule 7.2(a)(2)'s requirement that responses to motions shall be filed within 21 days after the service of the motion requires Google to file a response to CNG's Motion For In Limine Relief no later than August 3, 2007;

WHEREAS, Google intends to file, but has not yet done so, a motion (or motions) in limine that do not address the admissibility of expert testimony under *Daubert*;

WHEREAS, the parties agree that, if possible, they should file oppositions to one another's motions in limine that do not address the admissibility of expert testimony under *Daubert* on the same day;

1

399564.01

NOW THEREFORE, the parties stipulate to and request that the Court enter the following order:

Google need not file a responsive brief to CNG's Motion For In Limine Relief by August 3, 2007, and the Court will set a deadline by which Google must file its response to that motion at the final pretrial conference.

IT IS SO STIPULATED.

Dated: July 20, 2007

/s/ Klaus H. Hamm
Kenneth F. Seibel (0025168)
Jacobs, Kleinman, Seibel and McNally
1014 Vine Street, Suite 2300
Cincinatti, OH 45202
Telephone: (513) 281-6600
kseibel@jksmlaw.com

Michael H. Page (*pro hac vice*)
Klaus H. Hamm (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107
Telephone: (415) 391-5400
mpage@kvn.com
khamm@kvn.com

Attorneys for Defendant and Counterclaim-Plaintiff Google, Inc.

Dated: July 20, 2007

s/ Barry Hunter by s/ Klaus Hamm per email authorization
Ann Gallagher Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
arobinson@fbtlaw.com

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, KY 40507
bhunter@fbtlaw.com
mnorman@fbtlaw.com

Attorneys for Plaintiff and Counterclaim-Defendant CNG Financial Corporation

## ORDER

Google need not file a responsive brief to CNG's Motion For In Limine Relief by August 3, 2007, and the Court will set a deadline by which Google must file its response to that motion at the final pretrial conference.

SO ORDERED this 26th day of July, 2007.

By: _____
United States District Court Judge

3

399564.01