UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CNG FINANCIAL CORPORATION | : | Case No.: 1:06cv040 |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| v. | : | **MOTION FOR PRO HAC VICE** |
| | : | **OF REBEKAH G. BALLARD** |
| GOOGLE, INC. | : | |
| Defendant. | : | |

Pursuant to S.D. Ohio Civ. R. 83.5(d), the undersigned trial attorney for Plaintiff CNG Financial Corporation, hereby moves the Court for the admission pro hac vice of Rebekah G. Ballard, Frost Brown Todd LLC, 250 West Main Street, Suite 2700, Lexington, KY 40507, for the purpose of allowing Ms. Ballard to participate on behalf of Plaintiff CNG Financial Corporation in all proceedings in the above-captioned action. Current certificates of good standing for Ms. Ballard from the Supreme Court of the Commonwealth of Kentucky and the Kentucky Bar Association are attached hereto as Exhibit A.

                                              Respectfully submitted,

                                              s/Ann G. Schoen
                                              Ann G. Schoen   (0064234)
                                              Trial Attorney for Plaintiff
                                                 CNG Financial Corporation
                                              FROST BROWN TODD LLC
                                              2200 PNC Center
                                              201 E. Fifth Street
                                              Cincinnati, Ohio  45202-4182
                                              (513) 651-6128
                                              (513) 651-6981 (fax)
                                              arobinson@fbtlaw.com

OF COUNSEL:

FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 369-4809 (phone)
(513) 651-6981 (fax)

CERTIFICATE OF SERVICE

I hereby certify that s copy of the foregoing was served upon the following by ordinary U.S. Mail this 9th day of August, 2007:

>Google, Inc.
>1600 Amphitheatre Parkway
>Mountain View, CA  94043

>s/Ann G. Schoen
>Ann G. Schoen

LEXLibrary 0102393.0533475 341694v1



| SUSAN STOKLEY CLARY<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Rebekah Gene Ballard_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __October 9, 2006__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Rebekah Gene Ballard_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __6th__ day of __August__, __2007__.

SUSAN STOKLEY CLARY
CLERK

By: *Carol Coleman*
Deputy Clerk

EXHIBIT A

# KENTUCKY BAR ASSOCIATION

| | | |
|---|---|---|
| **OFFICERS**<br>Jane Winkler Dyche<br>*President*<br><br>Barbara D. Bonar<br>*President-Elect*<br><br>Charles E. English, Jr.<br>*Vice President*<br><br>Robert C. Ewald<br>*Past President*<br><br>**YOUNG LAWYERS**<br>Ryan C. Reed<br>**Chair**<br><br>**EXECUTIVE DIRECTOR**<br>James L. Deckard | 514 WEST MAIN STREET<br>FRANKFORT, KENTUCKY 40601-1883<br>(502) 564-3795<br>FAX (502) 564-3225<br> | **BOARD OF GOVERNORS**<br>Douglass Farnsley<br>Fred E. Fugazzi, Jr.<br>Margo L. Grubbs<br>James D. Harris, Jr.<br>Richard W. Hay<br>R. Scott Madden<br>Douglas L. McSwain<br>W. Douglas Myers<br>Michael J. O'Connell<br>Thomas L. Rouse<br>John M. Rosenberg<br>R. Michael Sullivan<br>Mark C. Whitlow<br>William H. Wilhoit |

*THIS IS TO CERTIFY THAT*

*REBEKAH GENE BALLARD*
*3764 Ridge View Way*
*Lexington, Kentucky  40509*

*Membership No.* **91360**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of August, 2007.*

*JAMES L. DECKARD*
*REGISTRAR*

By: _____
Nicole A. Key, Deputy Registrar