```
Fri Aug 10 15:31:15 2007

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.    100 435199
Cashier        mw1

Tender Type  CHECK

Check Number: 285118

Transaction Type   C

Case No./Def No. 1:07-LB-ATTY  /   1

DO Code    Div No     Acct
  4661       1        6855XX

Amount           $    200.00

FROST BROWN TODD LLC


PRO HAC FEE - REBEKAH G. BALLARD
```

Dockets.Justia.com