# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CNG Financial Corporation.,
    Plaintiff

v.　　　　　　　　　　　　　　　　　Case No. 1:06-cv-40

Google, Inc.,
    Defendant

# ORDER

This matter is before the Court on Plaintiff's Motion for Admission of attorney Rebekah G. Ballard (Doc. 78).

**IT IS ORDERED** that the Motion is **GRANTED** and attorney Rebekah G. Ballard is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: August 10, 2007　　　　　　　　s/Sandra S. Beckwith
　　　　　　　　　　　　　　　　　　Sandra S. Beckwith, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court