UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION, | Case No. 1:06cv040 |
| Plaintiff/Counterclaim-Defendant, | Chief Judge Sandra S. Beckwith |
| v. | Magistrate Timothy S. Black |
| GOOGLE INC., | |
| Defendant/Counterclaim-Plaintiff. | |

**GOOGLE'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(C), Defendant and Counterclaim-

Plaintiff Google Inc., by counsel, submits this Exhibit List separately identifying those

documents which Google expects to offer at trial and those which Google may offer if the need

arises. In addition to the exhibits listed below, Google reserves the right to use other exhibits at

trial, as appropriate, including any exhibits identified by Plaintiff and Counterclaim-Defendant

CNG Financial Corporation ("CNG") and any exhibits necessary for impeachment or to rebut

evidence offered by CNG.

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | Undated | Chart of phrase and search engine visits from 5/15/05 – 6/4/06 | CNG000779-782 | X | |
| | Undated | Chart of referrers and visits from 5/15/05 – 6/4/06 | CNG000783-790 | X | |
| | Undated | Chart of websites, showing visits and views from 5/15/05 – 6/4/06 | CNG000775-778 | X | |
| | Undated | Checkngo.com Source Conversion chart from 10/30/05 – 11/5/05 | CNG001439-456 | X | |
| | Undated | Checkngo.com Source Conversion chart from 11/06/05 – 11/12/05 | CNG001457-473 | X | |
| | Undated | Checkngo.com Source Conversion chart from 11/13/05 – 11/19/05 | CNG001474-483 | X | |
| | Undated | CNG Financial Corporation corporate structure chart | CNG 000911 | X | |
| | Undated | CNG Financial Corporation corporate structure chart | CNG 000913 | X | |
| | Undated | Completed Survey Questionnaires | MAZIS000360-5102 | | X |
| | Undated | Control Google results page | From CD Bates labeled MAZIS005104 | | X |
| | Undated | Control Google search page | From CD Bates labeled MAZIS005104 | | X |
| | Undated | Document containing trademark survey questions (Fuloria Deposition Exhibit 10 in re *Geico v. Google*) | GGL-CNG057446-461 | | X |
| | Undated | Document entitled "Trademark Complaint Procedure – US and Canada" | GGLE-CNG00018770 | X | |
| | Undated | Document entitled "Trademark Experiment" | GGL-CNG046597-600 | | X |
| | Undated | Document entitled "Trademark FAQ" | GGLE-CNG00018771-775 | X | |
| | Undated | Document regarding trademark experiments | GGL-CNG046669-670 | | X |
| | Undated | Ex. A from Declaration of Klaus H. Hamm In Support of Google Inc.'s Motion for Summary Judgment (screenshot of search results for "Check 'N Go") | N/A | X | |
| | Undated | Ex. B from Declaration of Klaus H. Hamm In Support of Google Inc.'s Motion for Summary Judgment (screenshot of search results for "Check & Go") | N/A | X | |

1

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | Undated | Ex. C from Declaration of Klaus H. Hamm In Support of Google Inc.'s Motion for Summary Judgment (screenshot of search results for "Check and Go") | N/A | X | |
| | Undated | Ex. D from Declaration of Klaus H. Hamm In Support of Google Inc.'s Motion for Summary Judgment (screenshot of search results for "checkngo") | N/A | X | |
| | Undated | Google AdWords Help Center printout | GGL-CNG059572-831 | X | |
| | Undated | Google Analytics Training (Bawa Deposition Exhibit #27) | N/A | | X |
| | Undated | Google search results 1-10 for "check n go" (Mazis Deposition Exhibit #2) | N/A | | X |
| | Undated | Google search results 1-10 for "check n go" (Mazis Deposition Exhibit #3) | N/A | | X |
| | Undated | Google Trademark Experiment Results | GGL-CNG047020-022 | | X |
| | March 2004 | Document entitled: "Trademark Experiments 2 and 4" by Maria Stone | GGL-CNG047023-026 | | |
| | Undated | Google web page search results of trademark survey terms | GGL-CNG046889-7019 | | X |
| | Undated | Google's trademark monitor list | GGLE-CNG0000002 | X | |
| | Undated | Graph and chart re "Monthly Visitors" (Bawa Deposition Exhibit #19) | N/A | X | |
| | Undated | Graph re "Completed Apps Conversion Rate to Gross Applications Per Day – 5 Month Comparison" w/ attached spreadsheets & graphs (Williams Deposition Exhibit #48) | CNG000028-040 | X | |
| | Undated | ICR Methodology re Study (Mazis Deposition Exhibit #13) | N/A | | X |
| | Undated | Interview Numbers: 0001-1051 (Mazis Deposition Exhibit #10) | N/A | | X |
| | Undated | Interview Numbers: 2001-2154 (Mazis Deposition Exhibit #6) | N/A | | X |

