UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CNG FINANCIAL CORPORATION :
: Case No. 1:06-cv-040
Plaintiff/Counterclaim- :
Defendant, : Chief Judge Sandra S. Beckwith
: Magistrate Timothy S. Black
vs. :
: **SUPPLEMENT TO CNG**
GOOGLE INC. : **FINANCIAL CORPORATION'S**
: **RULE 26(a)(3) DISCLOSURES**
Defendant/Counterclaim- :
Plaintiff. :

CNG, through counsel, supplements its Rule 26(a)(3) disclosure to add the following to its List of Exhibits and Documents:

| 87 | Google check n go search page and landing site (8/10/2007, 5:44 p.m.) | Enclosed | |
|----|-----------------------------------------------------------------------|------------------------|---|
| 88A | Trademark complaints to sponsored link advertisers | CNG 1036-1038; 1484-1487 | |
| 88B | Trademark complaints to sponsored link advertisers | Enclosed | |

Exhibits 88A and B were inadvertently omitted from CNG's prior filing; Exhibit 87 was only discovered after that filing.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel.:  (513) 651-6800
Fax:  (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

Attorneys for CNG FINANCIAL
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via e-mail and by depositing in the U.S. mail, postage prepaid, to the following counsel of record, on this 13th day of August, 2007:

> Kenneth F. Seibel, Esq.
> Jacobs, Kleinman, Seibel & McNally
> 2300 Kroger Building
> 1014 Vine Street
> Cincinnati, OH  45202
>
> Michael H. Page, Esq.
> Klaus H. Hamm, Esq.
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, CA  94107

        /s/ Barry D. Hunter
        Attorney for Plaintiff/Counter Defendant

LEXLibrary 0102393.0533475  341946v.1