UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CNG FINANCIAL CORPORATION : | |
| : | Case No. 1:06-cv-040 |
| Plaintiff/Counterclaim- : | |
| Defendant, : | Chief Judge Sandra S. Beckwith |
| : | Magistrate Timothy S. Black |
| vs. : | |
| : | STIPULATION FOR DISMISSAL |
| GOOGLE INC. : | WITH PREJUDICE |
| : | |
| Defendant/Counterclaim- : | |
| Plaintiff. : | |

Plaintiff and Counter-Defendant CNG Financial Corporation ("CNG") and Defendant and Counter-Plaintiff Google Inc. ("Google") hereby stipulate as follows:

1. The parties agree that all of CNG's claims against Google will be dismissed with prejudice.

2. In light of the foregoing dismissal with prejudice and other factual developments, the parties agree that Google's claims are moot, and therefore stipulate to their dismissal as moot.

3. The parties further agree that each of them shall bear its own attorneys' fees and costs in this litigation.

IT IS SO STIPULATED.

Respectfully submitted,

/s/ Barry D. Hunter
Ann Gallagher Robinson
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel.: (513) 651-6800
Fax: (513) 651-6981

Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
(859) 231-0011-fax

*Attorneys for CNG FINANCIAL CORPORATION*


/s/ Michael H. Page  (with permission)
Michael H. Page, Esq.
Klaus H. Hamm, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94107

Kenneth F. Seibel, Esq.
Jacobs, Kleinman, Seibel & McNally
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202

*Attorneys for Google Inc.*

LEXLibrary 0102393.0533475  343797v.1