2

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | Undated | Interview Numbers: 3001-3154 | From CD Bates labeled MAZIS005105 | | X |
| | Undated | List of locations (Mazis Deposition Exhibit #15) | MAZIS000202-218 | | X |
| | Undated | List of site visits 5/15/05-6/4/06 (Bawa Deposition Exhibit #24) | N/A | X | |
| | Undated | OPT Explanation | GGLE-CNG00082573 | | X |
| | Undated | Optimization Proposal #58 - Cash Loans: Explanation of Your Optimization | GGLE-CNG00082568 | | X |
| | Undated | Organizational Chart re Holding Company (Schaller Deposition Exhibit #36) | N/A | X | |
| | Undated | Presentation re "Check 'n Go Online Metrics Analysis & Marketing Test Recommendations" (Bawa Deposition Exhibit #20) | N/A | X | |
| | Undated | Report re "Visitor Summary" (Bawa Deposition Exhibit #23) | N/A | | X |
| | Undated | Spreadsheet containing click data | GGLE-CNG0000001 | X | |
| | Undated | Spreadsheet re "TM-Report-Keyword" | From CD Bates labeled CNG 1543 | X | |
| | Undated | Spreadsheet regarding trademark study with attached study questions | GGL-CNG046578-596 | | X |
| | Undated | Spreadsheet regarding user experiment | GGLE-CNG00082549-557 | | X |
| | Undated | Spreadsheet/Table of trademark studies | GGL-CNG023430-448 | | X |
| | Undated | Table of trademarks, generic terms, and ads (Fuloria Deposition Exhibit 11 in re *Geico v. Google*) | GGL-CNG057462-464 | | X |
| | Undated | Table re "bulkpost" | GGLE-CNG00082569 | | X |
| | Undated | Table re "Check'n Go Count of Active Customers by Year by Company 1/1/2002 through 10/5/05" (Mazis Deposition Exhibit #16) | MAZIS000049 | | X |
| | Undated | Table re "Check'n Go Marketing Spend for the Period Jan 1, 2000 – Dec 30, 2006" (Cabral Deposition Exhibit #17) | N/A | X | |

3

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | Undated | Table re "Check'n Go Operating Metrics for the period Jan 1 2002 – Dec 30 2006" (Cabral Deposition Exhibit #13) | N/A | X | |
| | Undated | Table re "Express Online Check'n Go Check Cashing Weighted Table" (Mazis Deposition Exhibit #12) | MAZIS000002 | | X |
| | Undated | Table re "igotit@cps loans.com_Campaign #1 Optimized" | GGLE-CNG00082570 | | X |
| | Undated | Table re "igotit@cps loans.com_Campaign #1" w/ supporting data | GGLE-CNG00082571 | | X |
| | Undated | Table re "jurbina@credit.com_OPT w/ supporting data | GGLE-CNG00082572 | | X |
| | Undated | Table re "Kammer Google" | From CD Bates labeled CNG 1542 | X | |
| | Undated | Table re ChecknGo.com with URLs and keywords. | CNG001500-003 | | X |
| | Undated | Test Google results page | From CD Bates labeled MAZIS005103 | | X |
| | Undated | Test Google search page | From CD Bates labeled MAZIS005103 | | X |
| | Undated | Trademark study | GGL-CNG051649-973 | | X |
| | Undated | Trademark study questions (Fuloria Deposition Exhibit 15 in re *Geico v. Google*) | GGL-CNG057472-534 | | X |
| | Undated | Trademark survey questions | GGL-CNG046605-668 | | X |
| | Misc. | Check 'n Go financial statements | CNG000018-027 | X | |
| | Misc. | Disapproval Emails from Google to advertisers | GGL-CNG017327-494 | X | |
| | 08/21/95 | Letter from Hilary B. Miller to Check Mart, Inc. re infringement of Monterey Management Corporation trademark | CNG001288-289 | X | |
| | 9/1/95 | Letter from Hilary B. Miller to Scot A. Duvall re list of Check Mart locations | CNG001290-291 | | |
| | 9/1/95 | Letter from Scot A. Duvall to Hilary B. Miller re investigation of matter | CNG001292 | | |
| | 9/12/95 | Letter from Scot A. Duvall to Hilary B. Miller re no likelihood of trademark infringement (Davis Deposition Exhibit #4) | CNG001293-294 | | |

4

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 09/01/95 | T&T Trademark Research Report re Check-N-Go Mark (Davis Deposition Exhibit #6) | CNG001138-192 | X | |
| | 10/05/95<br><br>12/27/96 | Articles of Amendment to the Articles of Incorporation of Check Mart, Inc.<br>Articles of Share Exchange Between CNF Financial Corporation and Check-N-Go, Inc.<br>(Davis Deposition Exhibit #5) | CNG000937-938<br><br>CNG000939-941 | X | |
| | 2002 | CFSA "Agent-Assistant Bank Loan Programs: A Legal Analysis of Federal Banking Laws Affecting Relationships Between Financial Institutions and the Payday Advance Industry with Suggested Guidelines for CFSA Members" (Schaller Deposition Exhibit #39) | N/A | | X |
| | 06/27/02 | Letter from Heather Hippsley (Federal Trade Commission) to Gary Ruskin re "Complaint Requesting Investigation of Various Internet Search Engine Companies for Paid Placement and Paid Inclusion Programs" | GGL-CNG023426-429 | X | |
| | 2004 | Check 'n Go brochure | CNG000068-069 | | X |
| | 02/25/04 | Email from Prashant Fuloria re "Trademark Transition Update" | GGLE-CNG00030071-073 | | X |
| | 02/27/04 | Document entitled "Google Trademark Policy Task Force" (Alana Karen Deposition Exhibit 13 from *Google v. American Blind*) | GGL-CNG060738 | | X |
| | 03/16/04 | Reply Email from Dara Kao to Alana Karen re "Trademark Transition Team Meeting (See Details for Dial-in)" (Fuloria Deposition Exhibit #34) | GGL-CNG061925-927 | | X |
| | 7/19/04 | Email between AdWords Support and Alan Milne re "Please check your AdWords billing information" | GGL-CNG055957-960 | X | |
| | 08/11/04 | Google AdWords Editorial Guidelines | GGL-CNG017149-155 | X | |
| | 08/11/04 | Google AdWords Support – Google's trademark policy | GGL-CNG017254-261 | X | |

5

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
|  | 08/19/04 | Google website Trademark Complaint Procedure | GGL-CNG017123-125 | X |  |
|  | 10/04/04 | Google in-house on-line demo re "Do users have trademark confusion" (Fuloria Deposition Exhibit 12 in re *Geico v. Google*) | GGL-CNG057465 |  | X |
|  | 10/18/04 | Google AdWords Frequently Asked Questions | GGL-CNG023300-387 | X |  |
|  | 12/13/04 | Transcript of Bench Trial Before The Honorable Leonie M. Brinkema from *GEICO v. Google*, Vol. I | GGL-CNG055211-333 |  | X |
|  | 12/13/04 | Transcript of Bench Trial Before The Honorable Leonie M. Brinkema from *GEICO v. Google*, Vol. I-A | GGL-CNG-55334-478 |  | X |
|  | 12/15/04 | Transcript of Bench Trial Before The Honorable Leonie M. Brinkema from *GEICO v. Google*, Vol. II | GGL-CNG055479-505 |  | X |
|  | 01/23/05 | Report re "Search Engine Users: Internet Searchers are Confident, Satisfied and Trusting – But They are Also Unaware and Naïve" by Deborah Fallows, Ph.D. (Mazis Deposition Exhibit #11) | MAZIS000271-306 |  | X |
|  | 05/19/05 | Google search results 1-10 for "check'n go" (Mazis Deposition Exhibit #4) | N/A |  | X |
|  | 05/24/05 | Email from AdWords Support to Michael Marrero re "Google AdWords Trademark Complaint Received – Check 'N Go" | GGL-CNG000011 | X |  |
|  | 05/24/05 | Faxed letter from Michael Marrero to Google AdWords re Trademark Complaint, w/ attachments. | GGL-CNG000013-020 | X |  |
|  | 05/25/05 | Email from Michael Marrero to Barry Hunter and Richard Kammer re "Google AdWords Trademark Complaint Received" | CNG000400 | X |  |
|  | 07/15/05 | Presentation re Steering Committee Kickoff Meeting | From CD Bates labeled CNG001439 | X |  |
|  | 07/21/05 | Email from Michael Marrero to Richard Kammer and Barry Hunter re "Google AdWords Trademark Complaint" | CNG000399 | X |  |

6

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 07/21/05 | Letter from Michael Marrero to Google AdWords re Trademark Complaint, w/ attachment. | GGL-CNG000021-029 | X | |
| | 08/01/05 | Email from AdWords Support to lalexmarketing re "Your Google AdWords Approval Status" | GGL-CNG059868-869 | X | |
| | 08/04/05 | Email from AdWords Support to loopycat2 re "Your Google AdWords Approval Status" | GGL-CNG059872-873 | X | |
| | 08/04/05 | Email from AdWords Support to savanovic @shaw.ca re "Your Google AdWords Approval Status" | GGL-CNG059870-871 | X | |
| | 08/04/05 | Email from AdWords Support to Michael Marrero re "Google AdWords Trademark Request – 'Check 'N Go'" | GGL-CNG000012 | X | |
| | 08/04/05 | Email from Michael Marrero to Richard Kammer and Barry Hunter regarding "Google AdWords Trademark Request" | CNG000397-398 | X | |
| | 08/08/05 | Memorandum Opinion in re *Government Employees Insurance Co. v. Google* (USDC E. Dist. VA) (Mazis Deposition Exhibit #7) | MAZIS000310-330 | | X |
| | 08/09/05 | Forwarded Email from Patrick T. Niehoff to Miriam Giachetto re "CNG Online Presentation" w/ attachment | From CD Bates labeled CNG 1543 | | X |
| | 08/09/05 | Table entitled "Competitive Google Analysis" | CNG001504-517 | X | |
| | 08/11/05 | Reply Email from Shawn Stephens to Miriam Giachetto re "Web Focused TV Test Results (Q1-Q2 2005)_080905.xls" (Giachetto Deposition Exhibit #31) | N/A | X | |
| | 08/12/05 | Presentation re "Check'n Go Online Business Expansion & Strategy Development Project Phase I – Discovery" (Giachetto Deposition Exhibit #30) | N/A | X | |
| | 08/12/05 | Presentation re Steering Committee Workshop | From CD Bates labeled CNG001439 | X | |
| | 08/24/05 | Presentation re Steering Committee Review | From CD Bates labeled CNG001439 | X | |

7

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 09/09/05 | Google search results 1-10 for "check'n go" (Mazis Deposition Exhibit #5) | N/A | | X |
| | 09/09/05 | Memo from Jerry Williams to Doug Clark and Roger Dean re "Internet Business Expansion Plan" | From CD Bates labeled CNG001439 | | X |
| | 09/15/05 | Google AdWords Editorial Guidelines | CNG000298-306 | X | |
| | 09/15/05 | Google's Trademark Policy and Trademark Complaint Procedure | CNG000309-310 | X | |
| | 09/20/05 | Presentation Check n' Go Online Kick-off Meeting | From CD Bates labeled CNG001439 | X | |
| | 09/20/05 | Presentation re "Check'n Go Online Business Expansion & Strategy Development Project Phase 2 – Definition and Planning" (Williams Deposition Exhibit #51) | N/A | | X |
| | 09/27/05 | Document from Ivy Boehm (Visionary Research Services) re "Online Customer Calls Topline Results" | From CD Bates labeled CNG001439 | | X |
| | 10/00/05 | Presentation re "Online Insight Evaluation Focus Group Summary for Check'n Go" (Giachetto Deposition Exhibit #32) | N/A | X | |
| | 10/21/05 | Presentation re Steering Committee Workshop | From CD Bates labeled CNG001439 | X | |
| | 11/00/05 | Presentation re "Check'n Go Pay Per Click Test Results" (Bawa Deposition Exhibit #21) | N/A | X | |
| | 11/00/05 | Administrative Services and License Agreement between The 409 Group, Inc., CNG Financial Corporation and New Hampshire Specialty Finance, LLC (Schaller Deposition Exhibit #43) | CNG000553-561 | | X |
| | 11/03/05 | Document prepared by Patrick McGuirk entitled "Functional Specification Checkngo.com 2.0 Requirements Model" | From CD Bates labeled CNG001439 | | X |
| | 11/15/05 | Memo from Jerry Williams re Online Business Expansion Project Update | From CD Bates labeled CNG001439 | X | |

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 11/29/05 | Email from Jerry Williams to Miriam Giachetto, Patrick Niehoff, Doug Clark re "Internet Leads" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 12/05/05 | Document entitled "Computer Survey Instructions" | From CD Bates labeled MAZIS005105 | | X |
| | 12/05/05 | ICR document entitled "Computer Survey Screener" | From CD Bates labeled MAZIS005105 | | X |
| | 12/05/05 5:10pm | ICR document entitled "Computer Survey Main Questionnaire Version: Violet" | From CD Bates labeled MAZIS005105 | | X |
| | 12/05/05 5:14pm | ICR document entitled "Computer Survey Main Questionnaire Version: Violet" | From CD Bates labeled MAZIS005105 | | X |
| | 12/05/05 5:34pm | ICR document entitled "Computer Survey Main Questionnaire Version: Green" | From CD Bates labeled MAZIS005105 | | X |
| | 12/05/05 5:35pm | ICR document entitled "Computer Survey Main Questionnaire Version: Green" | From CD Bates labeled MAZIS005105 | | X |
| | 12/06/05 | ICR Computer Survey Main Questionnaires (Mazis Deposition Exhibit #8) | MAZIS000096-144 | | X |
| | 12/08/05 | ICR document entitled "Computer Survey Validation Questionnaire" | From CD Bates labeled MAZIS005105 | | X |
| | 12/16/05 | Email from Jerry Williams to Rahul Bawa, Doug Clark, Miriam Giachetto, Roger Dean, Stephen Schaller, John Weiss, Shannon Leurck re "Online Operations Strategic Update" w/ attached presentation | From CD Bates labeled CNG 1543 | X | |
| | 12/16/05 | Presentation re "Check'n Go Online Business Expansion & Strategy Development Project Phase 2 – Fast Path Initiatives" (Williams Deposition Exhibit #52) | N/A | X | |
| | 12/16/05 | Presentation re Status Update | From CD Bates labeled CNG001439 | X | |
| | 12/22/05 | Email from Jerry Williams to Miriam Giachetto re "Reports" w/ attached presentation and spreadsheets (Williams Deposition Exhibit #50) | N/A | X | |

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|--------|------|-------------|-------------|-----------------|-----------|
| | 12/30/05 | Email from Katie Lynch to Michael Mazis re "Mall Study Spreadsheet" w/ attachment (Mazis Deposition Exhibit #9) | MAZIS000222-270 | | X |
| | 2006 | Google AdWords Editorial Guidelines (Hagan Deposition Exhibit #54) | N/A | X | |
| | 2006 | File conversion metrics from 02/06, spreadsheets and chart | From CD Bates labeled CNG001545 | X | |
| | 2006 | Google AdWords Help Center trademark policy | GGL-CNG000001 | X | |
| | 2006 | Google AdWords Trademark Complaint Form | GGL-CNG000006-008 | X | |
| | 2006 | Google AdWords Trademark Complaint Procedure | GGL-CNG000002-005 | X | |
| | 01/00/06 | Chart re "Old Site Report # Date Range: 1/15/2006 – 1/31/2006" (Bawa Deposition Exhibit #22) | N/A | X | |
| | 01/04/06 | Google AdWords Editorial Guidelines (Karen Deposition Exhibit #12) | CNG 000337-344 | X | |
| | 01/13/06 | Engine Summary Report (Bawa Deposition Exhibit #25) | N/A | X | |
| | 01/19/06 | Email from Patrick Niehoff to Miriam Giachetto re "PPC" w/ attached presentation and spreadsheet | From CD Bates labeled CNG 1543 | X | |
| | 01/31/06 | Memo from Jerry Williams re Online Business Expansion Project Update | From CD Bates labeled CNG001439 | X | |
| | 02/10/06 | Email from Jerry Williams to Miriam Giachetto re "Gross Web Appls By Day Report" w/ attachment | From CD Bates labeled CNG 1543 | | X |
| | 02/13/06 | Reply Email from Katie Lynch to Michael Mazis re "Payday Tabulations" (Mazis Deposition Exhibit #14) | MAZIS000219-220 | | X |

10

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|--------|------|-------------|-------------|------------------|-----------|
| | 02/23/06 | Email from Jerry Williams to Doug Clark, Roger Dean, Rahul Bawa, Miriam Giachetto, William Foltyn, Stephen Schaller, Scott graham, Adrian Back, Keith Weyler re "Check'n Go Online Update" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 02/23/06 | Memo from Jerry Williams re Online Business Update | From CD Bates labeled CNG001439 | X | |
| | 03/00/06 | Document entitled "PayDay Loans 2006 Study" | From CD Bates labeled MAZIS005105 | | X |
| | 03/13/06 | Presentation re Status Update | From CD Bates labeled CNG001439 | X | |
| | 03/20/06 | Email from Jerry Williams to DL_DCStaff, Stephen Schaller, Roger Dean re "Online Processing Statistics" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 03/21/06 | Reply Email from Jerry Williams to Miriam Heggs re "Online Processing Statistics" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 03/23/06 | Email from Jerry Williams to Stephen Schaller, Doug Clark, Miriam Giachetto, Rahul Bawa, John Rabenold re "Online Conversion to State Operations" w/ attachment (Davis Deposition Exhibit #9) | N/A | X | |
| | 03/28/06 | Presentation re "Check'n Go Online 36 Month Profit Plan Projection" (Cabral Deposition Exhibit #18) | CNG000041-048 | X | |
| | 04/28/06 | Email from Shannon Leurck to Valarie Heggs re "Web Applications Received," w/ attached spreadsheet. | CNG002943-948 | | X |
| | 05/03/06 | Email from Jerry Hamberg to Valarie Heggs re "ChecknGo.com" | CNG002940-941 | | X |
| | 05/11/06 | Email from Miriam Giachetto to Jerry Williams, et al. re "Online Applications" | CNG002938-939 | | X |
| | 05/23/06 | Google Inc. Advertising Program Terms | GGL-CNG000009-010 | X | |
| | 05/30/06 | Application for Service-Mark Registration for Check' N Go (Davis Deposition Exhibit #7) | CNG000995-996 | X | |

11

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 06/06/06 | Email from Jerry Williams to Doug Clark, Rahul Bawa, Miriam Giachetto, Valarie Heggs, Michael Brady, Stephen Schaller re "Loan Processing Statistics" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 06/26/06 | CNG's Objections and Responses to Google's First Set of Interrogatories and Requests for Production | N/A | | X |
| | 06/26/06 | Email from Miriam Giachetto to Doug Clark and Jerry Williams re "Online and New Product Qualitative Research Summary," w/ attachment | CNG002894-925 | X | |
| | 06/28/06 | Email from Jared Roberts to Miriam Giachetto re "Online Credit Score," w/ attached spreadsheet. | CNG002892-893 | | X |
| | 07/07/06 | Email from Matt Esterman to Matt Manarch re "Check'n Go Online States of Business" w/ attachment (Davis Deposition Exhibit #8) | N/A | X | |
| | 07/19/06 | Email form Valarie Heggs to Jerry Williams re "New Radio Spots" | CNG002875 | | X |
| | 07/25/06 | Email from Kim Sharp to Miriam Giachetto re "CNG Online only occupation analysis" | CNG002866 | | X |
| | 07/28/06 | Email from Miriam Giachetto to Valarie Heggs re "Store vs Online Customer Profile Analysis," w/ attachment | CNG002823-856 | | X |
| | 08/04/06 | Email from Miriam Giachetto to Valarie Heggs re "CNG Online Customer Profile Analysis," w/ attachment | CNG002802-813 | | X |
| | 08/04/06 | Email from William Gaultier to Miriam Giachetto, et al. re "Knowledge Transfer – Strategic & Tactical Plan Proposal," w/ attachment | CNG002796-801 | X | |
| | 08/04/06 | e-Storm "Knowledge Transfer and Strategic/Tactical Plan Proposal" | From CD Bates labeled CNG 1544 | X | |

12

| Exh.# | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 08/07/06 | Email from Valarie Heggs to Dan Addi, et al re "New Customer Opportunity – Good Customers Who Can No Longer Do Business Online" w/ attachment (Schaller Deposition Exhibit #44) | N/A | | X |
| | 08/10/06 | Consent and Settlement Agreement in re *United Consumer Financial Services, Inc.* (State of Kansas Office of State Bank Commissioner) (Schaller Deposition Exhibit #34) | N/A | | X |
| | 08/16/06 | Email from Valarie Heggs to Jerry Williams re "e-Storm Agency visit" | CNG002769-770 | X | |
| | 08/24/06 | Email from William Gaultier to Rob Tracy, Dawn Campbell Giesman, Michael Brady, Miriam Giachetto, Rahul Bawa, Valarie Heggs, Kimberly Epple re "Knowledge Transfer Session – August 22, 2006 – Transcript" w/ attachment (Bawa Deposition Exhibit #26) | N/A | X | |
| | 08/25/06 | Email from Stephen Schaller to Valarie Heggs re "Online Marketing Agency – Introductions" | CNG002725 | | X |
| | 08/28/06 | Email from Valarie Heggs to Jerry Williams re "e-Storm," w/ attachment | CNG002689-700 | X | |
| | 08/28/06 | Email from Valarie Heggs to William Gaultier and Esther (e-storm) re "Knowledge Transfer Meeting Notes – Updated," w/ attached notes | CNG002713-724 | X | |
| | 08/29/06 | CNG's Objections and Responses to Google's Second Set of Requests for Production | N/A | | X |
| | 08/29/06 | Email from Valarie Heggs to Jerry Williams re "Book1.xls" | CNG002676-677 | | X |
| | 08/29/06 | Email from Valarie Heggs to William Gaultier and Esther (e-storm) re "Proposal with Terms & Conditions," w/ attachment | CNG002678-688 | X | |
| | 08/29/06 | Email from William Gaultier to Jerry Williams re "Discussion," w/ attachment | CNG002665-668 | X | |

13

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 08/30/06 | Email from Jerry Williams to William Gaultier re "Discussion," w/ attachment. | CNG002606-614 | X | |
| | 08/30/06 | e-Storm Knowledge & Marketing Strategy Agenda | From CD Bates labeled CNG 1544 | X | |
| | 08/31/06 | Email from William Gaultier to Valarie Heggs re "Proposal with Terms & Conditions" | CNG002595-603 | X | |
| | 09/01/06 | Table re "Survey of All Jurisdictions – Government Affairs Department Matters" (Schaller Deposition Exhibit #37) | N/A | | X |
| | 09/01/06 | Table re "Survey of All Jurisdictions –Operations Department Matters (Financial Charge) (Representative Transaction Amounts Only)" (Schaller Deposition Exhibit #38) | N/A | | X |
| | 09/06/06 | Email from Jerry Williams to Valarie Heggs re "2006 Weekly Apps," w/ attached spreadsheet | CNG002582-583 | X | |
| | 09/07/06 | Email from Valarie Heggs to Jerry Williams re "New Customer Opportunity" | CNG002575-576 | | X |
| | 09/12/06 | Email from Jerry Williams to Valarie Heggs re "CAL Online" (Schaller Deposition Exhibit #40) | CNG002556-557 | | X |
| | 09/15/06 | Email from Jerry Williams to Matt Esterman, et al. re "Loan Processing Statistics," w/ attached spreadsheet | CNG002554-555 | X | |
| | 09/15/06 | Email from Valarie Heggs to Jerry Williams re "eStorm," w/ attached presentation | CNG002521-553 | X | |
| | 09/15/06 | e-Storm Presentation re "Online Marketing Challenges and Opportunities for Check'n Go" | From CD Bates labeled CNG 1544 | X | |
| | 09/27/06 | Email from Julie Yahya to Valarie Heggs re "Online Strategic Target," w/ attachment. | CNG002473-476 | | X |
| | 09/27/06 | Email from William Gaultier to Valarie Heggs re "Estimated ROI + Professional Fees Details" w/ attachments (Bawa Deposition Exhibit #28) | CNG002464-467 | X | |

14

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 09/28/06 | Email from Valarie Heggs to Miriam Giachetto re "Estimated ROI + Professional Fees Details" | From CD Bates labeled CNG 1543 | X | |
| | October 2006 | CD "checkngo.com Source Code Repository" | N/A | | X |
| | 10/02/06 | Email from Jerry William to Valarie Heggs re "Loan Processing Statistics," w/ attached spreadsheet | CNG002452-453 | X | |
| | 10/04/06 | Email from Cara Halter to Valarie Heggs re "OOG Org Chart," w/ attached chart. | CNG002440-441 | X | |
| | 10/09/06 | Email from Jerry Williams to Valarie Heggs re "Loan Processing Statistics," w/ attached spreadsheet | CNG002405-406 | X | |
| | 10/09/06 | Forwarded Email from Valarie Heggs to Miriam Giachetto re "Estimated ROI + Professional Fees Details" | From CD Bates labeled CNG 1543 | X | |
| | 10/24/06 | Email from Valarie Heggs to William Gaultier re "Basic agenda for 10/26 call" | CNG002215-216 | X | |
| | 10/24/06 | Email from William Gaultier to Valarie Heggs re "Follow Up" | CNG002211-214 | X | |
| | 10/30/06 | Email from Cara Halter to Jeff Grayson, et al. re "Revised CA ILP Training Manual," w/ attached manual | CNG001939-2014 | | X |
| | 11/03/06 | Forwarded Email from Jerry Williams to Kimberly Stewart, Valarie Heggs, Miriam Giachetto re "Copy of ILP_OOG_State_Matrix 110306.xls" (Davis Deposition Exhibit #10) | CNG001923-294 | X | |
| | 11/06/06 | Email from Valarie Heggs to Julie Yahya re "Blackout States – update" | CNG001888-889 | X | |
| | 11/06/06 | Email from Valarie Heggs to Miriam Giachetto re "E-Storm Estimate" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 11/06/06 | Petition to Enforce Investigative Subpoenas in re *State of West Virginia v. Apple Fast Cash Personal Loans* (Kanawha Co. Circuit Court) (Schaller Deposition Exhibit #35) | N/A | | X |

15

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 11/07/06 | Email from Jerry Williams to Valarie Heggs re "Installment Loan Customer Service 1.2 Mkt," w/ attachment. | CNG001866-879 | X | |
| | 11/02/06 | Email from Ivy Boehm to Miriam Giachetto re "Online Convergence Summary" w/ attachment | From CD Bates labeled CNG 1543 | X | |
| | 11/13/06 | Email from Valarie Heggs to Gina Tallarigo re "CA Online ILP training guide," w/ attachment. | CNG001794-831 | | X |
| | 11/15/06 | Email from Valarie Heggs to Cara Halter re "ILP Brochure." | CNG001731-733 | | X |
| | 11/16/06 | Email from Valarie Heggs to Kimberly Stewart and Gina Tallarigo re "California Laminates and Handouts," w/ attachments. | CNG001683-687 | | X |
| | 11/20/06 | Email from Jerry Williams to Doug Clark, et al. re "CNG Online Underwriting Change," w/ attached spreadsheet. | CNG001668-670 | | X |
| | 11/27/06 | Email from Miriam Giachetto to Valarie Heggs and Kimberly Epple re "Online Radio Copy." | CNG001648 | | X |
| | 11/30/06 | Table re "Check'n Go Online Loan Processing Statistics Rolling 13 Months (Periods)" w/ attached graphs (Cabral Deposition Exhibit #11) | N/A | X | |
| | 12/00/06 | Expert Report of Michael B. Mazis, Ph.D. w/ exhibits (Mazis Deposition Exhibit #1) | N/A | | X |
| | 12/06/06 | Document entitled "Keyword Summary Report" | CNG001497-499 | X | |

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 12/12/06 | Check'n Go "Contact Us' messages from M. Marrero | CNG001036-037 | X | |
| | 12/12/06 | Memorandum from Michael A. Marrero re use of "Check'n Go" infringes CNG trademark | CNG001038 | | |
| | 10/25/99 | Letter from Richard E. Kammer to Ahmad Musleh re "Infringement of Trademark 'Check'n Go'" | CNG001039 | | |
| | 12/19/06 | Letter from Michael A. Marrero to Payday Today re use of "Check'n Go" infringes CNG trademark | CNG001484-485 | | |
| | 12/19/06 | Letter from Michael A. Marrero to Online Cash Advance re use of "Check'n Go" infringes CNG trademark (Schaller Deposition Exhibit #42) | CNG001486-487 | | |
| | 12/12/06 | Email from Miriam Giachetto re "Online Files" w/ attachments (Schaller Deposition Exhibit #45) | N/A | | X |
| | 12/15/06 | Rule 26(a)(2) Disclosure of Expert Testimony re Michael Mazis (Schaller Deposition Exhibit #33) | N/A | | X |
| | 12/15/06 | Spreadsheets re 2007 Profit Plan | From CD Bates labeled CNG001439 | X | |
| | 12/18/06 | Spreadsheet: "Operating Income Statement, Online Operations Group, For the year ending 12/31/04" | From CD Bates labeled CNG001439 | X | |
| | 12/18/06 | Spreadsheet: "Operating Income Statement, Online Operations Group, For the year ending 12/31/05" | From CD Bates labeled CNG001439 | X | |
| | 12/18/06 | Spreadsheet: "Operating Income Statement, Online Operations Group, For the year ending 11/25/06" | From CD Bates labeled CNG001439 | X | |
| | 12/18/06 | Table re "Check'n Go Operating Income Statement Online Operations Group for the year ending November 25, 2006" (Cabral Deposition Exhibit #12) | N/A | X | |
| | 12/30/06 | Table re "Check'n Go Loan Processing Rolling 13 Months (Periods)" (Williams Deposition Exhibit #46) | N/A | X | |

17

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 01/17/07 | CNG Objections and Responses to Google's Second Set of Interrogatories (Williams Deposition Exhibit #49) | N/A | | X |
| | 01/18/07 | CNG's Objections and responses to Google's Third Set of Interrogatories (Schaller Deposition Exhibit #41) | N/A | | X |
| | 02/06/07 | E-Storm Report "CNG Financial Web Redesign and SEO: Ball Park Estimates (for budgetary discussions only)" (Bawa Deposition Exhibit #29) | N/A | X | |
| | 02/07/07 | Search results re "Check'n Go – Google Search" related to Payday Advance Loans (Davis Deposition Exhibit #3) | N/A | | X |
| | 02/09/07 | Table re "Consolidated Total Income Statement 5 Year Comparison – 2002 to 2006" (Cabral Deposition Exhibit #14) | N/A | X | |
| | 02/12/07 | Table re "409 Group Income Statement 5 Year Comparison – 2002 to 2006" (Cabral Deposition Exhibit #16) | N/A | X | |
| | 02/12/07 | Table re "Consolidated Total Income Statement 5 Year Comparison – 2002 to 2006" (Cabral Deposition Exhibit #15) | N/A | X | |
| | 02/14/07 | Rebuttal Expert Report of Dr. Itamar Simonson (Simonson Deposition Exhibit #2) | N/A | | X |
| | 02/24/07 | Table re "Check'n Go Online Loan Processing Statistics – Total All Applications Rolling 13 Months (Periods)" (Williams Deposition Exhibit #47) | N/A | X | |
| | 04/26/07 | Complaint for Injunctive Relief and Civil Penalties for Violations of Business and Professions Code Section 17200 (*State of California v. Check 'N Go of California, Inc., et al.*) | N/A | | X |

18

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 08/10/07 | Screen shot of Google.com Search Results for "check 'n go" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com Search Results for "Check 'N Go" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com Search Results for "check and go" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com Search Results for "check n go" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com Search Results for "Check N Go" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com Search Results for "checkngo" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Editorial Guidelines" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google Help Center: The Essentials of Google Search" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Learning Center: Lessons Catalog" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Learning Center: Link Policy" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Trademark Compliant Procedures: AdWords Trademark Complaint Procedure" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Web Search Help Center: I Can't Find My Favorite Site in the Search Results. How Does Google Find and Add Sites to its Index?" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Web Search Help Center: What is Google's Policy With Regard to Paid Inclusion and Advertising?" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Our Search: Google Technology- Benefits of a Google Search" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Our Search: Google Technology- Google searches more sites more quickly, delivering the most relevant results." | N/A | X | |

19

| Exh. # | Date | Description | Bates Range | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: Keyword Matching Options" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: Quality Score" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: Is a Quality Score calculated for my contextually-targeted ads?" | N/A | X | |
| | 8/10/07 | Screen shot of Google.com re: "Google AdWords Help Center: How is my keyword's Quality Score used?" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: Editorial Guidelines" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: Trademarks- Adhere to our trademark policies." | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: What is Google's trademark policy?" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: How do I file a trademark complaint in the U.S. or Canada?" | N/A | X | |
| | 08/10/07 | Screen shot of Google.com re "Google AdWords Help Center: How can I make my ads appear above the search results?" | N/A | X | |
| | 08/07 | Updated Trademark Monitor List | N/A | X | |

Dated:  August 10, 2007

*Of Counsel:*
/s/ Klaus H. Hamm
Michael H. Page (*pro hac vice*)
Klaus H. Hamm (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94107
(415) 391-5400

Kenneth F. Seibel (0025168)
Jacobs, Kleinman, Seibel and McNally
1014 Vine Street, Suite 2300
Cincinnati, OH 45202
(513) 281-6600

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the following, this 10th day of August, 2007:

Ann Gallagher Robinson
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
arobinson@fbtlaw.com

Barry D. Hunter
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, KY 40507
bhunter@fbtlaw.com

/s/ Klaus H. Hamm
Attorney for Defendant/Counter Plaintiff

399085.01